## DECLARATION

1.     My name is Jane Stalinski. I am over the age of eighteen years, of sound mind, and I work on behalf of UnitedHealthcare Insurance Company and its affiliates including UnitedHealthcare Insurance Company of Illinois ("United"). I have personal knowledge of the statements set forth herein, and they are true and correct.

2.     United issued coverage to Planet Equity Group LLC (the "Employer") under group policy no. 905309 (the "Group Policy"), and certificates of coverage were issued to the eligible employees. By virtue of his employment with the Employer, John Christopher Quinn was eligible for coverage under the Group Policy, subject to the terms and conditions thereof. A copy of the operative Group Policy is attached hereto as Exhibit "A" and incorporated herein by reference, and a specimen copy of the Certificate of Coverage is attached hereto as Exhibit "B" and incorporated herein by reference.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 12th day of June, 2019.

UNITEDHEALTHCARE INSURANCE
COMPANY

By: _Jane Stalinski_

EXHIBIT 1

# UnitedHealthcare Insurance Company of Illinois

# Group Policy

For

**Planet Equity Group LLC**

**Enrolling Group Number: 905309**

**Policy Effective Date: July 1, 2015**

EXHIBIT A

# Group Policy

# UnitedHealthcare Insurance Company of Illinois

200 East Randolph Street, Suite 5300

Chicago, Illinois 60601

860-702-5000

This Policy is entered into by and between UnitedHealthcare Insurance Company of Illinois and the "Enrolling Group," as described in Exhibit 1.

When used in this document, the words "we," "us," and "our" are referring to UnitedHealthcare Insurance Company of Illinois.

Upon our receipt of the Enrolling Group's signed application and payment of the first Policy Charge, this Policy is deemed executed.

We agree to provide Benefits for Covered Health Services set forth in this Policy, including the attached *Certificate(s) of Coverage* and *Schedule(s) of Benefits*, subject to the terms, conditions, exclusions, and limitations of this Policy. The Enrolling Group's application is made a part of this Policy.

This Policy replaces and overrules any previous agreements relating to Benefits for Covered Health Services between the Enrolling Group and us. The terms and conditions of this Policy will in turn be overruled by those of any subsequent agreements relating to Benefits for Covered Health Services between the Enrolling Group and us.

We will not be deemed or construed as an employer or plan administrator for any purpose with respect to the administration or provision of benefits under the Enrolling Group's benefit plan. We are not responsible for fulfilling any duties or obligations of an employer or plan administrator with respect to the Enrolling Group's benefit plan.

This Policy will become effective on the date specified in Exhibit 1 and will be continued in force by the timely payment of the required Policy Charges when due, subject to termination of this Policy as provided in Article 5.

When this Policy is terminated, as described in Article 5, this Policy and all Benefits under this Policy will end at 12:00 midnight on the date of termination.

This Policy is issued as described in Exhibit 1.

Issued By:

UNITEDHEALTHCARE INSURANCE COMPANY OF ILLINOIS

Jeffrey Alter, President

POL.I.11.IL                                        1

## Article 1: Glossary of Defined Terms

The terms used in this Policy have the same meanings given to those terms in *Section 9: Defined Terms* of the attached *Certificate(s) of Coverage*.

**Coverage Classification** - one of the categories of coverage described in Exhibit 2 for rating purposes (for example: Subscriber only, Subscriber and spouse, Subscriber and children, Subscriber and family).

**Material Misrepresentation** - any oral or written communication or conduct, or combination of communication and conduct, that is untrue and is intended to create a misleading impression in the mind of another person. A misrepresentation is material if a reasonable person would attach importance to it in making a decision or determining a course of action, including but not limited to, the issuance of a policy or coverage under a policy, calculation of rates, or payment of a claim.

## Article 2: Benefits

Subscribers and their Enrolled Dependents are entitled to Benefits for Covered Health Services subject to the terms, conditions, limitations and exclusions set forth in the *Certificate(s) of Coverage* and *Schedule(s) of Benefits* attached to this Policy. Each *Certificate of Coverage* and *Schedule of Benefits*, including any Riders and Amendments, describes the Covered Health Services, required Copayments, and the terms, conditions, limitations and exclusions related to coverage.

## Article 3: Premium Rates and Policy Charge

### 3.1 Premiums

Monthly Premiums payable by or on behalf of Covered Persons are specified in the *Schedule of Premium Rates* in Exhibit 2 of this Policy or in any attached *Notice of Change*.

We reserve the right to change the *Schedule of Premium Rates* as described in Exhibit 1 of this Policy. We also reserve the right to change the *Schedule of Premium Rates* at any time if the *Schedule of Premium Rates* was based upon a Material Misrepresentation relating to health status that resulted in the Premium rates being lower than they would have been if the Material Misrepresentation had not been made. We reserve the right to change the *Schedule of Premium Rates* for this reason retroactive to the effective date of the *Schedule of Premium Rates* that was based on the Material Misrepresentation.

### 3.2 Computation of Policy Charge

The Policy Charge will be calculated based on the number of Subscribers in each Coverage Classification that we show in our records at the time of calculation. The Policy Charge will be calculated using the Premium rates in effect at that time. Exhibit 1 describes the way in which the Policy Charge is calculated.

### 3.3 Adjustments to the Policy Charge

We may make retroactive adjustments for any additions or terminations of Subscribers or changes in Coverage Classification that are not reflected in our records at the time we calculate the Policy Charge. We will not grant retroactive credit for any change occurring more than 60 days prior to the date we received notification of the change from the Enrolling Group. We also will not grant retroactive credit for any calendar month in which a Subscriber has received Benefits.

The Enrolling Group must notify us in writing within 60 days of the effective date of enrollments, terminations, or other changes. The Enrolling Group must notify us in writing each month of any change in the Coverage Classification for any Subscriber.

If premium taxes, guarantee or uninsured fund assessments, or other governmental charges relating to or calculated in regard to Premium are either imposed or increased, those charges will automatically be added to the Premium. In addition, any change in law or regulation that significantly affects our cost of operation will result in an increase in Premium in an amount we determine.

## 3.4 Payment of the Policy Charge

The Policy Charge is payable to us in advance by the Enrolling Group as described under "Payment of the Policy Charge" in Exhibit 1. The first Policy Charge is due and payable on or before the effective date of this Policy. Subsequent Policy Charges are due and payable no later than the first day of each payment period specified in item 6 of Exhibit 1, while this Policy is in force.

All payments shall be made in United States dollars, in immediately available funds, and shall be remitted to us at the address set forth in the Enrolling Group's application, or at such other address as we may from time to time designate in writing. The Enrolling Group agrees not to send us payments marked "paid in full", "without recourse", or similar language. In the event that the Enrolling Group sends such a payment, we may accept it without losing any of our rights under this Policy and the Enrolling Group will remain obligated to pay any and all amounts owed to us.

A late payment charge will be assessed for any Policy Charge not received within 10 calendar days following the due date. A service charge will be assessed for any non-sufficient-fund check received in payment of the Policy Charge. All Policy Charge payments must be accompanied by supporting documentation that states the names of the Covered Persons for whom payment is being made.

The Enrolling Group must reimburse us for attorney's fees and any other costs related to collecting delinquent Policy Charges.

## 3.5 Grace Period

A grace period of 31 days will be granted for the payment of any Policy Charge not paid when due. During the grace period, this Policy will continue in force. The grace period will not extend beyond the date this Policy terminates.

The Enrolling Group is liable for payment of the Policy Charge during the grace period. If we receive written notice from the Enrolling Group to terminate this Policy during the grace period, we will adjust the Policy Charge so that it applies only to the number of days this Policy was in force during the grace period.

This Policy terminates as described in Article 5.1 if the grace period expires and the past due Policy Charge remains unpaid.

# Article 4: Eligibility and Enrollment

## 4.1 Eligibility Conditions or Rules

Eligibility conditions or rules for each class are stated in the corresponding Exhibit 2. The eligibility conditions stated in Exhibit 2 are in addition to those specified in *Section 3: When Coverage Begins* of the *Certificate of Coverage*.

## 4.2 Initial Enrollment Period

Eligible Persons and their Dependents may enroll for coverage under this Policy during the Initial Enrollment Period. The Initial Enrollment Period is determined by the Enrolling Group.

### 4.3 Open Enrollment Period

An Open Enrollment Period will be provided periodically for each class, as specified in the corresponding Exhibit 2. During an Open Enrollment Period, Eligible Persons may enroll for coverage under this Policy.

### 4.4 Effective Date of Coverage

The effective date of coverage for properly enrolled Eligible Persons and their Dependents is stated in Exhibit 2.

## Article 5: Policy Termination

### 5.1 Conditions for Termination of the Entire Policy

This Policy and all Benefits for Covered Health Services under this Policy will automatically terminate on the earliest of the dates specified below:

A.      On the last day of the grace period if the Policy Charge remains unpaid. The Enrolling Group remains liable for payment of the Policy Charge for the period of time this Policy remained in force during the grace period.

B.      On the date specified by the Enrolling Group, after at least 31 days prior written notice to us that this Policy is to be terminated.

C.      On the date we specify, after at least 31 days prior written notice to the Enrolling Group, that this Policy is to be terminated due to the Enrolling Group's violation of the participation and contribution rules as shown in Exhibit 1.

D.      On the date we specify, after at least 31 days prior written notice to the Enrolling Group, that this Policy is to be terminated because the Enrolling Group performed an act, practice or omission that constituted fraud or made an intentional misrepresentation of a fact that was material to the execution of this Policy or to the provision of coverage under this Policy. In this case, we have the right to rescind this Policy back to either:

- The effective date of this Policy.
- The date of the act, practice or omission, if later.

Any unearned Premium will be refunded.

E.      On the date we specify, after at least 90 days prior written notice to the Enrolling Group, that this Policy is to be terminated because we will no longer issue this particular type of group health benefit plan within the applicable market. If this occurs the Enrolling Group will be offered the option to purchase any other large employer group health plan that we have available.

F.      On the date we specify, after at least 180 days prior written notice to the applicable state authority and to the Enrolling Group, that this Policy is to be terminated because we will no longer issue any employer health benefit plan within the applicable market.

### 5.5 Payment and Reimbursement Upon Termination

Upon any termination of this Policy, the Enrolling Group is and will remain liable to us for the payment of any and all Premiums which are unpaid at the time of termination, including a pro rata portion of the Policy Charge for any period this Policy was in force during the grace period preceding the termination.

# Article 6: General Provisions

## 6.1 Entire Policy

This Policy, including the *Certificate(s) of Coverage*, the *Schedule(s) of Benefits*, the application of the Enrolling Group, and any Amendments, Notices of Change, and Riders, constitute the entire Policy between the parties. All statements made by the Enrolling Group or by a Subscriber will, in the absence of fraud, be deemed representations and not warranties.

## 6.2 Time Limit on Certain Defenses

No statement made by the Enrolling Group, except a fraudulent statement, can be used to void this Policy after it has been in force for a period of two years.

## 6.3 Amendments and Alterations

Amendments to this Policy are effective 31 days after we send written notice to the Enrolling Group. Riders are effective on the date we specify. Other than changes to Exhibit 2 stated in a Notice of Change to Exhibit 2, no change will be made to this Policy unless made by an Amendment or a Rider which is signed by one of our authorized executive officers. No agent has authority to change this Policy or to waive any of its provisions.

## 6.4 Relationship between Parties

The relationships between us and Network providers, and relationships between us and Enrolling Groups, are solely contractual relationships between independent contractors. Network providers and Enrolling Groups are not our agents or employees, nor are we or any of our employees an agent or employee of Network providers or Enrolling Groups.

The relationship between a Network provider and any Covered Person is that of provider and patient. The Network provider is solely responsible for the services provided by it to any Covered Person. The relationship between any Enrolling Group and any Covered Person is that of employer and employee, Dependent, or any other category of Covered Person described in the Coverage Classifications specified in this Policy.

The Enrolling Group is solely responsible for enrollment and Coverage Classification changes (including termination of a Covered Person's coverage) and for the timely payment of the Policy Charges.

## 6.5 Records

The Enrolling Group must furnish us with all information and proofs which we may reasonably require with regard to any matters pertaining to this Policy. We may at any reasonable time inspect:

- All documents furnished to the Enrolling Group by an individual in connection with coverage.

- The Enrolling Group's payroll.

- Any other records pertinent to the coverage under this Policy.

By accepting Benefits under this Policy, each Covered Person authorizes and directs any person or institution that has provided services to him or her, to furnish us or our designees any and all information and records or copies of records relating to the health care services provided to the Covered Person. We have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form.

We agree that such information and records will be considered confidential. We have the right to release any and all records concerning health care services which are necessary to implement and administer the

terms of this Policy including records necessary for appropriate medical review and quality assessment or as we are required by law or regulation.

During and after the term of this Policy, we and our related entities may use and transfer the information gathered under this Policy for research and analytic purposes.

## 6.6 Administrative Services

The services necessary to administer this Policy and the Benefits provided under it will be provided in accordance with our standard administrative procedures or those standard administrative procedures of our designee. If the Enrolling Group requests that administrative services be provided in a manner other than in accordance with these standard procedures, including requests for non-standard reports, the Enrolling Group must pay for such services or reports at the then current charges for such services or reports.

We may offer to provide administrative services to the Enrolling Group for certain wellness programs including, but not limited to, fitness programs, biometric screening programs and wellness coaching programs.

## 6.7 Employee Retirement Income Security Act (ERISA)

When this Policy is purchased by the Enrolling Group to provide benefits under a welfare plan governed by the federal *Employee Retirement Income Security Act* 29 U.S.C., 1001 et seq., we will not be named as, and will not be, the plan administrator or the named fiduciary of the welfare plan, as those terms are used in ERISA.

## 6.8 Examination of Covered Persons

In the event of a question or dispute concerning Benefits for Covered Health Services, we may reasonably require that a Network Physician, acceptable to us, examine the Covered Person at our expense.

## 6.9 Clerical Error

Clerical error will not deprive any individual of Benefits under this Policy or create a right to Benefits. Failure to report enrollments will not be considered a clerical error and will not result in retroactive coverage for Eligible Persons. Failure to report the termination of coverage will not continue the coverage for a Covered Person beyond the date it is scheduled to terminate according to the terms of this Policy. Upon discovery of a clerical error, any necessary appropriate adjustment in Premiums will be made. However, we will not grant any such adjustment in Premiums or coverage to the Enrolling Group for more than 60 days of coverage prior to the date we received notification of the clerical error.

## 6.10 Workers' Compensation Not Affected

Benefits provided under this Policy do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## 6.11 Conformity with Law

Any provision of this Policy which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which this Policy is delivered) is deemed to be amended to conform to the minimum requirements of those statutes and regulations.

## 6.12 Notice

When we provide written notice regarding administration of this Policy to an authorized representative of the Enrolling Group, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Enrolling Group is responsible for giving notice to Covered Persons on a timely basis.

Any notice sent to us under this Policy and any notice sent to the Enrolling Group must be addressed as described in Exhibit 1.

## 6.13 Continuation Coverage

We agree to provide Benefits under this Policy for those Covered Persons who are eligible to continue coverage under federal or state law, as described in *Section 4: When Coverage Ends* of the *Certificate of Coverage*.

We will not provide any administrative duties with respect to the Enrolling Group's compliance with federal or state law. All duties of the plan sponsor or plan administrator remain the sole responsibility of the Enrolling Group, including but not limited to notification of COBRA and/or state law continuation rights and billing and collection of Premium.

## 6.14 Certification of Coverage Forms

As required by the federal *Health Insurance Portability and Accountability Act of 1996 (HIPAA)*, we will produce certification of coverage forms for Covered Persons who lose coverage under this Policy. The Enrolling Group agrees to provide us with all necessary eligibility and termination data. Certification of coverage forms will be based on eligibility and termination data that the Enrolling Group provides to our eligibility systems in accordance with our data specifications, and which is available in our eligibility systems as of the date the form is generated. The certification of coverage forms will only include periods of coverage that we administer under this Policy.

## 6.15 Subscriber's Individual Certificate

We will issue *Certificate(s) of Coverage*, *Schedule(s) of Benefits*, and any attachments to the Enrolling Group for delivery to each covered Subscriber. The *Certificate(s) of Coverage*, *Schedule(s) of Benefits*, and any attachments will show the Benefits and other provisions of this Policy. In addition, you may have access to your *Certificate(s) of Coverage* and *Schedule(s) of Benefits* online at www.myuhc.com.

## 6.16 System Access

The term "systems" as used in this provision means our systems that we make available to the Enrolling Group to facilitate the transfer of information in connection with this Policy.

## System Access

We grant the Enrolling Group the nonexclusive, nontransferable right to access and use the functionalities contained within the systems, under the terms set forth in this Policy. The Enrolling Group agrees that all rights, title and interest in the systems and all rights in patents, copyrights, trademarks and trade secrets encompassed in the systems will remain ours. In order to obtain access to the systems, the Enrolling Group will obtain, and be responsible for maintaining, at no expense to us, the hardware, software and Internet browser requirements we provide to the Enrolling Group, including any amendments to those requirements. The Enrolling Group is responsible for obtaining an internet service provider or other access to the Internet.

The Enrolling Group will not:

- Access systems or use, copy, reproduce, modify, or excerpt any of the systems documentation provided by us in order to access or utilize systems, for purposes other than as expressly permitted under this Policy.

- Share, transfer or lease its right to access and use systems, to any other person or entity which is not a party to this Policy.

The Enrolling Group may designate any third party to access systems on its behalf, provided the third party agrees to these terms and conditions of systems access and the Enrolling Group assumes joint responsibility for such access.

## Security Procedures

The Enrolling Group will use commercially reasonable physical and software-based measures, and comply with our security procedures, as may be amended from time to time, to protect the system, its functionalities, and data accessed through systems from any unauthorized access or damage (including damage caused by computer viruses). The Enrolling Group will notify us immediately if any breach of the security procedures, such as unauthorized use, is suspected.

## System Access Termination

We reserve the right to terminate the Enrolling Group's system access:

- On the date the Enrolling Group fails to accept the hardware, software and browser requirements provided by us, including any amendments to the requirements.

- Immediately on the date we reasonably determine that the Enrolling Group has breached, or allowed a breach of, any applicable provision of this Policy. Upon termination of this Policy, the Enrolling Group agrees to cease all use of systems, and we will deactivate the Enrolling Group's identification numbers and passwords and access to the system.

# Exhibit 1

1.    **Parties**. The parties to this Policy are UnitedHealthcare Insurance Company of Illinois and Planet Equity Group LLC, the Enrolling Group.

2.    **Effective Date of this Policy**. The effective date of this Policy is 12:01 a.m. on July 1, 2015 in the time zone of the Enrolling Group's location.

3.    **Place of Issuance**. We are delivering this Policy in the State of Illinois. This Policy is governed by ERISA. To the extent that state law applies, the laws of the State of Illinois are the laws that govern this Policy.

4.    **Premiums**. We reserve the right to change the *Schedule of Premium Rates* specified in each Exhibit 2, after a 45-day prior written notice at any time.

5.    **Computation of Policy Charge**. A full calendar month's Premiums will be charged for Covered Persons whose effective date of coverage falls on or before the 15th of that calendar month. No Premiums will be charged for Covered Persons whose effective date of coverage falls after the 15th of that calendar month. A full calendar month's Premiums will be charged for Covered Persons whose coverage is terminated after the 15th of that calendar month. No Premiums will be charged for Covered Persons whose coverage is terminated on or before the 15th of that calendar month.

6.    **Payment of the Policy Charge**. The Policy Charge is payable to us in advance by the Enrolling Group on a monthly basis.

7.    **Minimum Participation Requirement**. The minimum participation requirement for the Enrolling Group is 75% of Eligible Persons excluding spousal waivers but no less than 50% of all Eligible Persons must be enrolled for coverage under this Policy.

8.    **Minimum Contribution Requirement**. The Enrolling Group must maintain a minimum contribution requirement of 50% of the Premium for each Eligible Person.

9.    **Notice**. Any notice sent to us under this Policy must be addressed to:

UnitedHealthcare Insurance Company of Illinois

200 East Randolph Street, Suite 5300

Chicago, Illinois 60601


Any notice sent to the Enrolling Group under this Policy must be addressed to:

Planet Equity Group LLC

800 Hillgrove Road

Suite 200

Western Springs, Illinois 60558

10.   905309: Enrolling Group Number

# Exhibit 2 Class 1

The provisions included in this Exhibit are applicable only to the class of Eligible Persons described below.

1.  **Class Description**.

    All Employees enrolled in UnitedHealthcare Choice Plus (HSA) Plan ABJY.

2.  **Eligibility**. The eligibility rules are established by the Enrolling Group. The following eligibility rules are in addition to the eligibility rules specified in the Employer Application and/or in *Section 3: When Coverage Begins* of the *Certificate of Coverage* applicable to this class:

    A.   The waiting or probationary period for newly Eligible Persons is as follows:

         None

    B.   Other:

         None

3.  **Open Enrollment Period**. An Open Enrollment Period of at least 30 days will be provided by the Enrolling Group during which Eligible Persons may enroll for coverage. The Open Enrollment Period will be provided on an annual basis.

4.  **Effective Date for Eligible Persons**. The effective date of coverage for Eligible Persons who are eligible on the effective date of this Policy is July 1, 2015.

    For an Eligible Person who becomes eligible after the effective date of this Policy, his or her effective date of coverage is the first day of the month following the date the Eligible Person joins the Enrolling Group. Any required waiting period will not exceed 90 days.

5.  **Schedule of Premium Rates**.

    The *Schedule of Premium Rates* payable by or on behalf of this class of Covered Persons as of July 1, 2015 is shown below:

    | Coverage Classification | Monthly Premium |
    | --- | --- |
    | Employee Only | $331.91 |
    | Employee plus Spouse | $732.21 |
    | Employee plus Child(ren) | $593.93 |
    | Employee plus Family | $1,067.01 |

    Changes to this *Schedule of Premium Rates* and/or subsequent *Schedules of Premium Rates* will be attached to this Policy by means of a *Notice of Change to Exhibit 2*.

# Exhibit 2 Class 2

The provisions included in this Exhibit are applicable only to the class of Eligible Persons described below.

1.  **Class Description**.

    All Employees enrolled in UnitedHealthcare Choice Plus Plan #551.

2.  **Eligibility**. The eligibility rules are established by the Enrolling Group. The following eligibility rules are in addition to the eligibility rules specified in the Employer Application and/or in *Section 3: When Coverage Begins* of the *Certificate of Coverage* applicable to this class:

    A.  The waiting or probationary period for newly Eligible Persons is as follows:

        None

    B.  Other:

        None

3.  **Open Enrollment Period**. An Open Enrollment Period of at least 30 days will be provided by the Enrolling Group during which Eligible Persons may enroll for coverage. The Open Enrollment Period will be provided on an annual basis.

4.  **Effective Date for Eligible Persons**. The effective date of coverage for Eligible Persons who are eligible on the effective date of this Policy is July 1, 2015.

    For an Eligible Person who becomes eligible after the effective date of this Policy, his or her effective date of coverage is the first day of the month following the date the Eligible Person joins the Enrolling Group. Any required waiting period will not exceed 90 days.

5.  **Schedule of Premium Rates**.

    The *Schedule of Premium Rates* payable by or on behalf of this class of Covered Persons as of July 1, 2015 is shown below:

| Coverage Classification | Monthly Premium |
| --- | --- |
| Employee Only | $295.57 |
| Employee plus Spouse | $655.90 |
| Employee plus Child(ren) | $531.42 |
| Employee plus Family | $957.26 |

    Changes to this *Schedule of Premium Rates* and/or subsequent *Schedules of Premium Rates* will be attached to this Policy by means of a *Notice of Change to Exhibit 2*.

# Exhibit 2 Class 3

The provisions included in this Exhibit are applicable only to the class of Eligible Persons described below.

1.   **Class Description**.

   All Employees enrolled in UnitedHealthcare Choice Plus Plan #555.

2.   **Eligibility**. The eligibility rules are established by the Enrolling Group. The following eligibility rules are in addition to the eligibility rules specified in the Employer Application and/or in *Section 3: When Coverage Begins* of the *Certificate of Coverage* applicable to this class:

   A.   The waiting or probationary period for newly Eligible Persons is as follows:

      None

   B.   Other:

      None

3.   **Open Enrollment Period**. An Open Enrollment Period of at least 30 days will be provided by the Enrolling Group during which Eligible Persons may enroll for coverage. The Open Enrollment Period will be provided on an annual basis.

4.   **Effective Date for Eligible Persons**. The effective date of coverage for Eligible Persons who are eligible on the effective date of this Policy is July 1, 2015.

   For an Eligible Person who becomes eligible after the effective date of this Policy, his or her effective date of coverage is the first day of the month following the date the Eligible Person joins the Enrolling Group. Any required waiting period will not exceed 90 days.

5.   **Schedule of Premium Rates**.

   The *Schedule of Premium Rates* payable by or on behalf of this class of Covered Persons as of July 1, 2015 is shown below:

| Coverage Classification | Monthly Premium |
|---|---|
| Employee Only | $354.15 |
| Employee plus Spouse | $778.92 |
| Employee plus Child(ren) | $632.18 |
| Employee plus Family | $1,134.17 |

   Changes to this *Schedule of Premium Rates* and/or subsequent *Schedules of Premium Rates* will be attached to this Policy by means of a *Notice of Change to Exhibit 2*.

# Exhibit 2 Class 4

The provisions included in this Exhibit are applicable only to the class of Eligible Persons described below.

1.   **Class Description**.

All Employees enrolled in UnitedHealthcare Choice Plus (HSA) (Core) Plan #529.

2.   **Eligibility**. The eligibility rules are established by the Enrolling Group. The following eligibility rules are in addition to the eligibility rules specified in the Employer Application and/or in *Section 3: When Coverage Begins* of the *Certificate of Coverage* applicable to this class:

A.   The waiting or probationary period for newly Eligible Persons is as follows:

None

B.   Other:

None

3.   **Open Enrollment Period**. An Open Enrollment Period of at least 30 days will be provided by the Enrolling Group during which Eligible Persons may enroll for coverage. The Open Enrollment Period will be provided on an annual basis.

4.   **Effective Date for Eligible Persons**. The effective date of coverage for Eligible Persons who are eligible on the effective date of this Policy is July 1, 2015.

For an Eligible Person who becomes eligible after the effective date of this Policy, his or her effective date of coverage is the first day of the month following the date the Eligible Person joins the Enrolling Group. Any required waiting period will not exceed 90 days.

5.   **Schedule of Premium Rates**.

The *Schedule of Premium Rates* payable by or on behalf of this class of Covered Persons as of July 1, 2015 is shown below:

| Coverage Classification | Monthly Premium |
| --- | --- |
| Employee Only | $251.36 |
| Employee plus Spouse | $563.06 |
| Employee plus Child(ren) | $455.38 |
| Employee plus Family | $823.74 |

Changes to this *Schedule of Premium Rates* and/or subsequent *Schedules of Premium Rates* will be attached to this Policy by means of a *Notice of Change to Exhibit 2*.

# NOTICE OF PROTECTION PROVIDED BY ILLINOIS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION

This notice provides a **brief summary** description of the Illinois Life and Health Insurance Guaranty Association ("the Association") and the protection it provides for policyholders. This safety net was created under Illinois law, which determines who and what is covered and the amounts of coverage.

The Association was established to provide protection in the unlikely event that your member life, annuity or health insurance company becomes financially unable to meet its obligations and is placed into Receivership by the Insurance Department of the state in which the company is domiciled. If this should happen, the Association will typically arrange to continue coverage and pay claims, in accordance with Illinois law, with funding from assessments paid by other insurance companies.

The basic protections provided by the Association per insolvency are:

- Life Insurance
  - $300,000 in death benefits
  - $100,000 in cash surrender or withdrawal values

- Health Insurance
  - $500,000 in hospital, medical and surgical insurance benefits*
  - $300,000 in disability insurance benefits
  - $300,000 in long-term care insurance benefits
  - $100,000 in other types of health insurance benefits

- Annuities
  - $250,000 in withdrawal and cash values

*The maximum amount of protection for each individual, regardless of the number of policies or contracts, is $300,000, except special rules apply with regard to hospital, medical and surgical insurance benefits for which the maximum amount of protection is $500,000.

**Note: Certain policies and contracts may not be covered or fully covered.** For example, coverage does not extend to any portion of a policy or contract that the insurer does not guarantee, such as certain investment additions to the account value of a variable life insurance policy or a variable annuity contract. There are also residency requirements and other limitations under Illinois law.

To learn more about these protections, as well as protection relating to group contracts or retirement plans, please visit the Association's website at www.ilhiga.org or contact:

**Illinois Life and Health Insurance Guaranty Association**

1520 Kensington Road, Suite 112

Oak Brook, Illinois 60523-2140

(773) 714-8050

**Illinois Department of Insurance**

4th Floor

1

320 West Washington Street

Springfield, Illinois 62767

(217) 782-4515

**Insurance companies and agents are not allowed by Illinois law to use the existence of the Association or its coverage to encourage you to purchase any form of insurance. When selecting an insurance company, you should not rely on Association coverage. If there is any inconsistency between this notice and Illinois law, then Illinois law will control.**

# UnitedHealthcare Choice Plus

# Certificate of Coverage

**For**

**the Plan #555**

**of**

**Planet Equity Group LLC**

**Enrolling Group Number: 905309**

**Effective Date: July 1, 2015**

**Offered and Underwritten by**

**UnitedHealthcare Insurance Company of Illinois**

EXHIBIT B

# Table of Contents

**Schedule of Benefits** ........................................................................................**1**
Accessing Benefits.................................................................................................. 1
Prior Authorization ................................................................................................. 2
Covered Health Services which Require Prior Authorization .................................. 2
Care Management ................................................................................................... 4
Special Note Regarding Medicare............................................................................ 4
Benefits .................................................................................................................. 4
Additional Benefits Required By Illinois Law .......................................................... 25
Eligible Expenses ................................................................................................... 29
Provider Network ................................................................................................... 31
Designated Facilities and Other Providers.............................................................. 31
Health Services from Non-Network Providers Paid as Network Benefits ................ 32
Limitations on Selection of Providers..................................................................... 32

**Certificate of Coverage** ...............................................................................**1**
Certificate of Coverage is Part of Policy ................................................................. 1
Changes to the Document....................................................................................... 1
Other Information You Should Have........................................................................ 1

**Introduction to Your Certificate** ..............................................................**2**
How to Use this Document...................................................................................... 2
Information about Defined Terms ........................................................................... 2
Don't Hesitate to Contact Us ................................................................................. 2

**Your Responsibilities**...................................................................................**3**
Be Enrolled and Pay Required Contributions........................................................... 3
Be Aware this Benefit Plan Does Not Pay for All Health Services ............................ 3
Decide What Services You Should Receive .............................................................. 3
Choose Your Physician............................................................................................ 3
Obtain Prior Authorization ..................................................................................... 3
Pay Your Share ...................................................................................................... 3
Pay the Cost of Excluded Services.......................................................................... 4
Show Your ID Card .................................................................................................. 4
File Claims with Complete and Accurate Information .............................................. 4
Use Your Prior Health Care Coverage..................................................................... 4

**Our Responsibilities**....................................................................................**5**
Pay for Our Portion of the Cost of Covered Health Services .................................... 5
Pay Network Providers............................................................................................ 5
Pay for Covered Health Services Provided by Non-Network Providers ..................... 5
Review and Determine Benefits in Accordance with our Reimbursement Policies.... 5
Offer Health Education Services to You ................................................................... 5

**Certificate of Coverage Table of Contents** ............................................**6**

**Section 1: Covered Health Services** .........................................................**7**
Benefits for Covered Health Services ...................................................................... 7
1. Ambulance Services ............................................................................................ 7
2. Clinical Trials ..................................................................................................... 8
3. Dental Services - Accident Only ......................................................................... 11
4. Diabetes Services ............................................................................................... 11
5. Durable Medical Equipment ............................................................................... 12
6. Emergency Health Services - Outpatient............................................................. 13
7. Hearing Aids ...................................................................................................... 13
8. Home Health Care .............................................................................................. 13
9. Hospice Care ...................................................................................................... 14

10. Hospital - Inpatient Stay ........................................................................................... 14
11. Infertility Services ................................................................................................... 14
12. Lab, X-Ray and Diagnostics - Outpatient ................................................................ 15
13. Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient
...................................................................................................................................... 15
14. Mental Health Services ........................................................................................... 16
15. Neurobiological Disorders - Autism Spectrum Disorder Services ............................ 17
16. Ostomy Supplies ..................................................................................................... 18
17. Pharmaceutical Products - Outpatient ..................................................................... 19
18. Physician Fees for Surgical and Medical Services ................................................... 19
19. Physician's Office Services - Sickness and Injury .................................................... 19
20. Pregnancy - Maternity Services .............................................................................. 20
21. Preventive Care Services ........................................................................................ 20
Preventive Health Services for Adults ........................................................................... 21
Preventive health services for women ........................................................................... 22
Preventive health services for children ......................................................................... 23
Illinois Mandated preventive health services ................................................................. 25
22. Prosthetic Devices .................................................................................................. 26
23. Reconstructive Procedures ..................................................................................... 26
24. Rehabilitation Services - Outpatient Therapy and Manipulative Treatment ............... 27
25. Scopic Procedures - Outpatient Diagnostic and Therapeutic .................................... 27
26. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services ........................... 28
27. Substance Use Disorder Services ............................................................................ 28
28. Surgery - Outpatient ............................................................................................... 29
29. Temporomandibular Joint Services and Craniomandibular Disorder ........................ 29
30. Therapeutic Treatments - Outpatient ...................................................................... 30
31. Transplantation Services ......................................................................................... 30
32. Urgent Care Center Services ................................................................................... 30
Additional Benefits Required By Illinois Law ................................................................. 31
33. Amino Acid-Based Elemental Formulas .................................................................. 31
34. Autism Spectrum Disorders .................................................................................... 31
35. Customized Orthotic Devices .................................................................................. 31
36. Dental - Anesthesia and Facility .............................................................................. 32
37. Examination and Treatment for Sexual Assault ....................................................... 32
38. Habilitative Services for Enrolled Dependents ......................................................... 32
39. Preventative Physical Therapy for Multiple Sclerosis .............................................. 33

## Section 2: Exclusions and Limitations.................................................34

How We Use Headings in this Section ............................................................................ 34
We do not Pay Benefits for Exclusions .......................................................................... 34
Benefit Limitations......................................................................................................... 34
A. Alternative Treatments .............................................................................................. 34
B. Dental......................................................................................................................... 34
C. Devices, Appliances and Prosthetics ......................................................................... 35
D. Drugs ......................................................................................................................... 36
E. Experimental or Investigational or Unproven Services ............................................... 36
F. Foot Care ................................................................................................................... 36
G. Medical Supplies ....................................................................................................... 37
H. Mental Health ............................................................................................................ 37
I. Neurobiological Disorders - Autism Spectrum Disorder.............................................. 38
J. Nutrition ..................................................................................................................... 39
K. Personal Care, Comfort or Convenience .................................................................... 39
L. Physical Appearance .................................................................................................. 40
M. Procedures and Treatments ...................................................................................... 41
N. Providers .................................................................................................................... 41
O. Reproduction.............................................................................................................. 42

P. Services Provided under another Plan ........................................................................................ 42
Q. Substance Use Disorders ........................................................................................................... 42
R. Transplants ................................................................................................................................. 43
S. Travel ......................................................................................................................................... 43
T. Types of Care ............................................................................................................................. 43
U. Vision and Hearing ..................................................................................................................... 44
V. All Other Exclusions.................................................................................................................... 44

## Section 3: When Coverage Begins .............................................................46
How to Enroll .................................................................................................................................. 46
If You Are Hospitalized When Your Coverage Begins .................................................................... 46
If You Are Eligible for Medicare ..................................................................................................... 46
Who is Eligible for Coverage .......................................................................................................... 46
Eligible Person................................................................................................................................ 46
Dependent ...................................................................................................................................... 46
When to Enroll and When Coverage Begins ................................................................................... 47
Initial Enrollment Period ................................................................................................................. 47
Open Enrollment Period .................................................................................................................. 47
New Eligible Persons ...................................................................................................................... 47
Adding New Dependents ................................................................................................................ 47
Special Enrollment Period............................................................................................................... 48

## Section 4: When Coverage Ends .................................................................50
General Information about When Coverage Ends............................................................................ 50
Events Ending Your Coverage ........................................................................................................ 50
Other Events Ending Your Coverage............................................................................................... 51
Coverage for a Disabled Dependent Child...................................................................................... 51
Extended Coverage for Total Disability ........................................................................................... 52
Continuation of Coverage and Conversion ..................................................................................... 52
General - Continuation of Coverage under State Law...................................................................... 52
Qualifying Events for Continuation Coverage under State Law ....................................................... 52
Notification Requirements and Election Period for Continuation Coverage under State Law .............. 53
Terminating Events for Continuation Coverage under State Law ..................................................... 53
General - Continuation Coverage After Dissolution of Marriage/Civil Union, Retirement or Death ....... 53
Qualifying Events for Continuation Coverage After Dissolution of Marriage/Civil Union, Retirement or
Death............................................................................................................................................... 53
Notification Requirements and Election Period for Continuation Coverage After Dissolution of
Marriage/Civil Union, Retirement or Death ..................................................................................... 54
Terminating Events for Continuation Coverage After Dissolution of Marriage/Civil Union, Retirement or
Death............................................................................................................................................... 54
Continuation of Coverage - Dependent Students; Medical Leave of Absence ..................................... 55
Conversion ...................................................................................................................................... 55

## Section 5: How to File a Claim ...................................................................57
If You Receive Covered Health Services from a Network Provider.................................................... 57
If You Receive Covered Health Services from a Non-Network Provider ........................................... 57
Required Information ....................................................................................................................... 57
Payment of Benefits ........................................................................................................................ 57
Time of Payment of Claims ............................................................................................................. 58

## Section 6: Questions, Complaints and Appeals .....................................59
What to Do if You Have a Question.................................................................................................. 59
What to Do if You Have a Complaint or an Appeal .......................................................................... 59
How to Appeal a Claim Decision ..................................................................................................... 59
Post-service Claims ........................................................................................................................ 59
Pre-service Requests for Benefits ................................................................................................... 59
How to Request an Appeal .............................................................................................................. 59
First Level Review........................................................................................................................... 60

Urgent Appeals that Require Immediate Action .................................................................... 60
Administrative Complaints............................................................................................... 60
Exhaustion of Internal Appeal Process ............................................................................. 61
Standard External Review................................................................................................ 61
Expedited External Review .............................................................................................. 63
Independent Review Organization .................................................................................... 65
Appeals to the Department of Insurance........................................................................... 65

## Section 7: Coordination of Benefits .............................................................67
Benefits When You Have Coverage under More than One Plan ........................................... 67
When Coordination of Benefits Applies ............................................................................. 67
Definitions..................................................................................................................... 67
Order of Benefit Determination Rules................................................................................ 68
Effect on the Benefits of This Plan.................................................................................... 70
Right to Receive and Release Needed Information ............................................................. 71
Payments Made.............................................................................................................. 72
Right of Recovery ........................................................................................................... 72
When Medicare is Secondary........................................................................................... 72

## Section 8: General Legal Provisions ...........................................................73
Your Relationship with Us ............................................................................................... 73
Our Relationship with Providers and Enrolling Groups........................................................ 73
Your Relationship with Providers and Enrolling Groups ...................................................... 74
Notice ........................................................................................................................... 74
Statements by Enrolling Group or Subscriber ................................................................... 74
Incentives to Providers.................................................................................................... 74
Rebates and Other Payments .......................................................................................... 75
Administrative Services ................................................................................................... 75
Amendments to the Policy............................................................................................... 75
Information and Records ................................................................................................. 75
Examination of Covered Persons ..................................................................................... 76
Workers' Compensation not Affected ............................................................................... 76
Medicare Eligibility ......................................................................................................... 76
Subrogation and Reimbursement ..................................................................................... 76
Right to Subrogation ...................................................................................................... 76
Right of Reimbursement ................................................................................................. 77
Refund of Overpayments ................................................................................................ 77
Limitation of Action......................................................................................................... 77
Entire Policy................................................................................................................... 77

## Section 9: Defined Terms .........................................................................78

# Amendments, Riders and Notices (As Applicable)

**Outpatient Prescription Drug Rider**
**Important Notices under the Patient Protection and Affordable Care Act (PPACA)**
**Changes in Federal Law that Impact Benefits**
**Women's Health and Cancer Rights Act of 1998**
**Statement of Rights under the Newborns' and Mothers' Health Protection Act**
**Claims and Appeal Notice**
**Health Plan Notices of Privacy Practices**

Financial Information Privacy Notice
Health Plan Notice of Privacy Practices: Federal and State
Amendments
Statement of Employee Retirement Income Security Act of 1974
(ERISA) Rights
ERISA Statement

# UnitedHealthcare Choice Plus

# UnitedHealthcare Insurance Company of Illinois

# Schedule of Benefits

## Accessing Benefits

You can choose to receive Designated Network Benefits, Network Benefits or Non-Network Benefits.

**Designated Network Benefits** apply to Covered Health Services that are provided by a Network Physician or other provider that we have identified as a Designated Facility or Physician. Designated Network Benefits are available only for specific Covered Health Services as identified in the *Schedule of Benefits* table below.

**Network Benefits** apply to Covered Health Services that are provided by a Network Physician or other Network provider.

Emergency Health Services are always paid as Network Benefits.

Covered Health Services that are provided at a Network Hospital or ambulatory surgical treatment center by a Non-Network Emergency Physician or other Emergency department provider, radiologist, anesthesiologist, pathologist, or neonatologist, when not Emergency Health Services, will be reimbursed as set forth under *Eligible Expenses* as described at the end of this *Schedule of Benefits*. You will not incur any greater out-of-pocket costs than you would have incurred with a Network Physician or provider for Eligible Expenses. State law prohibits such provider from balance billing you if you have assigned benefits to such provider and have not specifically rejected assignment of benefits in writing in accordance with 215 ILCS 5/356z.3a.

However, Covered Health Services that are provided at a Network facility by other facility based Non-Network providers, when not Emergency Health Services, will be reimbursed as set forth under Eligible Expenses as described at the end of this Schedule of Benefits. As a result, you will be responsible for the difference between the amount billed by the provider and the amount that is determined to be an Eligible Expense for reimbursement. The payments you make to facility based Non-Network providers for charges above the Eligible Expense do not apply towards any applicable Out-of-Pocket Maximum.

**Non-Network Benefits** apply to Covered Health Services that are provided by a non-Network Physician or other non-Network provider, or Covered Health Services that are provided at a non-Network facility.

Depending on the geographic area and the service you receive, you may have access to non-Network providers who have agreed to discount their charges for Covered Health Services. If you receive Covered Health Services from these providers, the Coinsurance will remain the same as it is when you receive Covered Health Services from non-Network providers who have not agreed to discount their charges; however, the total that you owe may be less because the Eligible Expense may be a lesser amount.

You must show your identification card (ID card) every time you request health care services from a Network provider. If you do not show your ID card, Network providers have no way of knowing that you are enrolled under a UnitedHealthcare Policy. As a result, they may bill you for the entire cost of the services you receive.

**Additional information about the network of providers and how your Benefits may be affected appears at the end of this *Schedule of Benefits*.**

If there is a conflict between documents created by us and documents created by a source other than us, the documents created by us will control.

WARNING, LIMITED BENEFITS WILL BE PAID WHEN NON-NETWORK PROVIDERS ARE USED. You should be aware that when you elect to utilize the services of a non-Network provider for a covered service in non-emergency situations, benefit payments to such non-Network providers are not based upon the amount billed. The basis of your benefit payment will be determined according to your Certificate's fee schedule, usual and customary charge (which is determined by comparing charges for similar services adjusted to the geographical area where the services are performed), or other method as defined by the Certificate. YOU CAN EXPECT TO PAY MORE THAN THE COINSURANCE AMOUNT DEFINED IN THE CERTIFICATE AFTER THE PLAN HAS PAID ITS REQUIRED PORTION. Non-Network providers may bill members for any amount up to the billed charge after the plan has paid its portion of the bill as provided in Section 356z.3a of the Insurance Code. Network providers have agreed to accept discounted payments for services with no additional billing to the member other than coinsurance and deductible amounts. You may obtain further information about the participating status of professional providers and information on out-of-pocket expenses by calling the toll free number on your identification card.

## Prior Authorization

We require prior authorization for certain Covered Health Services. In general, Network providers are responsible for obtaining prior authorization before they provide these services to you. There are some Network Benefits, however, for which you are responsible for obtaining prior authorization. Services for which prior authorization is required are identified below and in the *Schedule of Benefits* table within each Covered Health Service category.

We recommend that you confirm with us that all Covered Health Services listed below have been prior authorized as required. Before receiving these services from a Network provider, you may want to contact us to verify that the Hospital, Physician and other providers are Network providers and that they have obtained the required prior authorization. Network facilities and Network providers cannot bill you for services they fail to prior authorize as required. You can contact us by calling the telephone number for *Customer Care* on your ID card.

**When you choose to receive certain Covered Health Services from non-Network providers, you are responsible for obtaining prior authorization before you receive these services. Note that your obligation to obtain prior authorization is also applicable when a non-Network provider intends to admit you to a Network facility or refers you to other Network providers. Once you have obtained the authorization, please review it carefully so that you understand what services have been authorized and what providers are authorized to deliver the services that are subject to the authorization.**

**To obtain prior authorization, call the telephone number for *Customer Care* on your ID card.** This call starts the utilization review process.

The utilization review process is a set of formal techniques designed to monitor the use of, or evaluate the clinical necessity, appropriateness, efficacy, or efficiency of, health care services, procedures or settings. Such techniques may include ambulatory review, prospective review, second opinion, certification, concurrent review, case management, discharge planning, retrospective review or similar programs.

### Covered Health Services which Require Prior Authorization

**Please note that prior authorization timelines apply. Refer to the applicable Benefit description in the *Schedule of Benefits* table to determine how far in advance you must obtain prior authorization.**

- Ambulance - non-emergent air and ground.

- Amino Acid-Based Elemental Formulas.

- Autism Spectrum Disorders - Rehabilitation services physical therapy, occupational therapy and speech therapy.

- Clinical trials.

- Customized orthotic devices.

- Dental services - accidental.

- Dental anesthesia and facility services.

- Durable Medical Equipment over $1,000 in cost (either retail purchase cost or cumulative retail rental cost of a single item).

- Formulas/specialized foods.

- Genetic Testing - BRCA.

- Habilitative services for enrolled dependents.

- Home health care.

- Hospice care - inpatient.

- Hospital inpatient care - all scheduled admissions and maternity stays exceeding 48 hours for normal vaginal delivery or 96 hours for a cesarean section delivery.

- Infertility services.

- Lab, X-ray and diagnostics - sleep studies.

- Lab, X-ray and major diagnostics - CT, PET Scans, MRI, MRA, Nuclear Medicine and Capsule Endoscopy.

- Mental Health Services - inpatient services (including Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility); Intensive Outpatient Treatment programs; outpatient electro-convulsive treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management.

- Neurobiological disorders - Autism Spectrum Disorder services - inpatient services (including Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility), Intensive Outpatient Treatment programs; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; Applied Behavioral Analysis (ABA).

- Prosthetic devices over $1,000 in cost per device.

- Reconstructive procedures, including breast reconstruction surgery following mastectomy.

- Rehabilitation services and Manipulative Treatment - physical therapy, occupational therapy, Manipulative Treatment and speech therapy.

- Skilled Nursing Facility and Inpatient Rehabilitation Facility services.

- Substance Use Disorder Services - inpatient services (including Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility); Intensive Outpatient Treatment programs; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management.

- Surgery - only for the following outpatient surgeries: cardiac catheterization, pacemaker insertion, pain management procedures, implantable cardioverter defibrillators, diagnostic catheterization and electrophysiology implant and sleep apnea surgeries.

- Temporomandibular joint and craniomandibular disorder services.

- Therapeutics - only for the following services: dialysis, intensity modulated radiation therapy and MR-guided focused ultrasound.

- Transplants.

For all other services, when you choose to receive services from non-Network providers, we urge you to confirm with us that the services you plan to receive are Covered Health Services. That's because in some instances, certain procedures may not be Medically Necessary or may not otherwise meet the definition of a Covered Health Service, and therefore are excluded. In other instances, the same procedure may meet the definition of Covered Health Services. By calling before you receive treatment, you can check to see if the service is subject to limitations or exclusions.

If you request a coverage determination at the time prior authorization is provided, the determination will be made based on the services you report you will be receiving. If the reported services differ from those actually received, our final coverage determination will be modified to account for those differences, and we will only pay Benefits based on the services actually delivered to you.

If you choose to receive a service that has been determined not to be a Medically Necessary Covered Health Service, you will be responsible for paying all charges and no Benefits will be paid.

## Care Management

When you seek prior authorization as required, we will work with you to implement the care management process and to provide you with information about additional services that are available to you, such as disease management programs, health education, and patient advocacy.

## Special Note Regarding Medicare

If you are enrolled in Medicare on a primary basis (Medicare pays before we pay Benefits under the Policy), the prior authorization requirements do not apply to you. Since Medicare is the primary payer, we will pay as secondary payer as described in *Section 7: Coordination of Benefits*. You are not required to obtain authorization before receiving Covered Health Services.

## Benefits

Annual Deductibles are calculated on a calendar year basis.

Out-of-Pocket Maximums are calculated on a calendar year basis.

When Benefit limits apply, the limit stated refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.

Benefit limits are calculated on a calendar year basis unless otherwise specifically stated.

| Payment Term And Description | Amounts |
|---|---|
| **Annual Deductible** | |
| The amount of Eligible Expenses you pay for Covered Health Services per year before you are eligible to receive Benefits.<br><br>Amounts paid toward the Annual Deductible for Covered | **Designated Network and Network**<br><br>$1,000 per Covered Person, not to exceed $2,000 for all Covered |

| Payment Term And Description | Amounts |
|---|---|
| Health Services that are subject to a visit or day limit will also be calculated against that maximum Benefit limit. As a result, the limited Benefit will be reduced by the number of days/visits used toward meeting the Annual Deductible.<br><br>When a Covered Person was previously covered under a group policy that was replaced by the group Policy, any amount already applied to that annual deductible provision of the prior policy will apply to the Annual Deductible provision under the Policy.<br><br>The amount that is applied to the Annual Deductible is calculated on the basis of Eligible Expenses. The Annual Deductible does not include any amount that exceeds Eligible Expenses. Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits* table. | Persons in a family.<br><br>***Non-Network***<br><br>$5,000 per Covered Person, not to exceed $10,000 for all Covered Persons in a family. |
| **Out-of-Pocket Maximum** | |
| The maximum you pay per year for the Annual Deductible, Copayments or Coinsurance. Once you reach the Out-of-Pocket Maximum, Benefits are payable at 100% of Eligible Expenses during the rest of that year. The Out-of-Pocket Maximum applies to Covered Health Services under the Policy as indicated in this *Schedule of Benefits*, including Covered Health Services provided under the *Outpatient Prescription Drug Rider*. The Out-of-Pocket Maximum for Designated Network and Network Benefits includes the amount you pay for both Network and Non-Network Benefits for outpatient prescription drug products provided under the *Outpatient Prescription Drug Rider*.<br><br>Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits* table.<br><br>The Out-of-Pocket Maximum does not include any of the following and, once the Out-of-Pocket Maximum has been reached, you still will be required to pay the following:<br><br>• Any charges for non-Covered Health Services.<br><br>• The amount Benefits are reduced if you do not obtain prior authorization as required.<br><br>• Charges that exceed Eligible Expenses.<br><br>• Copayments or Coinsurance for any Covered Health Service identified in the *Schedule of Benefits* table that does not apply to the Out-of-Pocket Maximum. | ***Designated Network and Network***<br><br>$4,000 per Covered Person, not to exceed $8,000 for all Covered Persons in a family.<br><br>The Out-of-Pocket Maximum includes the Annual Deductible.<br><br>***Non-Network***<br><br>$10,000 per Covered Person, not to exceed $20,000 for all Covered Persons in a family.<br><br>The Out-of-Pocket Maximum includes the Annual Deductible. |
| **Copayment** | |
| Copayment is the amount you pay (calculated as a set dollar amount) each time you receive certain Covered Health Services. When Copayments apply, the amount is listed on the following pages next to | |

| Payment Term And Description | Amounts |
|---|---|
| the description for each Covered Health Service. | |

Please note that for Covered Health Services, you are responsible for paying the lesser of:

- The applicable Copayment.
- The Eligible Expense.

Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits* table.

| **Coinsurance** | |
|---|---|

Coinsurance is the amount you pay (calculated as a percentage of Eligible Expenses) each time you receive certain Covered Health Services.

Details about the way in which Eligible Expenses are determined appear at the end of the *Schedule of Benefits* table.

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **1. Ambulance Services** | | | |

**Prior Authorization Requirement**

In most cases, we will initiate and direct non-Emergency ambulance transportation. If you are requesting non-Emergency ambulance services, you must obtain authorization as soon as possible prior to transport. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| Covered Health Service | Benefit | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **Emergency Ambulance** | ***Network*** | | |
| | *Ground Ambulance:* | | |
| | 80% | Yes | Yes |
| | *Air Ambulance:* | | |
| | 80% | Yes | Yes |
| | ***Non-Network*** | | |
| | Same as Network | Same as Network | Same as Network |
| **Non-Emergency Ambulance** | ***Network*** | | |
| Ground or air ambulance | *Ground Ambulance:* | | |
| | 80% | Yes | Yes |
| | *Air Ambulance:* | | |
| | 80% | Yes | Yes |
| | ***Non-Network*** | | |
| | Same as Network | Same as Network | Same as Network |
| **2. Clinical Trials** | | | |

**Prior Authorization Requirement**

You must obtain prior authorization as soon as the possibility of participation in a clinical trial arises. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. This requirement does not apply to routine patient care costs associated with cancer clinical trials.

| Covered Health Service | Benefit | | |
|---|---|---|---|
| Depending upon the Covered Health Service, Benefit limits are the same as those stated under the specific Benefit category in this *Schedule of Benefits*. | ***Network*** <br><br> Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. <br><br> ***Non-Network*** | | |

***When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.***

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. | | |
| **3. Dental Services - Accident Only** | | | |

**Prior Authorization Requirement**

For Network and Non-Network Benefits you must obtain prior authorization five business days before follow-up (post-Emergency) treatment begins. (You do not have to obtain prior authorization before the initial Emergency treatment.) If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | *Network* 80% *Non-Network* Same as Network | Yes Same as Network | Yes Same as Network |
|---|---|---|---|
| **4. Diabetes Services** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization before obtaining any Durable Medical Equipment for the management and treatment of diabetes that exceeds $1,000 in cost (either retail purchase cost or cumulative retail rental cost of a single item). If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| Diabetes Self-Management and Training/Diabetic Eye Examinations/Foot Care | *Network* Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. *Non-Network* Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management and training/diabetic eye examinations/foot care will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. |
|---|---|
| **Diabetes Self-Management Items** | *Network* |
| Benefits for diabetes equipment that meets the definition of Durable Medical Equipment are not subject to | Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management items will be the same as those stated under *Durable Medical Equipment* |

| *When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.* | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| the limit stated under *Durable Medical Equipment.* | and in the *Outpatient Prescription Drug Rider.*<br><br>**Non-Network**<br><br>Depending upon where the Covered Health Service is provided, Benefits for diabetes self-management items will be the same as those stated under *Durable Medical Equipment* and in the *Outpatient Prescription Drug Rider.* | | |
| **5. Durable Medical Equipment** | | | |
| **Prior Authorization Requirement**<br><br>For Non-Network Benefits you must obtain prior authorization before obtaining any Durable Medical Equipment that exceeds $1,000 in cost (either retail purchase cost or cumulative retail rental cost of a single item). If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. | | | |
| Benefits are limited to a single purchase of a type of DME (including repair/replacement) every three years. This limit does not apply to wound vacuums, which are limited to a single purchase (including repair/replacement) every three years.<br><br>The per year limit shown above does **not** apply to Durable Medical Equipment classified as diabetic supplies or equipment and covered under *Diabetes Services* above.<br><br>To receive Network Benefits, you must purchase or rent the Durable Medical Equipment from the vendor we identify or purchase it directly from the prescribing Network Physician. | **Network**<br><br>80%<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Non-Network**<br><br>60% | Yes<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Yes | Yes<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Yes |
| **6. Emergency Health Services - Outpatient** | | | |
| **Note:** If you are confined in a non-Network Hospital after you receive outpatient Emergency Health | **Network**<br><br>80% after you pay a | | |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| Services, you must notify us within one business day. If your medical condition prevents you from notifying us within one business day, you must notify us as soon as reasonably possible. Once the attending Physician determines that your condition is stable and there is no medical reason why you cannot be transferred to a Network Hospital, we will notify you that for Network Benefits to continue, you must transfer to a Network Hospital. If you choose to stay in the non-Network Hospital after receiving the notice, the Benefit level will convert to the lower Non-Network Benefit for the remainder of the stay. | Copayment of $250 per visit. If you are admitted as an inpatient to a Network Hospital directly from the Emergency room, you will not have to pay this Copayment. The Benefits for an Inpatient Stay in a Network Hospital will apply instead. | Yes | No |
| | ***Non-Network*** | | |
| | Same as Network | Same as Network | Same as Network |
| **7. Hearing Aids** | | | |
| For Covered Persons under age 19: | ***Network*** | | |
| Benefits are limited to a single purchase (including repair/replacement) per hearing impaired ear every three years. | 80% | Yes | Yes |
| For Covered Persons age 19 and older: | | | |
| Limited to $2,500 in Eligible Expenses per year. | | | |
| Benefits are further limited to a single purchase (including repair/replacement) per hearing impaired ear every three years. | | | |
| | ***Non-Network*** | | |
| | 60% | Yes | Yes |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **8. Home Health Care** | | | |
| **Prior Authorization Requirement** | | | |
| For Non-Network Benefits you must obtain prior authorization five business days before receiving services or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. | | | |
| Limited to 60 visits per year. One visit equals up to four hours of skilled care services. This visit limit does not include any service which is billed only for the administration of intravenous infusion. | **Network** 80% | Yes | Yes |
| | **Non-Network** 60% | Yes | Yes |
| **9. Hospice Care** | | | |
| **Prior Authorization Requirement** | | | |
| For Non-Network Benefits you must obtain prior authorization five business days before admission for an Inpatient Stay in a hospice facility or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. In addition, for Non-Network Benefits, you must contact us within 24 hours of admission for an Inpatient Stay in a hospice facility. | | | |
| | **Network** 80% **Non-Network** 60% | Yes Yes | Yes Yes |
| **10. Hospital - Inpatient Stay** | | | |
| **Prior Authorization Requirement** | | | |
| For Non-Network Benefits for a scheduled admission, you must obtain prior authorization five business days before admission, or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions). If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions). | | | |
| | **Network** | | |

| When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| | 80% **Non-Network** 60% | Yes Yes | Yes Yes |
| **11. Infertility Services** | | | |
| **Prior Authorization Requirement** You must obtain prior authorization as soon as possible. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. | | | |
| | **Designated Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* **Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* **Non-Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| **12. Lab, X-Ray and Diagnostics - Outpatient** | | | |
| **Prior Authorization Requirement** For Non-Network Benefits for sleep studies, you must obtain prior authorization five business days before scheduled services are received. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. | | | |
| **Lab Testing - Outpatient:** | **Network** 100% **Non-Network** 60% | No Yes | No Yes |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **X-Ray and Other Diagnostic Testing - Outpatient:** | *Network* <br><br> 100% <br> *Non-Network* <br> 60% | <br><br> No <br><br> Yes | <br><br> No <br><br> Yes |
| **13. Lab, X-Ray and Major Diagnostics - CT, PET, MRI, MRA and Nuclear Medicine - Outpatient** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization five business days before scheduled services are received or, for non-scheduled services, within one business day or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | | | |
|---|---|---|---|
| | *Network* <br> 80% <br> *Non-Network* <br> 60% | <br> Yes <br><br> Yes | <br> Yes <br><br> Yes |
| **14. Mental Health Services** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits for a scheduled admission for Mental Health Services (including an admission for Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility) you must obtain authorization prior to the admission or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

In addition, for Non-Network Benefits you must obtain prior authorization before the following services are received. Services requiring prior authorization: Intensive Outpatient Treatment programs; outpatient electro-convulsive treatment; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management.

If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | | | |
|---|---|---|---|
| | *Network* <br> *Inpatient* <br> 80% <br> *Outpatient* <br> 100% after you pay a | <br><br> Yes | <br><br> Yes |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | Copayment of $40 per visit | Yes | No |
| | *Non-Network* | | |
| | *Inpatient* | | |
| | 60% | Yes | Yes |
| | *Outpatient* | | |
| | 60% | Yes | Yes |
| **15. Neurobiological Disorders - Autism Spectrum Disorder Services** | | | |

### Prior Authorization Requirement

For Non-Network Benefits for a scheduled admission for Neurobiological Disorders - Autism Spectrum Disorder Services (including an admission for Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility) you must obtain authorization prior to the admission or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

In addition, for Non-Network Benefits you must obtain prior authorization before the following services are received. Services requiring prior authorization: Intensive Outpatient Treatment programs; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management; Applied Behavioral Analysis.

If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | | | |
|---|---|---|---|
| | *Network* | | |
| | *Inpatient* | | |
| | 80% | Yes | Yes |
| | *Outpatient* | | |
| | 100% after you pay a Copayment of $40 per visit | Yes | No |
| | *Non-Network* | | |
| | *Inpatient* | | |
| | 60% | Yes | Yes |
| | *Outpatient* | | |
| | 60% | Yes | Yes |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **16. Ostomy Supplies** | | | |
| Limited to $2,500 per year. | ***Network***<br>80%<br>***Non-Network***<br>60% | Yes<br><br>Yes | Yes<br><br>Yes |
| **17. Pharmaceutical Products - Outpatient** | | | |
| | ***Network***<br>80%<br><br>***Non-Network***<br>60% | Yes<br><br><br>Yes | Yes<br><br><br>Yes |
| **18. Physician Fees for Surgical and Medical Services** | | | |
| Covered Health Services provided by a non-Network facility based Physician in a Network facility will be paid at the Network Benefits level, however Eligible Expenses will be determined as described below under *Eligible Expenses* in this *Schedule of Benefits*. **As a result, you will be responsible to the non-Network facility based Physician for any amount billed that is greater than the amount that is determined to be an Eligible Expense. In order to obtain the highest level of Benefits, you should confirm the Network status of these providers prior to obtaining Covered Health Services.** | ***Designated Network***<br>80% for Covered Health Services from a Primary Physician<br>80% for Covered Health Services from a Specialist Physician | Yes<br><br><br>Yes | Yes<br><br><br>Yes |
| | ***Network***<br>80% for Covered Health Services from | Yes | Yes |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | a Primary Physician 80% for Covered Health Services from a Specialist Physician | Yes | Yes |
| | *Non-Network* | | |
| | 60% | Yes | Yes |
| **19. Physician's Office Services – Sickness and Injury** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization as soon as is reasonably possible before Genetic Testing – BRCA is performed. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | *Designated Network* | | |
|---|---|---|---|
| | **For Covered Persons under the age of 19:** | | |
| | 100% after you pay a Copayment of $0 per visit | Yes | No |
| | **For Covered Persons age 19 and older:** | | |
| | 100% after you pay a Copayment of $20 per visit | Yes | No |
| In addition to the office visit Copayment stated in this section, the Copayments/Coinsurance and any deductible for the following services apply when the Covered Health Service is performed in a Physician's office: • Major diagnostic and nuclear medicine described under *Lab, X-Ray and Major Diagnostics –* | *Network* **For Covered Persons under the age of 19:** 100% after you pay a Copayment of $0 per visit | Yes | No |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| *CT, PET, MRI, MRA and Nuclear Medicine - Outpatient.*<br><br>• Outpatient Pharmaceutical Products described under *Pharmaceutical Products - Outpatient.*<br><br>• Diagnostic and therapeutic scopic procedures described under *Scopic Procedures - Outpatient Diagnostic and Therapeutic.*<br><br>• Outpatient surgery procedures described under *Surgery - Outpatient.*<br><br>• Outpatient therapeutic procedures described under *Therapeutic Treatments - Outpatient.* | | | |
| | **For Covered Persons age 19 and older:**<br><br>100% after you pay a Copayment of $20 per visit for a Primary Physician office visit or $40 per visit for a Specialist Physician office visit | Yes | No |
| | ***Non-Network***<br><br>**For Covered Persons under the age of 19:**<br><br>60% | Yes | Yes |
| | **For Covered Persons age 19 and** | | |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | older: 60% | Yes | Yes |
| **20. Pregnancy - Maternity Services** | | | |

### Prior Authorization Requirement

For Non-Network Benefits you must obtain prior authorization as soon as reasonably possible if the Inpatient Stay for the mother and/or the newborn will be more than 48 hours for the mother and newborn child following a normal vaginal delivery, or more than 96 hours for the mother and newborn child following a cesarean section delivery. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

**It is important that you notify us regarding your Pregnancy. Your notification will open the opportunity to become enrolled in prenatal programs that are designed to achieve the best outcomes for you and your baby.**

| | |
|---|---|
| | **Network** Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits* except that an Annual Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. For Covered Health Services provided in the Physician's Office, a Copayment will apply only to the initial office visit. **Non-Network** Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits* except that an Annual Deductible will not apply for a newborn child whose length of stay in the Hospital is the same as the mother's length of stay. |

| Covered Health Service | Benefit | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| **21. Preventive Care Services** | | | |
| **Physician office services** | **Network** 100% | No | No |
| | **Non-Network** 60% | Yes | Yes |
| **Lab, X-ray or other preventive tests** | **Network** 100% | No | No |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| Breast pumps | *Non-Network* 60% | Yes | Yes |
| | *Network* 100% | No | No |
| | *Non-Network* 60% | Yes | Yes |
| **22. Prosthetic Devices** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization before obtaining prosthetic devices that exceed $1,000 in cost per device. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | *Network* 80% | Yes | Yes |
|---|---|---|---|
| | *Non-Network* 60% | Yes | Yes |
| **23. Reconstructive Procedures** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization five business days before a scheduled reconstructive procedure is performed or, for non-scheduled procedures, within one business day or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled inpatient admissions or as soon as is reasonably possible for non-scheduled inpatient admissions (including Emergency admissions).

| | *Network* Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* *Non-Network* Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of* | | |
|---|---|---|---|

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | *Benefits.* | | |
| **24. Rehabilitation Services - Outpatient Therapy and Manipulative Treatment** | | | |
| **Prior Authorization Requirement**<br><br>For Non-Network Benefits you must obtain prior authorization five business days before receiving physical therapy, occupational therapy, Manipulative Treatment and speech therapy or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. | | | |
| Limited per year as follows:<br><br>• 20 visits of physical therapy.<br>• 20 visits of occupational therapy.<br>• 20 Manipulative Treatments.<br>• 20 visits of speech therapy.<br>• 20 visits of pulmonary rehabilitation therapy.<br>• 36 visits of cardiac rehabilitation therapy.<br>• 30 visits of post-cochlear implant aural therapy.<br>• 20 visits of cognitive rehabilitation therapy. | **Network**<br>100% after you pay a Copayment of $20 per visit | Yes | No |
| | **Non-Network**<br>60% | Yes | Yes |
| **25. Scopic Procedures - Outpatient Diagnostic and Therapeutic** | | | |
| | **Network**<br>80% | Yes | Yes |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | *Non-Network* | | |
| | 60% | Yes | Yes |
| **26. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits for a scheduled admission, you must obtain prior authorization five business days before admission, or as soon as is reasonably possible for non-scheduled admissions. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

| Limited to 60 days per year. | *Network* | | |
|---|---|---|---|
| | 80% | Yes | Yes |
| | *Non-Network* | | |
| | 60% | Yes | Yes |
| **27. Substance Use Disorder Services** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits for a scheduled admission for Substance Use Disorder Services (including an admission for Partial Hospitalization/Day Treatment and services at a Residential Treatment Facility) you must obtain authorization prior to the admission or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

In addition, for Non-Network Benefits you must obtain prior authorization before the following services are received. Services requiring prior authorization: Intensive Outpatient Treatment programs; psychological testing; extended outpatient treatment visits beyond 45 - 50 minutes in duration, with or without medication management.

If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | *Network* | | |
|---|---|---|---|
| | *Inpatient* | | |
| | 80% | Yes | Yes |
| | *Outpatient* | | |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | 100% after you pay a Copayment of $40 per visit | Yes | No |
| | **Non-Network** | | |
| | *Inpatient* | | |
| | 60% | Yes | Yes |
| | *Outpatient* | | |
| | 60% | Yes | Yes |
| **28. Surgery - Outpatient** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits for cardiac catheterization, pacemaker insertion, pain management procedures, implantable cardioverter defibrillators, diagnostic catheterization and electrophysiology implant and sleep apnea surgery you must obtain prior authorization five business days before scheduled services are received or, for non-scheduled services, within one business day or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | **Network** | | |
|---|---|---|---|
| | 80% | Yes | Yes |
| | **Non-Network** | | |
| | 60% | Yes | Yes |
| **29. Temporomandibular Joint Services and Craniomandibular Disorder** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization five business days before temporomandibular joint services are performed during an Inpatient Stay in a Hospital. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled inpatient admissions.

| | **Network** | | |
|---|---|---|---|
| | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of* | | |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | *Benefits.* **Non-Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| **30. Therapeutic Treatments - Outpatient** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization for the following outpatient therapeutic services five business days before scheduled services are received or, for non-scheduled services, within one business day or as soon as is reasonably possible. Services that require prior authorization: dialysis, intensity modulated radiation therapy and MR-guided focused ultrasound. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | **Network** 80% **Non-Network** 60% | Yes Yes | Yes Yes |
|---|---|---|---|
| **31. Transplantation Services** | | | |

**Prior Authorization Requirement**

For Network Benefits you must obtain prior authorization as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you don't obtain prior authorization and if, as a result, the services are not performed at a Designated Facility, Network Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. Non-Network Benefits will apply.

For Non-Network Benefits you must obtain prior authorization as soon as the possibility of a transplant arises (and before the time a pre-transplantation evaluation is performed at a transplant center). If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

In addition, for Non-Network Benefits you must contact us 24 hours before admission for scheduled admissions or as soon as is reasonably possible for non-scheduled admissions (including Emergency admissions).

| For Network Benefits, transplantation services must be received at a Designated Facility. We do not require that cornea transplants be | **Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under | | |
|---|---|---|---|

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| performed at a Designated Facility in order for you to receive Network Benefits. | each Covered Health Service category in this *Schedule of Benefits*.<br><br>**Non-Network**<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. | | |
| **32. Urgent Care Center Services** | | | |
| In addition to the Copayment stated in this section, the Copayments/Coinsurance and any deductible for the following services apply when the Covered Health Service is performed at an Urgent Care Center: | **Network**<br><br>100% after you pay a Copayment of $75 per visit | Yes | No |
| • Major diagnostic and nuclear medicine described under *Lab, X-Ray and Major Diagnostics - CT, PET, MRI, MRA and Nuclear Medicine - Outpatient*. | | | |
| • Outpatient Pharmaceutical Products described under *Pharmaceutical Products - Outpatient*. | | | |
| • Diagnostic and therapeutic scopic procedures described under *Scopic Procedures - Outpatient Diagnostic and Therapeutic*. | | | |
| • Outpatient surgery procedures described under *Surgery - Outpatient*. | | | |
| • Outpatient therapeutic procedures described under *Therapeutic Treatments - Outpatient*. | | | |
| | **Non-Network** | | |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit (The Amount We Pay, based on Eligible Expenses) | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | 60% | Yes | Yes |

## Additional Benefits Required By Illinois Law

| **33. Amino Acid-Based Elemental Formulas** | |
|---|---|

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization before obtaining any amino acid-based formula for the treatment of eosinophilic disorders and short bowel syndrome. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000. For all other Non-Network Benefits, depending upon where the Covered Health Service is provided, prior authorization requirements will be the same as those stated under the applicable Covered Health Service category in the *Schedule of Benefits*. If you fail to obtain prior authorization when required, Benefits will be reduced as stated under the applicable Covered Health Service category.

| *Diagnosis and treatment* | *Designated Network* | | |
|---|---|---|---|
| | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. | | |
| | *Network* | | |
| | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. | | |
| | *Non-Network* | | |
| | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. | | |
| *Amino acid-based formulas for the treatment of eosinopholic disorders and short bowel syndrome* | *Designated Network* | | |
| | 80% or as stated under the *Outpatient Prescription Drug Schedule of Benefits*. | Yes | Yes |
| | *Network* | | |
| | 80% or as stated under the *Outpatient* | Yes | Yes |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | *Prescription Drug Schedule of Benefits.* **Non-Network** 60% or as stated under the *Outpatient Prescription Drug Schedule of Benefits.* | Yes | Yes |
| **34. Autism Spectrum Disorders** | | | |

**Prior Authorization Requirement**

Depending upon where the Covered Health Service is provided, prior authorization requirements will be the same as those stated under the applicable Covered Health Service category in the *Schedule of Benefits.* If you fail to obtain prior authorization when required, Benefits will be reduced as stated under the applicable Covered Health Service category.

| | | | |
|---|---|---|---|
| | **Designated Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in the *Schedule of Benefits.* | | |
| | **Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in the *Schedule of Benefits.* | | |
| | **Non-Network** Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in the *Schedule of Benefits.* | | |
| **35. Customized Orthotic Devices** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization before obtaining orthotic devices.

| | | | |
|---|---|---|---|
| | **Designated Network** 80% | Yes | Yes |
| | **Network** 80% | Yes | Yes |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit<br>*(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | *Non-Network*<br>60% | Yes | Yes |
| **36. Dental Services - Anesthesia and Facility** | | | |

**Prior Authorization Requirement**

Depending upon where the Covered Health Service is provided, any applicable notification or authorization requirements will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*.

| | |
|---|---|
| | *Designated Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*.<br><br>*Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*.<br><br>*Non-Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*. |
| **37. Examination and Treatment for Sexual Assault** | |
| | *Designated Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*.<br><br>*Network*<br><br>Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits*.<br><br>*Non-Network* |

*When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated.*

| Covered Health Service | Benefit *(The Amount We Pay, based on Eligible Expenses)* | Apply to the Out-of-Pocket Maximum? | Must You Meet Annual Deductible? |
|---|---|---|---|
| | Depending upon where the Covered Health Service is provided, Benefits will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| **38. Habilitative Services for Enrolled Dependents** | | | |

**Prior Authorization Requirement**

For Non-Network Benefits you must obtain prior authorization five business days before receiving services or as soon as is reasonably possible. If you fail to obtain prior authorization as required, Benefits will be reduced to the lesser of 50% of Eligible Expenses or $1,000.

| | | | |
|---|---|---|---|
| No limits for other habilitative services. | **Designated Network** | | |
| | 100% after you pay a Copayment of $20 per visit | Yes | No |
| | **Network** | | |
| | 100% after you pay a Copayment of $20 per visit | Yes | No |
| | **Non-Network** | | |
| | 60% | Yes | Yes |
| **39. Preventative Physical Therapy for Multiple Sclerosis** | | | |
| Limited per year as follows: | **Designated Network** | | |
| 60 visits of preventative physical therapy for multiple sclerosis. | Depending upon where the Covered Health Service is provided, Benefits, including limits, will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| | **Network** | | |
| | Depending upon where the Covered Health Service is provided, Benefits, including limits, will be the same as those stated under each Covered Health Service category in this *Schedule of Benefits.* | | |
| | **Non-Network** | | |
| | Depending upon where the Covered Health Service is provided, Benefits, including limits, will be the same as those stated under each Covered Health Service category in this | | |

| When Benefit limits apply, the limit refers to any combination of Designated Network Benefits, Network Benefits and Non-Network Benefits unless otherwise specifically stated. | | | |
|---|---|---|---|
| **Covered Health Service** | **Benefit** *(The Amount We Pay, based on Eligible Expenses)* | **Apply to the Out-of-Pocket Maximum?** | **Must You Meet Annual Deductible?** |
| | *Schedule of Benefits.* | | |

## Eligible Expenses

Eligible Expenses are the amount that are determined that we will pay for Benefits. For Designated Network Benefits and Network Benefits for Covered Health Services provided by a Network provider or Emergency Health Services provided at a Network Hospital or Network ambulatory surgical treatment center by a Non-Network Emergency Physician or other emergency department provider, or Covered Health Services that are provided at a Network Hospital or Network ambulatory surgical treatment center by a Non-Network radiologist, anesthesiologist, pathologist, or neonatologist, you are not responsible for any difference between Eligible Expenses and the amount the provider bills. For Covered Health Services provided by a non-Network facility based Physician (other than Emergency Health Services or services otherwise arranged by us), you will be responsible to the non-Network facility based Physician for any amount billed that is greater than the amount that is determined to be an Eligible Expense as described below. For Non-Network Benefits, you are responsible for paying, directly to the non-Network provider, any difference between the amount the provider bills you and the amount we will pay for Eligible Expenses. Eligible Expenses are determined solely in accordance with our reimbursement policy guidelines, as described in the *Certificate*. However, if we are required to pay a higher amount to Non-Network Emergency Physician or other Emergency department provider, radiologist, anesthesiologist, pathologist, or neonatologist in accordance with Illinois law, then that higher amount is the Eligible Expense.

**For Designated Network Benefits and Network Benefits**, Eligible Expenses are based on the following:

- When Covered Health Services are received from a Designated Network and Network provider, Eligible Expenses are our contracted fee(s) with that provider.

- When Covered Health Services are received from a non-Network provider as a result of an Emergency or as arranged by us, Eligible Expenses are billed charges unless a lower amount is negotiated or authorized by law.

**For Non-Network Benefits**, Eligible Expenses are based on either of the following:

- When Covered Health Services are received from a non-Network provider, Eligible Expenses are determined, based on:

  - Negotiated rates agreed to by the non-Network provider and either us or one of our vendors, affiliates or subcontractors.

  - If rates have not been negotiated, then one of the following amounts:

    - Except for services provided at a Network facility by a non-Network facility-based Physician, as described further below, Eligible Expenses are determined based on 110% of the published rates allowed by the Centers for Medicare and Medicaid Services (CMS) for Medicare for the same or similar service within the geographic market, with the exception of the following:

      - % of *CMS* for the same or similar laboratory service.

- ‣ % of *CMS* for the same or similar durable medical equipment, or *CMS* competitive bid rates.

- ♦ When a rate is not published by *CMS* for the service, we use an available gap methodology to determine a rate for the service as follows:

  - ‣ For services other than Pharmaceutical Products, we use a gap methodology established by *Optuminsight* and/or a third party vendor that uses a relative value scale. The relative value scale is usually based on the difficulty, time, work, risk and resources of the service. If the relative value scale(s) currently in use become no longer available, we will use a comparable scale(s). We and *OptumInsight* are related companies through common ownership by *UnitedHealth Group*. Refer to our website at www.myuhc.com for information regarding the vendor that provides the applicable gap fill relative value scale information.

  - ‣ For Pharmaceutical Products, we use gap methodologies that are similar to the pricing methodology used by *CMS*, and produce fees based on published acquisition costs or average wholesale price for the pharmaceuticals. These methodologies are currently created by *RJ Health Systems*, *Thomson Reuters* (published in its *Red Book*), or *UnitedHealthcare* based on an internally developed pharmaceutical pricing resource.

- ♦ For Mental Health Services and Substance Use Disorder Services the Eligible Expense will be reduced by % for Covered Health Services provided by a psychologist and by % for Covered Health Services provided by a masters level counselor.

We update the *CMS* published rate data on a regular basis when updated data from *CMS* becomes available. These updates are typically implemented within 30 to 90 days after *CMS* updates its data.

**IMPORTANT NOTICE**: Non-Network providers may bill you for any difference between the provider's billed charges and the Eligible Expense described here.

**For Covered Health Services received at a Network Hospital or Network ambulatory surgical treatment center on a non-Emergency basis from a non-Network facility based Physician**, the Eligible Expense is based on 110% of the published rates allowed by the *Centers for Medicare and Medicaid Services (CMS)* for the same or similar service within the geographic market with the exception of the following:

- % of *CMS* for the same or similar laboratory service.

- % of *CMS* for the same or similar durable medical equipment, or *CMS* competitive bid rates.

- If we are required to pay a higher amount to a Non-Network Emergency Physician or other Emergency department provider, radiologist, anesthesiologist, pathologist, or neonatologist in accordance with Illinois law, then that higher amount is the Eligible Expense.

When a rate is not published by *CMS* for the service, we use a gap methodology established by *Optuminsight* and/or a third party vendor that uses a relative value scale. The relative value scale is usually based on the difficulty, time, work, risk and resources of the service. If the relative value scale currently in use becomes no longer available, we will use a comparable scale(s). We and *OptumInsight* are related companies through common ownership by *UnitedHealth Group*. Refer to our website at www.myuhc.com for information regarding the vendor that provides the applicable gap fill relative value scale information.

For Pharmaceutical Products, we use gap methodologies that are similar to the pricing methodology used by *CMS*, and produce fees based on published acquisition costs or average wholesale price for the

pharmaceuticals. These methodologies are currently created by *RJ Health Systems*, *Thomson Reuters* (published in its *Red Book*), or *UnitedHealthcare* based on an internally developed pharmaceutical pricing resource.

When a rate is not published by *CMS* for the service and a gap methodology does not apply to the service, or the provider does not submit sufficient information on the claim to pay it under CMS published rates or a gap methodology, the Eligible Expense is based on % of the provider's billed charge.

For Mental Health Services and Substance Use Disorder Services the Eligible Expense will be reduced by % for Covered Health Services provided by a psychologist and by % for Covered Health Services provided by a masters level counselor.

**IMPORTANT NOTICE**: Non-Network facility based Physicians may bill you for any difference between the Physician's billed charges and the Eligible Expense described here, unless such services are provided at a Network Hospital or Network ambulatory surgical treatment center by a Non-Network Emergency Physician or other emergency department provider, radiologist, anesthesiologist, pathologist, or neonatologist and you have assigned benefits to such provider and have not specifically rejected assignment of benefits in writing in accordance with 215 ILCS 5/356z.3a.

- When Covered Health Services are received from a Network provider, Eligible Expenses are our contracted fee(s) with that provider.

## Provider Network

We arrange for health care providers to participate in a Network. Network providers are independent practitioners. They are not our employees. It is your responsibility to select your provider.

Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided.

Before obtaining services you should always verify the Network status of a provider. A provider's status may change. You can verify the provider's status by calling *Customer Care*. A directory of providers is available online at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card to request a copy.

It is possible that you might not be able to obtain services from a particular Network provider. The network of providers is subject to change. Or you might find that a particular Network provider may not be accepting new patients. If a provider leaves the Network or is otherwise not available to you, you must choose another Network provider to get Network Benefits.

If you are currently undergoing a course of treatment utilizing a non-Network Physician or health care facility, you may be eligible to receive transition of care Benefits. This transition period is available for specific medical services and for limited periods of time. If you have questions regarding this transition of care reimbursement policy or would like help determining whether you are eligible for transition of care Benefits, please contact *Customer Care* at the telephone number on your ID card.

## Designated Facilities and Other Providers

If you have a medical condition that we believe needs special services, we may direct you to a Designated Facility or Designated Physician recommended by us. If you require certain complex Covered Health Services for which expertise is limited, we may direct you to a Network facility or provider that is outside your local geographic area. If you are required to travel to obtain such Covered Health Services from a Designated Facility or Designated Physician, we may reimburse certain travel expenses.

In both cases, Network Benefits will only be paid if your Covered Health Services for that condition are provided by or arranged by the Designated Facility, Designated Physician or other provider chosen by us. You are not required to select a Designated Facility or Designated Physician to receive Non-Network Benefits.

You or your Network Physician must notify us of special service needs (such as transplants or cancer treatment) that might warrant referral to a Designated Facility or Designated Physician. If you do not notify us in advance, and if you receive services from a non-Network facility (regardless of whether it is a Designated Facility) or other non-Network provider, Network Benefits will not be paid. Non-Network Benefits may be available if the special needs services you receive are Covered Health Services for which Benefits are provided under the Policy.

## Health Services from Non-Network Providers Paid as Network Benefits

If specific Covered Health Services are not available from a Network provider, you will still be eligible to receive Network Benefits even though you will be required to see a non-Network provider for those services. In this situation, your Network Physician will notify us of the situation and, after we confirm that a Network provider is not available, we will work with you and your Network Physician to coordinate care through a non-Network provider.

## Limitations on Selection of Providers

If you are using health care services in a harmful or abusive manner, or with harmful frequency, your selection of Network providers may be limited. If this happens, we may require you to select a single Network Physician to provide and coordinate all future Covered Health Services.

If you don't make a selection within 31 days of the date we notify you, we will select a single Network Physician for you.

If you fail to use the selected Network Physician, Covered Health Services will be paid as Non-Network Benefits.

# Certificate of Coverage

# UnitedHealthcare Insurance Company of Illinois

## Certificate of Coverage is Part of Policy

This *Certificate of Coverage* (*Certificate*) is part of the Policy that is a legal document between UnitedHealthcare Insurance Company of Illinois and the Enrolling Group to provide Benefits to Covered Persons, subject to the terms, conditions, exclusions and limitations of the Policy. We issue the Policy based on the Enrolling Group's application and payment of the required Policy Charges.

In addition to this *Certificate* the Policy includes:

- The *Group Policy*.
- The *Schedule of Benefits*.
- The Enrolling Group's application.
- Riders, including the *Outpatient Prescription Drug Rider*.
- Amendments.

You can review the Policy at the office of the Enrolling Group during regular business hours.

## Changes to the Document

We may from time to time modify this *Certificate* by attaching legal documents called Riders and/or Amendments that may change certain provisions of this *Certificate*. When that happens we will send you a new *Certificate*, Rider or Amendment pages.

No one can make any changes to the Policy unless those changes are in writing.

## Other Information You Should Have

We have the right to change, interpret, modify, withdraw or add Benefits, or to terminate the Policy, as permitted by law, without your approval.

On its effective date, this *Certificate* replaces and overrules any *Certificate* that we may have previously issued to you. This *Certificate* will in turn be overruled by any *Certificate* we issue to you in the future.

The Policy will take effect on the date specified in the Policy. Coverage under the Policy will begin at 12:01 a.m. and end at 12:00 midnight in the time zone of the Enrolling Group's location. The Policy will remain in effect as long as the Policy Charges are paid when they are due, subject to termination of the Policy.

We are delivering the Policy in the State of Illinois. The Policy is governed by ERISA unless the Enrolling Group is not an employee welfare benefit plan as defined by ERISA. To the extent that state law applies, the laws of the State of Illinois are the laws that govern the Policy.

# Introduction to Your Certificate

We are pleased to provide you with this *Certificate*. This *Certificate* and the other Policy documents describe your Benefits, as well as your rights and responsibilities, under the Policy.

## How to Use this Document

We encourage you to read your *Certificate* and any attached Riders and/or Amendments carefully.

We especially encourage you to review the Benefit limitations of this *Certificate* by reading the attached *Schedule of Benefits* along with *Section 1: Covered Health Services* and *Section 2: Exclusions and Limitations*. You should also carefully read *Section 8: General Legal Provisions* to better understand how this *Certificate* and your Benefits work. You should call us if you have questions about the limits of the coverage available to you.

Many of the sections of this *Certificate* are related to other sections of the document. You may not have all of the information you need by reading just one section. We also encourage you to keep your *Certificate* and *Schedule of Benefits* and any attachments in a safe place for your future reference.

If there is a conflict between this *Certificate* and any summaries provided to you by the Enrolling Group, this *Certificate* will control.

Please be aware that your Physician is not responsible for knowing or communicating your Benefits.

## Information about Defined Terms

Because this *Certificate* is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in *Section 9: Defined Terms*. You can refer to *Section 9: Defined Terms* as you read this document to have a clearer understanding of your *Certificate*.

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company of Illinois. When we use the words "you" and "your," we are referring to people who are Covered Persons, as that term is defined in *Section 9: Defined Terms*.

## Don't Hesitate to Contact Us

Throughout the document you will find statements that encourage you to contact us for further information. Whenever you have a question or concern regarding your Benefits, please call us using the telephone number for *Customer Care* listed on your ID card. It will be our pleasure to assist you.

# Your Responsibilities

## Be Enrolled and Pay Required Contributions

Benefits are available to you only if you are enrolled for coverage under the Policy. Your enrollment options, and the corresponding dates that coverage begins, are listed in *Section 3: When Coverage Begins*. To be enrolled with us and receive Benefits, both of the following apply:

- Your enrollment must be in accordance with the Policy issued to your Enrolling Group, including the eligibility requirements.

- You must qualify as a Subscriber or his or her Dependent as those terms are defined in *Section 9: Defined Terms*.

Your Enrolling Group may require you to make certain payments to them, in order for you to remain enrolled under the Policy and receive Benefits. If you have questions about this, contact your Enrolling Group.

## Be Aware this Benefit Plan Does Not Pay for All Health Services

Your right to Benefits is limited to Covered Health Services. The extent of this Benefit plan's payments for Covered Health Services and any obligation that you may have to pay for a portion of the cost of those Covered Health Services is set forth in the *Schedule of Benefits*.

## Decide What Services You Should Receive

Care decisions are between you and your Physicians. We do not make decisions about the kind of care you should or should not receive.

## Choose Your Physician

It is your responsibility to select the health care professionals who will deliver care to you. We arrange for Physicians and other health care professionals and facilities to participate in a Network. Our credentialing process confirms public information about the professionals' and facilities' licenses and other credentials, but does not assure the quality of their services. These professionals and facilities are independent practitioners and entities that are solely responsible for the care they deliver.

## Obtain Prior Authorization

Some Covered Health Services require prior authorization. In general, Physicians and other health care professionals who participate in a Network are responsible for obtaining prior authorization. However, if you choose to receive Covered Health Services from a non-Network provider, you are responsible for obtaining prior authorization before you receive the services. For detailed information on the Covered Health Services that require prior authorization, please refer to the *Schedule of Benefits*.

## Pay Your Share

You must meet any applicable deductible and pay a Copayment and/or Coinsurance for most Covered Health Services. These payments are due at the time of service or when billed by the Physician, provider or facility. Any applicable deductible, Copayment and Coinsurance amounts are listed in the *Schedule of Benefits*. You must also pay any amount that exceeds Eligible Expenses.

## Pay the Cost of Excluded Services

You must pay the cost of all excluded services and items. Review *Section 2: Exclusions and Limitations* to become familiar with this Benefit plan's exclusions.

## Show Your ID Card

You should show your identification (ID) card every time you request health services. If you do not show your ID card, the provider may fail to bill the correct entity for the services delivered, and any resulting delay may mean that you will be unable to collect any Benefits otherwise owed to you.

## File Claims with Complete and Accurate Information

When you receive Covered Health Services from a non-Network provider, you are responsible for requesting payment from us. You must file the claim in a format that contains all of the information we require, as described in *Section 5: How to File a Claim*.

## Use Your Prior Health Care Coverage

If you have prior coverage that, as required by state law, extends benefits for a particular condition or a disability, we will not pay Benefits for health services for that condition or disability until the prior coverage ends. We will pay Benefits as of the day your coverage begins under this Benefit plan for all other Covered Health Services that are not related to the condition or disability for which you have other coverage.

# Our Responsibilities

## Pay for Our Portion of the Cost of Covered Health Services

We pay Benefits for Covered Health Services as described in *Section 1: Covered Health Services* and in the *Schedule of Benefits*, unless the service is excluded in *Section 2: Exclusions and Limitations*. This means we only pay our portion of the cost of Covered Health Services. It also means that not all of the health care services you receive may be paid for (in full or in part) by this Benefit plan.

## Pay Network Providers

It is the responsibility of Network Physicians and facilities to file for payment from us. When you receive Covered Health Services from Network providers, you do not have to submit a claim to us.

## Pay for Covered Health Services Provided by Non-Network Providers

In accordance with any state prompt pay requirements, we will pay Benefits after we receive your request for payment that includes all required information. See *Section 5: How to File a Claim*.

## Review and Determine Benefits in Accordance with our Reimbursement Policies

We develop our reimbursement policy guidelines in accordance with one or more of the following methodologies:

- As indicated in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association*, and/or the *Centers for Medicare and Medicaid Services (CMS)*.
- As reported by generally recognized professionals or publications.
- As used for Medicare.
- As determined by medical staff and outside medical consultants pursuant to other appropriate sources or determinations that we accept.

You may obtain copies of our reimbursement policies for yourself or to share with your non-Network Physician or provider by going to www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## Offer Health Education Services to You

From time to time, we may provide you with access to information about additional services that are available to you, such as disease management programs, health education and patient advocacy. It is solely your decision whether to participate in the programs, but we recommend that you discuss them with your Physician.

# Certificate of Coverage Table of Contents

Section 1: Covered Health Services ...........................................................7
Section 2: Exclusions and Limitations....................................................34
Section 3: When Coverage Begins ..........................................................46
Section 4: When Coverage Ends ..............................................................50
Section 5: How to File a Claim .................................................................57
Section 6: Questions, Complaints and Appeals ....................................59
Section 7: Coordination of Benefits ........................................................67
Section 8: General Legal Provisions .......................................................73
Section 9: Defined Terms ........................................................................78

# Section 1: Covered Health Services

## Benefits for Covered Health Services

Benefits are available only if all of the following are true:

- The health care service, supply or Pharmaceutical Product is only a Covered Health Service if it is Medically Necessary. (See definitions of Medically Necessary and Covered Health Service in *Section 9: Defined Terms*.) The fact that a Physician or other provider has performed or prescribed a procedure or treatment, or the fact that it may be the only available treatment for a Sickness, Injury, Mental Illness, substance related and addictive disorders, disease or its symptoms does not mean that the procedure or treatment is a Covered Health Service under the Policy.

- Covered Health Services are received while the Policy is in effect.

- Covered Health Services are received prior to the date that any of the individual termination conditions listed in *Section 4: When Coverage Ends* occurs.

- The person who receives Covered Health Services is a Covered Person and meets all eligibility requirements specified in the Policy.

This section describes Covered Health Services for which Benefits are available. Please refer to the attached *Schedule of Benefits* for details about:

- The amount you must pay for these Covered Health Services (including any Annual Deductible, Copayment and/or Coinsurance).

- Any limit that applies to these Covered Health Services (including visit, day and dollar limits on services).

- Any limit that applies to the amount you are required to pay in a year (Out-of-Pocket Maximum).

- Any responsibility you have for obtaining prior authorization or notifying us.

***Please note that in listing services or examples, when we say "this includes," it is not our intent to limit the description to that specific list. When we do intend to limit a list of services or examples, we state specifically that the list "is limited to."***

### 1. Ambulance Services

Emergency ambulance transportation by a licensed ambulance service (either ground or air ambulance) to the nearest Hospital where Emergency Health Services can be performed.

Non-Emergency ambulance transportation by a licensed ambulance service (either ground or air ambulance) between facilities when the transport is any of the following:

- From a non-Network Hospital to a Network Hospital.

- To a Hospital that provides a higher level of care that was not available at the original Hospital.

- To a more cost-effective acute care facility.

- From an acute facility to a sub-acute setting.

## 2. Clinical Trials

Benefits under this section include routine patient care costs incurred during participation in both qualifying clinical trials other than cancer clinical trials and cancer clinical trials. Covered Health Services for qualifying clinical trials other than cancer clinical trials are described immediately below under *Clinical Trials Other Than Cancer Clinical Trials*. Covered Health Services for cancer clinical trials are described at the end of this section under *Cancer Clinical Trials*.

### Clinical Trials Other Than Cancer Clinical Trials

Routine patient care costs incurred during participation in a qualifying clinical trial for the treatment of:

- A life-threatening disease or condition. For purposes of this benefit, a life-threatening disease or condition is one from which the likelihood of death is probable unless the course of the disease or condition is interrupted.

- Cardiovascular disease (cardiac/stroke) which is not life threatening, for which a clinical trial meets the qualifying clinical trial criteria stated below.

- Surgical musculoskeletal disorders of the spine, hip and knees, which are not life threatening, for which a clinical trial meets the qualifying clinical trial criteria stated below.

- Other diseases or disorders which are not life threatening for which a clinical trial meets the qualifying clinical trial criteria stated below.

Benefits include the reasonable and necessary items and services used to prevent, diagnose and treat complications arising from participation in a qualifying clinical trial.

Benefits are available only when the Covered Person is clinically eligible for participation in the qualifying clinical trial as defined by the researcher.

Routine patient care costs for qualifying clinical trials include:

- Covered Health Services for which Benefits are typically provided absent a clinical trial.

- Covered Health Services required solely for the provision of the Investigational item or service, the clinically appropriate monitoring of the effects of the item or service, or the prevention of complications.

- Covered Health Services needed for reasonable and necessary care arising from the provision of an Investigational item or service.

Routine costs for clinical trials do not include:

- The Experimental or Investigational Service or item. The only exceptions to this are:

    - Certain *Category B* devices (these are non-experimental devices where the underlying questions of safety and effectiveness of the device type have been resolved or it is known that the device type can be safe and effective because other manufacturers of similar devices have obtained *Food and Drug Administration (FDA)* approval for that device type).

    - Certain promising interventions for patients with terminal illnesses.

    - Other items and services that meet specified criteria in accordance with our medical and drug policies.

- Items and services provided solely to satisfy data collection and analysis needs and that are not used in the direct clinical management of the patient.

- A service that is clearly inconsistent with widely accepted and established standards of care for a particular diagnosis.

- Items and services provided by the research sponsors free of charge for any person enrolled in the trial.

With respect to life-threatening diseases or conditions, a qualifying clinical trial is a Phase I, Phase II, Phase III, or Phase IV clinical trial that is conducted in relation to the prevention, detection or treatment of life-threatening disease or condition and which meets any of the following criteria in the bulleted list below.

With respect to cardiovascular disease or musculoskeletal disorders of the spine, hip and knees and other diseases or disorders which are not life-threatening, a qualifying clinical trial is a Phase I, Phase II, or Phase III clinical trial that is conducted in relation to the detection or treatment of such non-life-threatening disease or disorder and which meets any of the following criteria in the bulleted list below.

- Federally funded trials. The study or investigation is approved or funded (which may include funding through in-kind contributions) by one or more of the following:

  - *National Institutes of Health (NIH)*.

  - *Centers for Disease Control and Prevention (CDC)*.

  - *Agency for Healthcare Research and Quality (AHRQ)*.

  - *Centers for Medicare and Medicaid Services (CMS)*.

  - A cooperative group or center of any of the entities described above or the *Department of Defense (DOD)* or the *Veterans Administration (VA)*.

  - A qualified non-governmental research entity identified in the guidelines issued by the *National Institutes of Health* for center support grants.

  - The *Department of Veterans Affairs*, the *Department of Defense* or the *Department of Energy* as long as the study or investigation has been reviewed and approved through a system of peer review that is determined by the *Secretary of Health and Human Services* to meet both of the following criteria:

    - Comparable to the system of peer review of studies and investigations used by the *National Institutes of Health*.

    - Ensures unbiased review of the highest scientific standards by qualified individuals who have no interest in the outcome of the review.

- The study or investigation is conducted under an investigational new drug application reviewed by the *U.S. Food and Drug Administration.*

- The study or investigation is a drug trial that is exempt from having such an investigational new drug application.

- The clinical trial must have a written protocol that describes a scientifically sound study and have been approved by all relevant institutional review boards (IRBs) before participants are enrolled in the trial. We may, at any time, request documentation about the trial.

- The subject or purpose of the trial must be the evaluation of an item or service that meets the definition of a Covered Health Service and is not otherwise excluded under the Policy.

**Cancer Clinical Trials**

Benefits under this section include routine patient care costs incurred in the course of a clinical trial as required under Illinois law.

Routine patient care includes all health care services provided in the qualified clinical cancer trial that are otherwise generally covered under the Policy if those items or services were not provided in connection

with a qualified clinical cancer trial consistent with the standard of care for the treatment of cancer, including the type and frequency of any diagnostic modality, that a provider typically provides to a cancer patient who is not enrolled in a qualified clinical cancer trial.

Routine patient care does not include:

- A health care service, item or drug that is the subject of the cancer clinical trial.
- A health care service, item or drug provided solely to satisfy data collection and analysis needs for the qualified clinical cancer trial that is not used in the direct clinical management of the patient.
- An investigational drug or device that has not been approved for market by the *Food and Drug Administration.*
- Transportation, lodging, food or other expenses for the patient, family member or companion of the patient that are associated with the travel to or from the facility providing the cancer clinical trial, unless the policy covers these expenses for a cancer patient who is not enrolled in a qualified clinical cancer trial.
- A health care service, item or drug customarily provided by the qualified clinical cancer trial sponsors free of charge for any patient.
- A health care service or item, which except for the fact that it is being provided in a qualified clinical cancer trial, is otherwise specifically excluded from coverage under the your Policy, including:
    - Costs of extra treatments, services, procedures, tests, or drugs that would not be performed or administered except for the fact that you are participating in the cancer clinical trial; and
    - Costs of nonhealth care services that the patient is required to receive as the result of participation in the approved cancer clinical trial.
- Costs for services, items or drugs that are eligible for reimbursement from a source other than a patient's contract or policy providing for third-party payment or prepayment of health or medical expenses, including the sponsor of the approved cancer clinical trial.
- Costs associated with approved cancer clinical trials designed exclusively to test toxicity or disease pathophysiology, unless the Policy covers these expenses for a cancer patient who is not enrolled in a qualified clinical cancer trial.
- A health care service or item that is eligible for reimbursement by a source other than your Policy, including the sponsor of the qualified clinical cancer trial.

A "Qualified clinical cancer trial" must meet the following criteria:

- The effectiveness of the treatment has not been determined relative to established therapies;
- The trial is under clinical investigation as part of an approved cancer research trial in Phase II, Phase III, or Phase IV of investigation;
- The trial is:
    - Approved by the *FDA; or*
    - Approved and funded by:
        - *National Institutes of Health (NIH);*
        - *The Centers for Disease Control and Prevention (CDC);*
        - *The Agency for Healthcare Research and Quality (AHRQ);*
        - *The United States Department of Defense (DOD);*

- *The United States Department of Veterans Affairs (VA);*

- *The United States Department of Energy* in the form of an investigational new drug application; or

- A cooperative group or center of any entity described in this listing.

- The patient's Primary Physician, if any, is involved in the coordination of care.

## 3. Dental Services - Accident Only

Dental services when all of the following are true:

- Treatment is necessary because of accidental damage.

- Dental services are received from a Doctor of Dental Surgery or Doctor of Medical Dentistry.

- The dental damage is severe enough that initial contact with a Physician or dentist occurred within 72 hours of the accident. (You may request an extension of this time period provided that you do so within 60 days of the Injury and if extenuating circumstances exist due to the severity of the Injury.)

Please note that dental damage that occurs as a result of normal activities of daily living or extraordinary use of the teeth is not considered having occurred as an accident. Benefits are not available for repairs to teeth that are damaged as a result of such activities.

Dental services to repair damage caused by accidental Injury must conform to the following time-frames:

- Treatment is started within three months of the accident, unless extenuating circumstances exist (such as prolonged hospitalization or the presence of fixation wires from fracture care).

- Treatment must be completed within 12 months of the accident.

Benefits for treatment of accidental Injury are limited to the following:

- Emergency examination.

- Necessary diagnostic X-rays.

- Endodontic (root canal) treatment.

- Temporary splinting of teeth.

- Prefabricated post and core.

- Simple minimal restorative procedures (fillings).

- Extractions.

- Post-traumatic crowns if such are the only clinically acceptable treatment.

- Replacement of lost teeth due to the Injury by implant, dentures or bridges.

## 4. Diabetes Services

### Diabetes Self-Management and Training/Diabetic Eye Examinations/Foot Care

Outpatient self-management training for the treatment of diabetes, medical nutrition therapy services and education programs that allow the patient to maintain an A1c level within the range identified in nationally recognized standards of care. Diabetes outpatient self-management training, education and medical nutrition therapy services must be ordered by a Physician and provided by appropriately licensed or registered healthcare professionals. If authorized by a Physician, the services may be provided as part of

an office visit, group setting or home visit provided the services are prescribed by a Physician and are listed in the *National Standards for Diabetes Self-Management Education* as published by the *American Diabetes Association.*

Benefits under this section also include medical eye examinations (dilated retinal examinations) and preventive foot care for Covered Persons with diabetes.

**Diabetic Self-Management Items**

Insulin pumps and supplies for the management and treatment of diabetes, services for foot care examinations, based upon the medical needs of the Covered Person. Benefits for insulin, blood glucose monitors, blood glucose monitors for the legally blind, cartridges for the legally blind, insulin syringes with needles, blood glucose and urine test strips, ketone test strips and tablets and lancets and lancet devices, glucagon emergency kits, and *FDA* approved oral agents used to control blood sugar are described under the *Outpatient Prescription Drug Rider.*

## 5. Durable Medical Equipment

Durable Medical Equipment that meets each of the following criteria:

- Ordered or provided by a Physician for outpatient use primarily in a home setting.

- Used for medical purposes.

- Not consumable or disposable except as needed for the effective use of covered Durable Medical Equipment.

- Not of use to a person in the absence of a disease or disability.

Benefits under this section include Durable Medical Equipment provided to you by a Physician.

If more than one piece of Durable Medical Equipment can meet your functional needs, Benefits are available only for the equipment that meets the minimum specifications for your needs.

Examples of Durable Medical Equipment include:

- Equipment to assist mobility, such as a standard wheelchair.

- A standard Hospital-type bed.

- Oxygen and the rental of equipment to administer oxygen (including tubing, connectors and masks).

- Delivery pumps for tube feedings (including tubing and connectors).

- Negative pressure wound therapy pumps (wound vacuums).

- Braces, including necessary adjustments to shoes to accommodate braces. Braces that stabilize an injured body part and braces to treat curvature of the spine are considered Durable Medical Equipment and are a Covered Health Service. Dental braces are also excluded from coverage.

- Mechanical equipment necessary for the treatment of chronic or acute respiratory failure (except that air-conditioners, humidifiers, dehumidifiers, air purifiers and filters and personal comfort items are excluded from coverage).

- Burn garments.

- Insulin pumps and all related necessary supplies as described under *Diabetes Services.*

- External cochlear devices and systems. Benefits for cochlear implantation are provided under the applicable medical/surgical Benefit categories in this *Certificate.*

Benefits under this section do not include any device, appliance, pump, machine, stimulator, or monitor that is fully implanted into the body.

We will decide if the equipment should be purchased or rented.

Benefits are available for repairs and replacement, except that:

- Benefits for repair and replacement do not apply to damage due to misuse, malicious breakage or gross neglect.
- Benefits are not available to replace lost or stolen items.

## 6. Emergency Health Services - Outpatient

Services that are required to stabilize or initiate treatment in an Emergency. Emergency Health Services must be received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include the facility charge, supplies and all professional services required to stabilize your condition and/or initiate treatment. This includes placement in an observation bed for the purpose of monitoring your condition (rather than being admitted to a Hospital for an Inpatient Stay).

## 7. Hearing Aids

Hearing aids required for the correction of a hearing impairment (a reduction in the ability to perceive sound which may range from slight to complete deafness). Hearing aids are electronic amplifying devices designed to bring sound more effectively into the ear. A hearing aid consists of a microphone, amplifier and receiver.

Benefits are available for a hearing aid that is purchased as a result of a written recommendation by a Physician. Benefits are provided for the hearing aid and for charges for associated fitting and testing.

If more than one type of hearing aid can meet your functional needs, Benefits are available only for the hearing aid that meets the minimum specifications for your needs.

Benefits under this section do not include bone anchored hearing aids. Bone anchored hearing aids are a Covered Health Service for which Benefits are available under the applicable medical/surgical Covered Health Services categories in this *Certificate*, only for Covered Persons who have either of the following:

- Craniofacial anomalies whose abnormal or absent ear canals preclude the use of a wearable hearing aid.
- Hearing loss of sufficient severity that it would not be adequately remedied by a wearable hearing aid.

## 8. Home Health Care

Services received from a Home Health Agency that are both of the following:

- Ordered by a Physician.
- Provided in your home by a registered nurse, or provided by either a home health aide or licensed practical nurse and supervised by a registered nurse.

Benefits are available only when the Home Health Agency services are provided on a part-time, Intermittent Care schedule and when skilled care is required.

Skilled care is skilled nursing, skilled teaching and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.

- It is ordered by a Physician.

- It is not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

- It is not Custodial Care.

We will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

## 9. Hospice Care

Hospice care that is recommended by a Physician. Hospice care is an integrated program that provides comfort and support services for the terminally ill. Hospice care includes physical, psychological, social, spiritual and respite care for the terminally ill person and short-term grief counseling for immediate family members while the Covered Person is receiving hospice care. Benefits are available when hospice care is received from a licensed hospice agency.

Please contact us for more information regarding our guidelines for hospice care. You can contact us at the telephone number on your ID card.

## 10. Hospital - Inpatient Stay

Services and supplies provided during an Inpatient Stay in a Hospital. Benefits are available for:

- Supplies and non-Physician services received during the Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for radiologists, anesthesiologists, pathologists and Emergency room Physicians. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

A Hospital Inpatient Stay following a mastectomy shall be for the length of time as determined by the Physician based upon the evaluation of the Covered Person and the coverage for and availability of a post-discharge physician office visit or in-home nurse visit to verify the condition of the Covered Person within the first 48 hours after discharge.

## 11. Infertility Services

Coverage is provided for the diagnosis and treatment of Infertility, including, but not limited to:

- In vitro fertilization.

- Uterine embryo lavage.

- Embryo transfer.

- Artificial insemination.

- Gamete intrafallopian tube transfer.

- Zygote intrafallopian tube transfer.

- Low tubal ovum transfer.

The coverage provided above is subject to the following conditions:

Benefits are provided for procedures for in vitro fertilization, gamete intrafallopian tube transfer, or zygote intrafallopian tube transfer only if:

- The Covered Person has been unable to attain or sustain a successful pregnancy through reasonable, less costly Infertility treatments covered under this Policy; and

- The procedures are performed at facilities conforming to *The American College of Obstetric and Gynecology* guidelines for in vitro fertilization clinics or to the *American Fertility Society* minimal standards for programs of in vitro fertilization.

**Donor Expenses**

The medical expenses of an oocyte or sperm donor for procedures to retrieve oocytes or sperm, and the subsequent procedure used to transfer the oocytes or sperm to the Covered Person shall be covered. Associated donor medical expenses, including but not limited to physical examination, laboratory screening, psychological screening, and prescription drugs, will also be covered if established as prerequisites to donation by us.

Coverage will not be excluded for a known donor. In the event the Covered Person does not have arrangements with a known donor, we may require the use of a contracted facility. If the Covered Person uses a known donor, we may require the use of contracted providers by the donor for all medical treatment, including, but not limited to, testing, prescription drug therapy and ART procedures, if benefits are contingent upon the use of such contracted providers.

## 12. Lab, X-Ray and Diagnostics - Outpatient

Services for Sickness and Injury-related diagnostic purposes, received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office include:

- Lab and radiology/X-ray.

- Mammography.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

Lab, X-ray and diagnostic services for preventive care are described under *Preventive Care Services.*

CT scans, PET scans, MRI, MRA, nuclear medicine and major diagnostic services are described under *Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient.*

## 13. Lab, X-Ray and Major Diagnostics - CT, PET Scans, MRI, MRA and Nuclear Medicine - Outpatient

Services for CT scans, PET scans, MRI, MRA, nuclear medicine and major diagnostic services received on an outpatient basis at a Hospital or Alternate Facility.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

When these services are performed in a Physician's office, Benefits are described under *Physician's Office Services - Sickness and Injury*.

## 14. Mental Health Services

Mental Health Services include those received on an inpatient or outpatient basis in a Hospital, an Alternate Facility or in a provider's office.

Benefits include the following services:

- Diagnostic evaluations and assessment.
- Treatment planning.
- Treatment and/or procedures.
- Referral services.
- Medication management.
- Individual, family, therapeutic group and provider-based case management services.
- Crisis intervention.
- Partial Hospitalization/Day Treatment.
- Services at a Residential Treatment Facility.
- Intensive Outpatient Treatment.

Benefits under this section include Mental Health Services for the treatment of a Serious Mental Illness received on an inpatient or Intermediate Care basis in a Hospital or an Alternate Facility, and those received on an outpatient basis in a provider's office or at an Alternate Facility for the treatment of a Serious Mental Illness as required under Illinois state law.

A "Serious Mental Illness" means a psychiatric illness as defined in the most current edition of the Diagnostic and Statistical Manual (DSM) published by the American Psychiatric Association. A Serious Mental Illness includes:

- Schizophrenia.
- Paranoid and other psychotic disorders.
- Bipolar disorders (hypomanic, manic, depressive and mixed).
- Major depressive disorders (single episode or recurrent).
- Schizoaffective disorders (bipolar or depressive).
- Pervasive developmental disorders.
- Obsessive-compulsive disorders.
- Depression in childhood and adolescence.
- Panic disorder.
- Post-traumatic stress disorders (acute, chronic, or with delayed onset).

- Anorexia nervosa and bulimia nervosa.

If an Inpatient Stay is required, it is covered on a Semi-private Room basis. Two sessions of Intermediate Care (such as partial hospitalization) may be substituted for one inpatient day.

The Mental Health/Substance Use Disorder Designee determines coverage for all levels of care. If an Inpatient Stay is required, it is covered on a Semi-private Room basis.

We encourage you to contact the Mental Health/Substance Use Disorder Designee for referrals to providers and coordination of care.

**Special Mental Health Programs and Services**

Special programs and services that are contracted under the Mental Health/Substance Use Disorder Designee may become available to you as a part of your Mental Health Services Benefit. The Mental Health Services Benefits and financial requirements assigned to these programs or services are based on the designation of the program or service to inpatient, Partial Hospitalization/Day Treatment, Intensive Outpatient Treatment, outpatient or a Transitional Care category of Benefit use. Special programs or services provide access to services that are beneficial for the treatment of your Mental Illness which may not otherwise be covered under the Policy. You must be referred to such programs through the Mental Health/Substance Use Disorder Designee, who is responsible for coordinating your care or through other pathways as described in the program introductions. Any decision to participate in such a program or service is at the discretion of the Covered Person and is not mandatory. Examples of these programs include, but are not limited to, parenting classes or supportive telephonic psychoeducational groups for medically home bound Covered Persons.

## 15. Neurobiological Disorders - Autism Spectrum Disorder Services

Psychiatric services for Autism Spectrum Disorder (otherwise known as neurodevelopmental disorders) that are both of the following:

- Provided by or under the direction of an experienced psychiatrist and/or an experienced licensed psychiatric provider.
- Focused on treating maladaptive/stereotypic behaviors that are posing danger to self, others and property, and impairment in daily functioning.

This section describes only the psychiatric component of treatment for Autism Spectrum Disorder for which Benefits are not subject to any age limit. Medical treatment of Autism Spectrum Disorder for Enrolled Dependent children under 21 years of age is a Covered Health Service for which Benefits are available as described under *Autism Spectrum Disorders* in this *Certificate*. Medical treatment of Autism Spectrum Disorders for all other Covered Persons is a Covered Health Service for which Benefits are available under the applicable medical Covered Health Services categories in this *Certificate*.

Benefits include the following services provided on either an inpatient or outpatient basis:

- Diagnosis of autism spectrum disorders.
- Treatment planning. We may require that a treatment plan be provided to us, but not more frequently than every three months.
- Referral services.
- Medication management.
- Individual, family, therapeutic group and provider-based case management services.
- Crisis intervention.
- Treatment and/or procedures for autism spectrum disorders.

- Partial Hospitalization/Day Treatment.
- Services at a Residential Treatment Facility.
- Intensive Outpatient Treatment.

Enhanced Autism Spectrum Disorder services that are focused on educational/behavioral intervention that are habilitative in nature and that are backed by credible research demonstrating that the services or supplies have a measurable and beneficial effect on health outcomes. Benefits are provided for intensive behavioral therapies (educational/behavioral services that are focused on primarily building skills and capabilities in communication, social interaction and learning such as *Applied Behavioral Analysis (ABA)).*

The Mental Health/Substance Use Disorder Designee determines coverage for all levels of care. If an Inpatient Stay is required, it is covered on a Semi-private Room basis.

We encourage you to contact the Mental Health/Substance Use Disorder Designee for referrals to providers and coordination of care.

For purposes of this benefit, the following definitions apply: "Diagnosis of autism spectrum disorders" means one or more tests, evaluations, or assessments to diagnose whether an eligible Enrolled Dependent has autism spectrum disorder that is prescribed, performed, or ordered by a licensed clinical psychologist with expertise in diagnosing autism spectrum disorders.

"Treatment for autism spectrum disorders" shall include the following care prescribed, provided, or ordered for an eligible Enrolled Dependent diagnosed with an autism spectrum disorder by a Physician or a certified, registered or licensed health care professional with expertise in treating effects of autism spectrum disorders when ordered by a Physician:

- Psychiatric care, meaning direct, consultative, or diagnostic services provided by a licensed psychiatrist;
- Psychological care, meaning direct or consultative services provided by a licensed psychologist;
- Habilitative or rehabilitative care, meaning professional, counseling, and guidance services and treatment programs, including applied behavior analysis, that are intended to develop, maintain, and restore the functioning of an individual. Applied behavior analysis means the design, implementation, and evaluation of environmental modifications using behavioral stimuli and consequences to produce socially significant improvement in human behavior, including the use of direct observation, measurement, and functional analysis of the relations between environment and behavior; and
- Therapeutic care, including behavioral therapies addressing the following areas:
  - Cognitive functioning; and
  - Applied behavior analysis, intervention, and modification;

"Treatment plan" may consist of, but is not limited to, diagnosis, proposed treatment by type, frequency, anticipated duration of treatment, the anticipated outcomes stated as goals and the frequency by which the treatment plan will be updated. Medical records and clinical notes may also be requested.

## 16. Ostomy Supplies

Benefits for ostomy supplies are limited to the following:

- Pouches, face plates and belts.
- Irrigation sleeves, bags and ostomy irrigation catheters.

- Skin barriers.

Benefits are not available for deodorants, filters, lubricants, tape, appliance cleaners, adhesive, adhesive remover, or other items not listed above.

## 17. Pharmaceutical Products - Outpatient

Pharmaceutical Products that are administered on an outpatient basis in a Hospital, Alternate Facility, Physician's office, or in a Covered Person's home.

Benefits under this section are provided only for Pharmaceutical Products which, due to their characteristics, must typically be administered or directly supervised by a qualified provider or licensed/certified health professional. Benefits under this section do not include medications that are typically available by prescription order or refill at a pharmacy. Benefits under this section do not include medications for the treatment of Infertility.

Certain Pharmaceutical Products are subject to step therapy requirements. This means that in order to receive Benefits for such Pharmaceutical Products, you are required to use a different Pharmaceutical Product and/or prescription drug product first. You may determine whether a particular Pharmaceutical Product is subject to step therapy requirements through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

We may have certain programs in which you may receive an enhanced or reduced Benefit based on your actions such as adherence/compliance to medication or treatment regimens and/or participation in health management programs. You may access information on these programs through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## 18. Physician Fees for Surgical and Medical Services

Physician fees for surgical procedures and other medical care received on an outpatient or inpatient basis in a Hospital, Skilled Nursing Facility, Inpatient Rehabilitation Facility or Alternate Facility, or for Physician house calls.

## 19. Physician's Office Services - Sickness and Injury

Services provided in a Physician's office for the diagnosis and treatment of a Sickness or Injury. Benefits are provided under this section regardless of whether the Physician's office is free-standing, located in a clinic or located in a Hospital.

Covered Health Services include medical education services that are provided in a Physician's office by appropriately licensed or registered healthcare professionals when both of the following are true:

- Education is required for a disease in which patient self-management is an important component of treatment.

- There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Covered Health Services include genetic counseling. Benefits are available for Genetic Testing which is ordered by the Physician and authorized in advance by us.

Benefits under this section include allergy injections.

As required under Illinois law, Benefits include:

- Surveillance tests for ovarian cancer for women who are at risk for ovarian cancer. "At risk" means:

  - Having a family history:

- ♦ With one or more first-degree relatives with ovarian cancer.
- ♦ Of clusters of women relatives with breast cancer.
- ♦ Of nonpolyposis colorectal cancer.
- Testing positive for BRCA1 or BRCA2 mutations.

Covered Health Services for preventive care provided in a Physician's office are described under *Preventive Care Services*.

When a test is performed or a sample is drawn in the Physician's office and then sent outside the Physician's office for analysis or testing, Benefits for lab, radiology/X-rays and other diagnostic services that are performed outside the Physician's office are described in *Lab, X-ray and Diagnostics - Outpatient*.

## 20. Pregnancy - Maternity Services

Benefits for Pregnancy include all maternity-related medical services for prenatal care, postnatal care, delivery and any related complications.

Both before and during a Pregnancy, Benefits include the services of a genetic counselor when provided or referred by a Physician. These Benefits are available to all Covered Persons in the immediate family. Covered Health Services include related tests and treatment.

We also have special prenatal programs to help during Pregnancy. They are completely voluntary and there is no extra cost for participating in the program. To sign up, you should notify us during the first trimester, but no later than one month prior to the anticipated childbirth. It is important that you notify us regarding your Pregnancy. Your notification will open the opportunity to become enrolled in prenatal programs designed to achieve the best outcomes for you and your baby.

Prenatal benefits include prenatal HIV testing when ordered by:

- An attending Physician,
- A Physician assistant who has a written agreement with a Physician that authorizes such testing.
- An advanced practice registered nurse who has a written agreement with a Physician, including, but not limited to orders consistent with the recommendations of the *American College of Obstetricians and Gynecologists* or the *American Academy of Pediatrics*.

We will pay Benefits for an Inpatient Stay of at least:

- 48 hours for the mother and newborn child following a normal vaginal delivery.
- 96 hours for the mother and newborn child following a cesarean section delivery.

If the mother agrees, the attending provider may discharge the mother and/or the newborn child earlier than these minimum time frames if, based on an evaluation of the mother and/or the newborn child and the availability of a post-discharge Physician's office visit or in-home nurse visit to verify the condition of the newborn child in the first 48 hours after discharge, a shorter length of Hospital Inpatient Stay for the mother and child meet the protocols and guidelines for the length of a Hospital Inpatient Stay as developed by the *American College of Obstetricians and Gynecologists* or the *American Academy of Pediatrics*.

## 21. Preventive Care Services

Preventive care services provided on an outpatient basis at a Physician's office, an Alternate Facility or a Hospital encompass medical services that have been demonstrated by clinical evidence to be safe and effective in either the early detection of disease or in the prevention of disease, have been proven to have a beneficial effect on health outcomes and include the following as required under applicable law:

- Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force*.

- Immunizations that have in effect a recommendation from the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention*.

- With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration*.

- With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration*.

  Benefits defined under the *Health Resources and Services Administration (HRSA)* requirement include the cost of renting one breast pump per Pregnancy in conjunction with childbirth. You can obtain additional information on how to access Benefits for breast pumps by going to www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

  If more than one breast pump can meet your needs, Benefits are available only for the most cost effective pump. We will determine the following:

  - Which pump is the most cost effective.
  - Whether the pump should be purchased or rented.
  - Duration of a rental.
  - Timing of an acquisition.

The preventive care services described in this section may change as the *United States Preventive Services Task Force*, the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention*, and the *Health Resources and Services Administration* guidelines are modified. For more information and details about coverage of these preventive care services, you may access the UnitedHealthcare website at www.myuhc.com or contact *Customer Care* at the telephone number on your identification card.

## Preventive Health Services for Adults

Benefits under this section include the following as and when required by federal law:

- Abdominal Aortic Aneurysm one-time screening for men of specified ages who have ever smoked.
- Alcohol Misuse screening and counseling.
- Aspirin use counseling to prevent cardiovascular disease for men and women of certain ages
- Blood Pressure screening for all adults
- Cholesterol screening for adults of certain ages or at higher risk
- Colorectal Cancer screening for adults over 50
- Depression screening for adults
- Diabetes (Type 2) screening for adults with high blood pressure
- Diet counseling for adults at higher risk for chronic disease.
- HIV screening for everyone ages 15 to 65, and other ages at increased risk.

- Immunization vaccines for adults--doses, recommended ages, and recommended populations vary:

  - Hepatitis A
  - Hepatitis B
  - Herpes Zoster
  - Human Papillomavirus
  - Influenza (Flu Shot)
  - Measles, Mumps, Rubella
  - Meningococcal
  - Pneumococcal
  - Tetanus, Diptheria, Pertussis
  - Varicella

- Obesity screening and counseling for all adults.
- Sexually Transmitted Infection (STI) prevention counseling for adults at higher risk
- Syphilis screening for all adults at higher risk
- Tobacco Use screening for all adults and cessation interventions for tobacco users

## Preventive health services for women

Benefits under this section include the following as and when required by federal law:

- Anemia screening on a routine basis for pregnant women
- Breast Cancer Genetic Test Counseling (BRCA) for women at higher risk for breast cancer
- Breast Cancer Mammography screenings every 1 to 2 years for women over 40
- Breastfeeding comprehensive support and counseling from trained providers, and access to breastfeeding supplies, for pregnant and nursing women.

  Benefits defined under the *HRSA* requirement include the cost of renting one breast pump per Pregnancy in conjunction with childbirth. You can obtain additional information on how to access Benefits for breast pumps by going to www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card. If more than one breast pump can meet your needs, Benefits are available only for the most cost effective pump. We will determine the following:

  - Which pump is the most cost effective;
  - Whether the pump should be purchased or rented;
  - Duration of a rental;
  - Timing of an acquisition.

- Cervical Cancer screening for sexually active women
- Chlamydia Infection screening for all sexually active non-pregnant young women aged 24 and younger, for older non-pregnant woman who are at increased risk, for all pregnant women aged 24 and younger, and for older pregnant women who are at increased risk.

- Contraception: Food and Drug Administration-approved contraceptive methods, sterilization procedures, and patient education and counseling, as prescribed by a health care provider for women with reproductive capacity (not including over the counter or prescription drugs or pharmaceutical products).

- Domestic and interpersonal violence screening and counseling for all women

- Folic Acid supplement use counseling for women who may become pregnant

- Gestational diabetes screening for women 24 to 28 weeks pregnant and those at high risk of developing gestational diabetes

- Gonorrhea screening for all women at higher risk

- Hepatitis B screening for pregnant women at their first prenatal visit

- HIV screening and counseling for sexually active women

- Human Papillomavirus (HPV) DNA Test every 3 years for women with normal cytology results who are 30 or older

- Osteoporosis screening for women over age 60 depending on risk factors

- Rh (D) blood typing and antibody testing for all pregnant women during their first visit for pregnancy-related care and repeated Rh (D) antibody testing for all unsensitized Rh (D)-negative women at 24-28 weeks gestation, unless the biological father is known to be Rh (D)-negative

- Sexually Transmitted Infections counseling for sexually active women

- Syphilis screening for all pregnant women or other women at increased risk

- Tobacco Use screening and interventions for all women, and expanded counseling for pregnant tobacco users

- Screening for asymptomatic bacteriuria with urine culture for pregnant women at 12 to 16 weeks gestation or at the first prenatal visit, if later

- Well-woman visits

## Preventive health services for children

Benefits under this section include the following as and when required by federal law:

- Autism screening for children at 18 and 24 months

- Behavioral assessments for children as provided for in the comprehensive guidelines supported by *HRSA*

- Blood Pressure screening for children as provided for in the comprehensive guidelines supported by *HRSA*

- Cervical Dysplasia screening for sexually active females

- Depression screening for adolescents

- Developmental screening for children under age 3

- Dyslipidemia screening for children as provided for in the comprehensive guidelines supported by *HRSA*

- Fluoride Chemoprevention supplements use counseling for children without fluoride in their water source

- Gonorrhea preventive medication for the eyes of all newborns

- Hearing screening for all newborns

- Height, Weight and Body Mass Index measurements for children as provided for in the comprehensive guidelines supported by *HRSA*

- Hematocrit or Hemoglobin screening for children

- Hemoglobinopathies or sickle cell screening for newborns

- HIV screening for adolescents at higher risk

- Hypothyroidism screening for newborns

- Immunization vaccines for children from birth to age 18 - doses, recommended ages, and recommended populations vary:
    - Diptheria, Tetanus, Pertussis
    - Haemophilus influenzae type b
    - Hepatitis A
    - Hepatitis B
    - Herpes Zoster
    - Human Papillomavirus
    - Inactivated Poliovirus
    - Influenza (Flu Shot)
    - Measles, Mumps, Rubella
    - Meningococcal
    - Pneumococcal
    - Rotavirus
    - Varicella

- Iron supplement use counseling for children ages 6 to 12 months at risk for anemia.

- Lead screening for children at risk of exposure

- Medical History for all children throughout development as provided for in the comprehensive guidelines supported by *HRSA*

- Obesity screening and counseling

- Oral Health risk assessment for young children Ages: 0 to 11 months, 1 to 4 years, 5 to 10 years.

- Phenylketonuria (PKU) screening for this genetic disorder in newborns

- Sexually Transmitted Infection (STI) prevention counseling and screening for adolescents at higher risk

- Tuberculin testing for children at higher risk of tuberculosis as provided for in the comprehensive guidelines supported by *HRSA*

- Vision screening for all children as provided for in the comprehensive guidelines supported by *HRSA*

## Illinois Mandated preventive health services

As required under Illinois law, Benefits under this section specifically include:

- Clinical breast exams:

  - At a minimum every 3 years for women over 20 years of age but less than 40; and

  - annually for women 40 years of age or older.

- Screening by low-dose mammography which includes, but is not limited to:

  - A baseline mammogram for women who are 35-39 years of age.

  - An annual mammogram for women age 40 and over.

  - A mammogram at the age and intervals considered to be medically necessary by the woman's Physician for women under 40 years of age and having a family history of breast cancer, prior personal history of breast cancer, positive genetic testing, or other risk factors.

  - A comprehensive ultrasound screening of an entire breast or breasts if a mammogram demonstrates heterogeneous or dense breast tissue, when medically necessary as determined by a Physician licensed to practice medicine in all of its branches.

  "Low-dose mammography" means the x-ray examination of the breast using equipment dedicated specifically for mammography, including the x-ray tube, filter, compression device, and image receptor, with radiation exposure delivery of less than 1 rad per breast for 2 views of an average size breast. The term also includes digital mammography.

- Cervical cancer screening.

- An annual cervical smear or pap smear test.

- An annual digital rectal examination and a prostate specific antigen test upon the recommendation of a Physician for any of the following:

  - Asymptomatic men age 50 and over.

  - African-American men age 40 and over.

  - Men age 40 and over with a family history of prostate cancer.

- Colorectal cancer examinations and laboratory tests for colorectal cancer in accordance with the published *American Cancer Society* guidelines on colorectal cancer screening or other existing colorectal cancer screening guidelines issued by the nationally recognized professional medical societies or federal government agencies, including the *National Cancer Institute,* the *Centers for Disease Control and Prevention,* and the *American College of Gastroenterology.*

- Bone mineral density tests.

- Blood pressure testing.

- Routine physical examinations.

- Human papillomavirus vaccine (HPV) that is approved for marketing by the *U.S. Food and Drug Administration (FDA)*.

- Shingles vaccine that is approved for marketing by the *U.S. Food and Drug Administration (FDA)* if the vaccine is ordered by a Physician and the Covered Person is 60 years of age or older.

- Hearing screening and vision screening.

## 22. Prosthetic Devices

External prosthetic devices that replace a limb or a body part, limited to:

- Artificial arms, legs, feet and hands.

- Artificial face, eyes, ears and nose.

- Breast prosthesis as required by the *Women's Health and Cancer Rights Act of 1998*. Benefits include mastectomy bras and lymphedema stockings for the arm.

Benefits under this section are provided only for external prosthetic devices and do not include any device that is fully implanted into the body.

If more than one prosthetic device can meet your functional needs, Benefits are available only for the prosthetic device that meets the minimum specifications for your needs. If you purchase a prosthetic device that exceeds these minimum specifications, we will pay only the amount that we would have paid for the prosthetic that meets the minimum specifications, and you will be responsible for paying any difference in cost.

The prosthetic device must be ordered or provided by, or under the direction of a Physician.

Benefits are available for repairs and replacement, except that:

- There are no Benefits for repairs due to misuse, malicious damage or gross neglect.

- There are no Benefits for replacement due to misuse, malicious damage, gross neglect or for lost or stolen prosthetic devices.

## 23. Reconstructive Procedures

Reconstructive procedures when the primary purpose of the procedure is either to treat a medical condition or to improve or restore physiologic function. Reconstructive procedures include surgery or other procedures which are associated with an Injury, Sickness or Congenital Anomaly. The primary result of the procedure is not a changed or improved physical appearance.

Cosmetic Procedures are excluded from coverage. Procedures that correct an anatomical Congenital Anomaly without improving or restoring physiologic function are considered Cosmetic Procedures, except in the case of newborn children diagnosed with congenital defects or birth abnormalities. The fact that a Covered Person may suffer psychological consequences or socially avoidant behavior as a result of an Injury, Sickness or Congenital Anomaly does not classify surgery (or other procedures done to relieve such consequences or behavior) as a reconstructive procedure.

Please note that Benefits for reconstructive procedures include breast reconstruction following a mastectomy, and reconstruction of the non-affected breast to achieve symmetry. Other services required by the *Women's Health and Cancer Rights Act of 1998*, including breast prostheses and treatment of complications, are provided in the same manner and at the same level as those for any other Covered Health Service. You can contact us at the telephone number on your ID card for more information about Benefits for mastectomy-related services.

## 24. Rehabilitation Services - Outpatient Therapy and Manipulative Treatment

Short-term outpatient rehabilitation services, limited to:

- Physical therapy. This does not include services as described in this section under;

  - *Autism Spectrum Disorders;*

  - *Habilitative Services for Enrolled Dependents;* or

  - *Preventative Physical Therapy for Multiple Sclerosis.*

- Occupational therapy. This does not include services as described under *Autism Spectrum Disorders* or *Habilitative Services for Enrolled Dependents* in this section.

- Manipulative Treatment.

- Speech therapy. This does not include services as described under *Autism Spectrum Disorders* or *Habilitative Services for Enrolled Dependents* in this section.

- Pulmonary rehabilitation therapy.

- Cardiac rehabilitation therapy.

- Post-cochlear implant aural therapy.

- Cognitive rehabilitation therapy.

Rehabilitation services must be performed by a Physician or by a licensed therapy provider. Benefits under this section include rehabilitation services provided in a Physician's office or on an outpatient basis at a Hospital or Alternate Facility.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if rehabilitation goals have previously been met. Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed Manipulative Treatment or if treatment goals have previously been met. Benefits under this section are not available for maintenance/preventive Manipulative Treatment.

Please note that we will pay Benefits for speech therapy for the treatment of disorders of speech, language, voice, communication and auditory processing only when the disorder results from Injury, stroke, cancer, Congenital Anomaly, or Autism Spectrum Disorder. We will pay Benefits for cognitive rehabilitation therapy only when Medically Necessary following a post-traumatic brain Injury or cerebral vascular accident.

For speech therapy in relation to Autism Spectrum Disorders, please refer to the services described under *Autism Spectrum Disorders* in this section. For speech therapy with relation to Habilitative Services, please refer to the services described under *Habilitative Services for Enrolled Dependents* in this section.

## 25. Scopic Procedures - Outpatient Diagnostic and Therapeutic

Diagnostic and therapeutic scopic procedures and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Diagnostic scopic procedures are those for visualization, biopsy and polyp removal. Examples of diagnostic scopic procedures include colonoscopy, sigmoidoscopy and endoscopy.

Please note that Benefits under this section do not include surgical scopic procedures, which are for the purpose of performing surgery. Benefits for surgical scopic procedures are described under *Surgery - Outpatient*. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy and hysteroscopy.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.

- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for all other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

When these services are performed for preventive screening purposes, Benefits are described under *Preventive Care Services.*

## 26. Skilled Nursing Facility/Inpatient Rehabilitation Facility Services

Services and supplies provided during an Inpatient Stay in a Skilled Nursing Facility or Inpatient Rehabilitation Facility. Benefits are available for:

- Supplies and non-Physician services received during the Inpatient Stay.

- Room and board in a Semi-private Room (a room with two or more beds).

- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*)

Please note that Benefits are available only if both of the following are true:

- If the initial confinement in a Skilled Nursing Facility or Inpatient Rehabilitation Facility was or will be a cost effective alternative to an Inpatient Stay in a Hospital.

- You will receive skilled care services that are not primarily Custodial Care.

Skilled care is skilled nursing, skilled teaching and skilled rehabilitation services when all of the following are true:

- It must be delivered or supervised by licensed technical or professional medical personnel in order to obtain the specified medical outcome, and provide for the safety of the patient.

- It is ordered by a Physician.

- It is not delivered for the purpose of assisting with activities of daily living, including dressing, feeding, bathing or transferring from a bed to a chair.

- It requires clinical training in order to be delivered safely and effectively.

We will determine if Benefits are available by reviewing both the skilled nature of the service and the need for Physician-directed medical management. A service will not be determined to be "skilled" simply because there is not an available caregiver.

Benefits can be denied or shortened for Covered Persons who are not progressing in goal-directed rehabilitation services or if discharge rehabilitation goals have previously been met.

## 27. Substance Use Disorder Services

Substance Use Disorder Services (also known as substance-related and addictive disorders services) include those received on an inpatient or outpatient basis in a Hospital, an Alternate Facility or in a provider's office.

Benefits include the following services:

- Diagnostic evaluations and assessment.

- Treatment planning.

- Treatment and/or procedures.
- Referral services.
- Medication management.
- Individual, family, therapeutic group and provider-based case management services.
- Crisis intervention.
- Partial Hospitalization/Day Treatment.
- Services at a Residential Treatment Facility.
- Intensive Outpatient Treatment.

The Mental Health/Substance Use Disorder Designee determines coverage for all levels of care. If an Inpatient Stay is required, it is covered on a Semi-private Room basis.

We encourage you to contact the Mental Health/Substance Use Disorder Designee for referrals to providers and coordination of care.

**Special Substance Use Disorder Programs and Services**

Special programs and services that are contracted under the Mental Health/Substance Use Disorder Designee may become available to you as a part of your Substance Use Disorder Services Benefit. The Substance Use Disorder Services Benefits and financial requirements assigned to these programs or services are based on the designation of the program or service to inpatient, Partial Hospitalization/Day Treatment, Intensive Outpatient Treatment, outpatient or a Transitional Care category of Benefit use. Special programs or services provide access to services that are beneficial for the treatment of your substance use disorder which may not otherwise be covered under the Policy. You must be referred to such programs through the Mental Health/Substance Use Disorder Designee, who is responsible for coordinating your care or through other pathways as described in the program introductions. Any decision to participate in such a program or service is at the discretion of the Covered Person and is not mandatory.

## 28. Surgery - Outpatient

Surgery and related services received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office.

Benefits under this section include certain scopic procedures. Examples of surgical scopic procedures include arthroscopy, laparoscopy, bronchoscopy and hysteroscopy.

Examples of surgical procedures performed in a Physician's office are mole removal and ear wax removal.

Benefits under this section include:

- The facility charge and the charge for supplies and equipment.
- Physician services for radiologists, anesthesiologists and pathologists. (Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services*.)

## 29. Temporomandibular Joint Services and Craniomandibular Disorder

Services for the evaluation and treatment of temporomandibular joint syndrome (TMJ) and associated muscles.

Diagnosis: Examination, radiographs and applicable imaging studies and consultation.

Non-surgical treatment including clinical examinations, oral appliances (orthotic splints), arthrocentesis and trigger-point injections.

Benefits are provided for surgical treatment if the following criteria are met:

- There is clearly demonstrated radiographic evidence of significant joint abnormality.

- Non-surgical treatment has failed to adequately resolve the symptoms.

- Pain or dysfunction is moderate or severe.

Benefits for surgical services include arthrocentesis, arthroscopy, arthroplasty, arthrotomy and open or closed reduction of dislocations.

## 30. Therapeutic Treatments - Outpatient

Therapeutic treatments received on an outpatient basis at a Hospital or Alternate Facility or in a Physician's office, including dialysis (both hemodialysis and peritoneal dialysis), intravenous chemotherapy or other intravenous infusion therapy and radiation oncology.

Covered Health Services include medical education services that are provided on an outpatient basis at a Hospital or Alternate Facility by appropriately licensed or registered healthcare professionals when both of the following are true:

- Education is required for a disease in which patient self-management is an important component of treatment.

- There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

Benefits under this section include:

- The facility charge and the charge for related supplies and equipment.

- Physician services for anesthesiologists, pathologists and radiologists. Benefits for other Physician services are described under *Physician Fees for Surgical and Medical Services.*

## 31. Transplantation Services

Organ and tissue transplants when ordered by a Physician. Benefits are available for transplants when the transplant meets the definition of a Covered Health Service, and is not an Experimental or Investigational or Unproven Service.

Examples of transplants for which Benefits are available include bone marrow, heart, heart/lung, lung, kidney, kidney/pancreas, liver, liver/small bowel, pancreas, small bowel and cornea.

Donor costs that are directly related to organ removal are Covered Health Services for which Benefits are payable through the organ recipient's coverage under the Policy.

We have specific guidelines regarding Benefits for transplant services. Contact us at the telephone number on your ID card for information about these guidelines.

## 32. Urgent Care Center Services

Covered Health Services received at an Urgent Care Center. When services to treat urgent health care needs are provided in a Physician's office, Benefits are available as described under *Physician's Office Services - Sickness and Injury*.

**Additional Benefits Required By Illinois Law**

### 33. Amino Acid-Based Elemental Formulas

Coverage and reimbursement for the diagnosis and treatment of:

- Eosinophilic disorders; and
- Short bowel syndrome

when the prescribing Physician has issued a written order stating that the amino acid-based elemental formula is medically necessary.

For purposes of this benefit, the following definitions apply:

"Eosinophilic disorders" mean digestive disorders where eosinophils (a type of white blood cell) is found in above normal amounts in one or more areas of the digestive tract. They can be on the esophagus, stomach, and both large and small intestines and if left untreated may cause poor growth or malnutrition.

"Acid-based elemental formulas" mean a special liquid type nutritional product made up of amino acids which are the building block of proteins and typically more tolerable.

### 34. Autism Spectrum Disorders

Benefits are provided for Covered Health Services for Enrolled Dependents under 21 years of age for the diagnosis of autism spectrum disorders and for the treatment of autism spectrum disorders to the extent that the diagnosis and treatment of autism spectrum disorders are not already covered by the Policy. We may require that a treatment plan be provided to us, but not more frequently than every three months.

For purposes of this benefit, the following definitions apply: "Diagnosis of autism spectrum disorders" means one or more tests, evaluations, or assessments to diagnose whether an eligible Enrolled Dependent has autism spectrum disorder that is prescribed, performed, or ordered by a Physician with expertise in diagnosing autism spectrum disorders.

"Treatment for autism spectrum disorders" shall include the following care prescribed, provided, or ordered for an eligible Enrolled Dependent diagnosed with an autism spectrum disorder by a Physician or a certified, registered or licensed health care professional with expertise in treating effects of autism spectrum disorders when ordered by a Physician:

- Therapeutic care, including speech, occupational, and physical therapies addressing the following areas:
  - Self-care and feeding;
  - Pragmatic, receptive, and expressive language;
  - Motor planning; and
  - Sensory processing.

"Treatment plan" may consist of, but is not limited to, diagnosis, proposed treatment by type, frequency, anticipated duration of treatment, the anticipated outcomes stated as goals and the frequency by which the treatment plan will be updated. Medical records and clinical notes may also be requested.

### 35. Customized Orthotic Devices

Benefits are provided for customized orthotic devices, including repairs or replacements with the exception of misuse or loss.

For purposes of this benefit "customized orthotic device" means a supportive device for the body or a part of the body, the head, neck, or extremities, and includes the replacement or repair of the device based on your physical condition as medically necessary, excluding foot orthotics defined as an in-shoe device designed to support the structural components of the foot during weight-bearing activities.

## 36. Dental - Anesthesia and Facility

Services for general anesthesia and associated Hospital or Alternate Facility charges when the dentist and Physician determine that the services are necessary for the safe and effective treatment of a dental condition. Services are limited to Covered Persons who:

- are 6 years of age and under.
- are severely or developmentally disabled.
- have one or more medical conditions that require hospitalization or general anesthesia for dental care.

## 37. Examination and Treatment for Sexual Assault

Services to treat injuries and trauma resulting from a sexual assault or sexual abuse.

## 38. Habilitative Services for Enrolled Dependents

Benefits are provided for habilitative services provided on an outpatient basis for Enrolled Dependents under 19 years of age with a congenital, genetic, or early acquired disorder so long as all of the following conditions are met:

- A Physician has diagnosed the Enrolled Dependent's congenital, genetic, or early acquired disorder.
- The treatment is administered by a licensed speech-language pathologist, licensed audiologist, licensed occupational therapist, licensed physical therapist, Physician, licensed nutritionist, licensed social worker, or licensed psychologist upon referral of a Physician.
- The initial or continued treatment must be necessary and therapeutic and not experimental or investigational.

This benefit does not apply to those services that are solely educational in nature or otherwise paid under State or federal law for purely educational services.

We may request medical records, clinical notes, or other necessary data to allow us to substantiate that initial or continued medical treatment is needed and that the Enrolled Dependent's condition is clinically improving. When the treating provider anticipates that continued treatment is or will be required to permit the Enrolled Dependent to achieve demonstrable progress, we may request a treatment plan consisting of diagnosis, proposed treatment by type, frequency, anticipated duration of treatment, the anticipated goals of treatment, and how frequently the treatment plan will be updated.

For purposes of this benefit, the following definitions apply: "Habilitative services" means occupational therapy, physical therapy, speech therapy, and other services prescribed by the insured's treating Physician pursuant to a treatment plan to enhance the ability of an Enrolled Dependent to function with a congenital, genetic, or early acquired disorder.

A "congenital or genetic disorder" includes, but is not limited to, hereditary disorders.

An "early acquired disorder" refers to a disorder resulting from illness, trauma, injury, or some other event or condition suffered by an Enrolled Dependent prior to that Enrolled Dependent developing functional life skills such as, but not limited to, walking, talking, or self-help skills.

Congenital, genetic, and early acquired disorders may include, but are not limited to, autism or autism spectrum disorder (please refer to *Autism Spectrum Disorders* in this section for details on how Benefits will be covered for these services), cerebral palsy, and other disorders resulting from early childhood illness, trauma, or injury.

## 39. Preventative Physical Therapy for Multiple Sclerosis

Benefits for preventative physical therapy for Covered Persons diagnosed with multiple sclerosis.

For purposes of this benefit, "preventative physical therapy" means physical therapy that is prescribed by a Physician for the purpose of treating parts of the body affected by multiple sclerosis, but only where the physical therapy includes reasonably defined goals, including, but not limited to, sustaining the level of function the Covered Person has achieved, with periodic evaluation of the efficacy of the physical therapy against those goals.

# Section 2: Exclusions and Limitations

## How We Use Headings in this Section

To help you find specific exclusions more easily, we use headings (for example *A. Alternative Treatments* below). The headings group services, treatments, items, or supplies that fall into a similar category. Actual exclusions appear underneath headings. A heading does not create, define, modify, limit or expand an exclusion. All exclusions in this section apply to you.

## We do not Pay Benefits for Exclusions

We will not pay Benefits for any of the services, treatments, items or supplies described in this section, even if either of the following is true:

- It is recommended or prescribed by a Physician.

- It is the only available treatment for your condition.

The services, treatments, items or supplies listed in this section are not Covered Health Services, except as may be specifically provided for in *Section 1: Covered Health Services* or through a Rider to the Policy.

## Benefit Limitations

When Benefits are limited within any of the Covered Health Service categories described in *Section 1: Covered Health Services*, those limits are stated in the corresponding Covered Health Service category in the *Schedule of Benefits*. Limits may also apply to some Covered Health Services that fall under more than one Covered Health Service category. When this occurs, those limits are also stated in the *Schedule of Benefits* under the heading *Benefit Limits*. Please review all limits carefully, as we will not pay Benefits for any of the services, treatments, items or supplies that exceed these Benefit limits.

***Please note that in listing services or examples, when we say "this includes," it is not our intent to limit the description to that specific list. When we do intend to limit a list of services or examples, we state specifically that the list "is limited to."***

## A. Alternative Treatments

1. Acupressure and acupuncture.

2. Aromatherapy.

3. Hypnotism.

4. Massage therapy.

5. Rolfing.

6. Art therapy, music therapy, dance therapy, horseback therapy and other forms of alternative treatment as defined by the *National Center for Complementary and Alternative Medicine (NCCAM)* of the *National Institutes of Health*. This exclusion does not apply to Manipulative Treatment and non-manipulative osteopathic care for which Benefits are provided as described in *Section 1: Covered Health Services*.

## B. Dental

1. Dental care (which includes dental X-rays, supplies and appliances and all associated expenses, including hospitalizations and anesthesia).

This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Services*. This exclusion does not apply to dental care as described under *Dental - Anesthesia and Facility* in *Section 1: Covered Health Services*.

This exclusion does not apply to dental care (oral examination, X-rays, extractions and non-surgical elimination of oral infection) required for the direct treatment of a medical condition for which Benefits are available under the Policy, limited to:

- Transplant preparation.
- Prior to the initiation of immunosuppressive drugs.
- The direct treatment of acute traumatic Injury, cancer or cleft palate.

Dental care that is required to treat the effects of a medical condition, but that is not necessary to directly treat the medical condition, is excluded. Examples include treatment of dental caries resulting from dry mouth after radiation treatment or as a result of medication.

Endodontics, periodontal surgery and restorative treatment are excluded.

2. Preventive care, diagnosis, treatment of or related to the teeth, jawbones or gums. Examples include:

- Extraction, restoration and replacement of teeth.
- Medical or surgical treatments of dental conditions.
- Services to improve dental clinical outcomes.

This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Services*.

3. Dental implants, bone grafts and other implant-related procedures. This exclusion does not apply to accident-related dental services for which Benefits are provided as described under *Dental Services - Accident Only* in *Section 1: Covered Health Services*.

4. Dental braces (orthodontics).

5. Treatment of congenitally missing, malpositioned or supernumerary teeth, even if part of a Congenital Anomaly.

## C. Devices, Appliances and Prosthetics

1. Devices used specifically as safety items or to affect performance in sports-related activities.

2. Orthotic appliances that straighten or re-shape a body part. Examples include foot orthotics and some types of braces, including over-the-counter orthotic braces. This exclusion does not apply to orthotic devices as described under the *Customized Orthotic Devices* provision in *Section 1: Covered Health Services.*

3. The following items are excluded, even if prescribed by a Physician:

- Blood pressure cuff/monitor.
- Enuresis alarm.
- Non-wearable external defibrillator.
- Trusses.
- Ultrasonic nebulizers.

4.   Devices and computers to assist in communication and speech.

5.   Oral appliances for snoring.

6.   Repairs to prosthetic devices due to misuse, malicious damage or gross neglect.

7.   Replacement of prosthetic devices due to misuse, malicious damage or gross neglect or to replace lost or stolen items.

## D. Drugs

1.   Prescription drug products for outpatient use that are filled by a prescription order or refill. This also does not apply to prescription drugs for Infertility as described under *Infertility Services* in *Section 1: Covered Health Services.*

2.   Self-injectable medications. This exclusion does not apply to medications which, due to their characteristics, must typically be administered or directly supervised by a qualified provider or licensed/certified health professional in an outpatient setting.

3.   Non-injectable medications given in a Physician's office. This exclusion does not apply to non-injectable medications that are required in an Emergency and consumed in the Physician's office.

4.   Over-the-counter drugs and treatments.

5.   Growth hormone therapy.

## E. Experimental or Investigational or Unproven Services

Experimental or Investigational and Unproven Services and all services related to Experimental or Investigational and Unproven Services are excluded. The fact that an Experimental or Investigational or Unproven Service, treatment, device or pharmacological regimen is the only available treatment for a particular condition will not result in Benefits if the procedure is considered to be Experimental or Investigational or Unproven in the treatment of that particular condition.

This exclusion does not apply to Covered Health Services provided during a clinical trial for which Benefits are provided as described under *Clinical Trials* in *Section 1: Covered Health Services.*

## F. Foot Care

1.   Routine foot care. Examples include the cutting or removal of corns and calluses. This exclusion does not apply to preventive foot care for Covered Persons with diabetes for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Services.*

2.   Nail trimming, cutting, or debriding.

3.   Hygienic and preventive maintenance foot care. Examples include:

   ▪   Cleaning and soaking the feet.

   ▪   Applying skin creams in order to maintain skin tone.

   This exclusion does not apply to preventive foot care for Covered Persons who are at risk of neurological or vascular disease arising from diseases such as diabetes.

4.   Treatment of flat feet.

5.   Treatment of subluxation of the foot.

6.   Shoes.

7.     Shoe orthotics.

8.     Shoe inserts.

9.     Arch supports.

## G. Medical Supplies

1.     Prescribed or non-prescribed medical supplies and disposable supplies. Examples include:

   - Compression stockings.
   - Ace bandages.
   - Gauze and dressings.
   - Urinary catheters.

   This exclusion does not apply to:

   - Disposable supplies necessary for the effective use of Durable Medical Equipment for which Benefits are provided as described under *Durable Medical Equipment* in *Section 1: Covered Health Services*.
   - Diabetic supplies for which Benefits are provided as described under *Diabetes Services* in *Section 1: Covered Health Services.*
   - Ostomy supplies for which Benefits are provided as described under *Ostomy Supplies* in *Section 1: Covered Health Services.*

2.     Tubings and masks except when used with Durable Medical Equipment as described under *Durable Medical Equipment* in *Section 1: Covered Health Services*.

## H. Mental Health

In addition to all other exclusions listed in this *Section 2: Exclusions and Limitations*, the exclusions listed directly below apply to services described under *Mental Health Services* in *Section 1: Covered Health Services*.

1.     Services performed in connection with conditions not classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

2.     Mental Health Services as treatments for R and T code conditions as listed within the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

3.     Mental Health Services as treatment for a primary diagnosis of insomnia and other sleep-wake disorders, feeding disorders, binge eating disorders, neurological disorders and other disorders with a known physical basis.

4.     Treatments for the primary diagnoses of learning disabilities, conduct and impulse control disorders, personality disorders and paraphilic disorder.

5.     Educational/behavioral services that are focused on primarily building skills and capabilities in communication, social interaction and learning.

6.     Tuition for or services that are school-based for children and adolescents under the *Individuals with Disabilities Education Act.*

7.     Learning, motor disorders and primary communication disorders as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association.*

8.  Intellectual disabilities and Autism Spectrum Disorder as a primary diagnosis defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*. Benefits for Autism Spectrum Disorder as a primary diagnosis are described under *Neurobiological Disorders - Autism Spectrum Disorder Services* in *Section 1: Covered Health Services*.

9.  Mental Health Services as a treatment for other conditions that may be a focus of clinical attention as listed in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

10. All unspecified disorders in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

11. Health services and supplies that do not meet the definition of a Covered Health Service - see the definition in *Section 9: Defined Terms*. Covered Health Services are those health services, including services, supplies, or Pharmaceutical Products, which are all of the following:

    ▪   Medically Necessary.

    ▪   Described as a Covered Health Service in this Policy under *Section 1: Covered Health Services* and in the *Schedule of Benefits*.

    ▪   Not otherwise excluded in this Policy under *Section 2: Exclusions and Limitations*.

## I. Neurobiological Disorders - Autism Spectrum Disorder

In addition to all other exclusions listed in this *Section 2: Exclusions and Limitations*, the exclusions listed directly below apply to services described under *Neurobiological Disorders - Autism Spectrum Disorder Services* in *Section 1: Covered Health Services*.

1.  Services as treatments of sexual dysfunction and feeding disorders as listed in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

2.  Any treatments or other specialized services designed for Autism Spectrum Disorder that are not backed by credible research demonstrating that the services or supplies have a measurable and beneficial health outcome and therefore considered Experimental or Investigational or Unproven Services.

3.  Intellectual disability as the primary diagnosis defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

4.  Tuition for or services that are school-based for children and adolescents under the *Individuals with Disabilities Education Act*.

5.  Learning, motor disorders and communication disorders as defined in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association* and which are not a part of Autism Spectrum Disorder.

6.  Treatments for the primary diagnoses of learning disabilities, conduct and impulse control disorders, personality disorders and paraphilic disorder.

7.  All unspecified disorders in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

8.  Health services and supplies that do not meet the definition of a Covered Health Service - see the definition in *Section 9: Defined Terms*. Covered Health Services are those health services, including services, supplies, or Pharmaceutical Products, which are all of the following:

    ▪   Medically Necessary.

    ▪   Described as a Covered Health Service in this Policy under *Section 1: Covered Health Services* and in the *Schedule of Benefits*.

- Not otherwise excluded in this Policy under *Section 2: Exclusions and Limitations*.

## J. Nutrition

1. Individual and group nutritional counseling. This exclusion does not apply to amino acid-based elemental formulas or medical nutritional education services that are provided by appropriately licensed or registered health care professionals when both of the following are true:

   - Nutritional education is required for a disease in which patient self-management is an important component of treatment.

   - There exists a knowledge deficit regarding the disease which requires the intervention of a trained health professional.

2. Enteral feedings, even if the sole source of nutrition.

3. Infant formula and donor breast milk.

4. Nutritional or cosmetic therapy using high dose or mega quantities of vitamins, minerals or elements, and other nutrition-based therapy. Examples include supplements, electrolytes and foods of any kind (including high protein foods and low carbohydrate foods).

## K. Personal Care, Comfort or Convenience

1. Television.

2. Telephone.

3. Beauty/barber service.

4. Guest service.

5. Supplies, equipment and similar incidental services and supplies for personal comfort. Examples include:

   - Air conditioners, air purifiers and filters and dehumidifiers.

   - Batteries and battery chargers.

   - Breast pumps. This exclusion does not apply to breast pumps for which Benefits are provided under the *Health Resources and Services Administration (HRSA)* requirement.

   - Car seats.

   - Chairs, bath chairs, feeding chairs, toddler chairs, chair lifts and recliners.

   - Exercise equipment.

   - Home modifications such as elevators, handrails and ramps.

   - Hot tubs.

   - Humidifiers.

   - Jacuzzis.

   - Mattresses.

   - Medical alert systems.

   - Motorized beds.

- Music devices.
- Personal computers.
- Pillows.
- Power-operated vehicles.
- Radios.
- Saunas.
- Stair lifts and stair glides.
- Strollers.
- Safety equipment.
- Treadmills.
- Vehicle modifications such as van lifts.
- Video players.
- Whirlpools.

## L. Physical Appearance

1. Cosmetic Procedures, except those procedures necessary for newborn children who have been diagnosed with congenital defects and/or birth abnormalities. See the definition in *Section 9: Defined Terms.* Examples include:

    - Pharmacological regimens, nutritional procedures or treatments.
    - Scar or tattoo removal or revision procedures (such as salabrasion, chemosurgery and other such skin abrasion procedures).
    - Skin abrasion procedures performed as a treatment for acne.
    - Liposuction or removal of fat deposits considered undesirable, including fat accumulation under the male breast and nipple.
    - Treatment for skin wrinkles or any treatment to improve the appearance of the skin.
    - Treatment for spider veins.
    - Hair removal or replacement by any means.

2. Replacement of an existing breast implant if the earlier breast implant was performed as a Cosmetic Procedure. Note: Replacement of an existing breast implant is considered reconstructive if the initial breast implant followed mastectomy. See *Reconstructive Procedures* in *Section 1: Covered Health Services.*

3. Treatment of benign gynecomastia (abnormal breast enlargement in males).

4. Physical conditioning programs such as athletic training, body-building, exercise, fitness, flexibility and diversion or general motivation.

5. Weight loss programs whether or not they are under medical supervision. Weight loss programs for medical reasons are also excluded.

6. Wigs regardless of the reason for the hair loss.

## M. Procedures and Treatments

1.  Excision or elimination of hanging skin on any part of the body. Examples include plastic surgery procedures called abdominoplasty or abdominal panniculectomy and brachioplasty.

2.  Medical and surgical treatment of excessive sweating (hyperhidrosis).

3.  Medical and surgical treatment for snoring, except when provided as a part of treatment for documented obstructive sleep apnea.

4.  Rehabilitation services and Manipulative Treatment to improve general physical condition that are provided to reduce potential risk factors, where significant therapeutic improvement is not expected, including routine, long-term or maintenance/preventive treatment.

5.  Speech therapy except as required for treatment of a speech impediment or speech dysfunction that results from Injury, stroke, cancer, or Congenital Anomaly. This exclusion does not apply to speech therapy for:

    ▪ Autism spectrum disorders for Covered Persons for which Benefits are provided as described under *Autism Spectrum Disorder* in *Section 1: Covered Health Services - Additional Benefits Required By Illinois Law;* and

    ▪ Habilitative services for Covered Persons for which Benefits are provided as described under *Habilitative Services for Enrolled Dependents* in *Section 1: Covered Health Services - Additional Benefits Required By Illinois Law.*

6.  Outpatient cognitive rehabilitation therapy except as Medically Necessary following a post-traumatic brain Injury or cerebral vascular accident.

7.  Psychosurgery.

8.  Physiological modalities and procedures that result in similar or redundant therapeutic effects when performed on the same body region during the same visit or office encounter.

9.  Biofeedback.

10. The following services for the diagnosis and treatment of TMJ: surface electromyography; Doppler analysis; vibration analysis; computerized mandibular scan or jaw tracking; craniosacral therapy; orthodontics; occlusal adjustment; and dental restorations.

11. Upper and lower jawbone surgery, orthognathic surgery, and jaw alignment. This exclusion does not apply to reconstructive jaw surgery required for Covered Persons because of a Congenital Anomaly, acute traumatic Injury, dislocation, tumors, cancer or obstructive sleep apnea.

12. Surgical and non-surgical treatment of obesity.

## N. Providers

1.  Services performed by a provider who is a family member by birth or marriage or Civil Union. Examples include a spouse, brother, sister, parent or child. This includes any service the provider may perform on himself or herself.

2.  Services performed by a provider with your same legal residence.

3.  Services provided at a free-standing or Hospital-based diagnostic facility without an order written by a Physician or other provider. Services which are self-directed to a free-standing or Hospital-based diagnostic facility. Services ordered by a Physician or other provider who is an employee or representative of a free-standing or Hospital-based diagnostic facility, when that Physician or other provider:

    ▪ Has not been actively involved in your medical care prior to ordering the service, or

- Is not actively involved in your medical care after the service is received.

This exclusion does not apply to mammography.

## O. Reproduction

1. The reversal of voluntary sterilization; however, in the event a voluntary sterilization is successfully reversed, Infertility benefits shall be available if the Covered Person's diagnosis meets the definition of Infertility.

2. Payment for services rendered to a surrogate (however, costs for procedures to obtain eggs, sperm or embryos from a Covered Person will be covered if the individual chooses to use a surrogate);

3. Costs associated with cryo preservation and storage of sperm, eggs, and embryos; provided, however, subsequent procedures of a medical nature necessary to make use of the cryo preserved substance shall not be similarly excluded if deemed non-experimental and non-investigational;

4. Selected termination of an embryo; provided, however, that where the life of the mother would be in danger were all embryos to be carried to full term, the termination would be covered;

5. Non-medical costs of an egg or sperm donor;

6. Travel costs for travel within 100 miles of the Covered Person's home address, travel costs not necessary, not mandated or required by us;

7. Infertility treatments deemed experimental in nature. However, where Infertility treatment includes elements which are not experimental in nature along with those which are, to the extent services may be delineated and separately charged, those services which are not experimental in nature shall be covered;

8. Infertility treatments rendered to dependents under the age of 18.

9. Maternity related medical services for prenatal care, postnatal care and delivery (other than a non-elective cesarean delivery).

## P. Services Provided under another Plan

1. Health services for which other coverage is required by federal, state or local law to be purchased or provided through other arrangements. Examples include coverage required by workers' compensation, no-fault auto insurance, or similar legislation.

   If coverage under workers' compensation or similar legislation is optional for you because you could elect it, or could have it elected for you, Benefits will not be paid for any Injury, Sickness or Mental Illness that would have been covered under workers' compensation or similar legislation had that coverage been elected.

2. Health services for treatment of military service-related disabilities, when you are legally entitled to other coverage and facilities are reasonably available to you.

3. Health services while on active military duty.

## Q. Substance Use Disorders

In addition to all other exclusions listed in this *Section 2: Exclusions and Limitations*, the exclusions listed directly below apply to services described under *Substance Use Disorder Services* in *Section 1: Covered Health Services*.

1.  Services performed in connection with conditions not classified in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

2.  Methadone treatment as maintenance, L.A.A.M. (1-Alpha-Acetyl-Methadol), Cyclazocine, or their equivalents.

3.  Educational/behavioral services that are focused on primarily building skills and capabilities in communication, social interaction and learning.

4.  Substance-induced sexual dysfunction disorders and substance-induced sleep disorders.

5.  Gambling disorders.

6.  All unspecified disorders in the current edition of the *Diagnostic and Statistical Manual of the American Psychiatric Association*.

7.  Health services and supplies that do not meet the definition of a Covered Health Service - see the definition in *Section 9: Defined Terms*. Covered Health Services are those health services, including services, supplies, or Pharmaceutical Products, which are all of the following:

    -   Medically Necessary.

    -   Described as a Covered Health Service in this Policy under *Section 1: Covered Health Services* and in the *Schedule of Benefits*.

    -   Not otherwise excluded in this Policy under *Section 2: Exclusions and Limitations*.

## R. Transplants

1.  Health services for organ and tissue transplants, except those described under *Transplantation Services* in *Section 1: Covered Health Services*.

2.  Health services connected with the removal of an organ or tissue from you for purposes of a transplant to another person. (Donor costs that are directly related to organ removal are payable for a transplant through the organ recipient's Benefits under the Policy.)

3.  Health services for transplants involving permanent mechanical or animal organs.

## S. Travel

1.  Health services provided in a foreign country, unless required as Emergency Health Services.

2.  Travel or transportation expenses, even though prescribed by a Physician. Some travel expenses related to Covered Health Services received from a Designated Facility or Designated Physician may be reimbursed. This exclusion does not apply to ambulance transportation for which Benefits are provided as described under *Ambulance Services* in *Section 1: Covered Health Services*.

## T. Types of Care

1.  Multi-disciplinary pain management programs provided on an inpatient basis for acute pain or for exacerbation of chronic pain.

2.  Custodial Care or maintenance care.

3.  Domiciliary care.

4.  Private Duty Nursing.

5.  Respite care. This exclusion does not apply to respite care that is part of an integrated hospice care program of services provided to a terminally ill person by a licensed hospice care agency for

which Benefits are provided as described under *Hospice Care* in *Section 1: Covered Health Services*.

6.   Rest cures.

7.   Services of personal care attendants.

8.   Work hardening (individualized treatment programs designed to return a person to work or to prepare a person for specific work).

## U. Vision and Hearing

1.   Purchase cost and fitting charge for eyeglasses and contact lenses.

2.   Routine vision examinations, including refractive examinations to determine the need for vision correction.

3.   Implantable lenses used only to correct a refractive error (such as *Intacs* corneal implants).

4.   Eye exercise or vision therapy.

5.   Surgery that is intended to allow you to see better without glasses or other vision correction. Examples include radial keratotomy, laser and other refractive eye surgery.

6.   Bone anchored hearing aids except when either of the following applies:

   ▪   For Covered Persons with craniofacial anomalies whose abnormal or absent ear canals preclude the use of a wearable hearing aid.

   ▪   For Covered Persons with hearing loss of sufficient severity that it would not be adequately remedied by a wearable hearing aid.

   More than one bone anchored hearing aid per Covered Person who meets the above coverage criteria during the entire period of time the Covered Person is enrolled under the Policy.

   Repairs and/or replacement for a bone anchored hearing aid for Covered Persons who meet the above coverage criteria, other than for malfunctions.

## V. All Other Exclusions

1.   Health services and supplies that do not meet the definition of a Covered Health Service - see the definition in *Section 9: Defined Terms*. Covered Health Services are those health services, including services, supplies, or Pharmaceutical Products, which are all of the following:

   ▪   Medically Necessary.

   ▪   Described as a Covered Health Service in this *Certificate* under *Section 1: Covered Health Services* and in the *Schedule of Benefits*.

   ▪   Not otherwise excluded in this *Certificate* under *Section 2: Exclusions and Limitations*.

2.   Physical, psychiatric or psychological exams, testing, vaccinations, immunizations or treatments that are otherwise covered under the Policy when:

   ▪   Required solely for purposes of school, sports or camp, travel, career or employment, insurance, marriage, Civil Union or adoption.

   ▪   Related to judicial or administrative proceedings or orders.

- Conducted for purposes of medical research. This exclusion does not apply to Covered Health Services provided during a clinical trial for which Benefits are provided as described under *Clinical Trials* in *Section 1: Covered Health Services.*

- Required to obtain or maintain a license of any type.

3. Health services received as a result of war or any act of war, whether declared or undeclared or caused during service in the armed forces of any country. This exclusion does not apply to Covered Persons who are civilians Injured or otherwise affected by war, any act of war, or terrorism in non-war zones.

4. Health services received after the date your coverage under the Policy ends. This applies to all health services, even if the health service is required to treat a medical condition that arose before the date your coverage under the Policy ended.

5. Health services for which you have no legal responsibility to pay, or for which a charge would not ordinarily be made in the absence of coverage under the Policy.

6. In the event a non-Network provider waives Copayments, Coinsurance and/or any deductible for a particular health service, no Benefits are provided for the health service for which the Copayments, Coinsurance and/or deductible are waived.

7. Charges in excess of Eligible Expenses or in excess of any specified limitation.

8. Long term (more than 30 days) storage. Examples include cryopreservation of tissue, blood and blood products.

9. Autopsy.

10. Foreign language and sign language services.

11. Health services related to a non-Covered Health Service: When a service is not a Covered Health Service, all services related to that non-Covered Health Service are also excluded. This exclusion does not apply to services we would otherwise determine to be Covered Health Services if they are to treat complications that arise from the non-Covered Health Service.

    For the purpose of this exclusion, a "complication" is an unexpected or unanticipated condition that is superimposed on an existing disease and that affects or modifies the prognosis of the original disease or condition. Examples of a "complication" are bleeding or infections, following a Cosmetic Procedure, that require hospitalization.

12. Services for the treatment of autism spectrum disorders as defined under *Autism Spectrum Disorders* in *Section 1: Covered Health Services* provided by or required by law to be provided by a school, municipality or other state or federal agency.

# Section 3: When Coverage Begins

## How to Enroll

Eligible Persons must complete an enrollment form. The Enrolling Group will give the necessary forms to you. The Enrolling Group will then submit the completed forms to us, along with any required Premium. We will not provide Benefits for health services that you receive before your effective date of coverage.

## If You Are Hospitalized When Your Coverage Begins

If you are an inpatient in a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility on the day your coverage begins, we will pay Benefits for Covered Health Services that you receive on or after your first day of coverage related to that Inpatient Stay as long as you receive Covered Health Services in accordance with the terms of the Policy. These Benefits are subject to any prior carrier's obligations under state law or contract.

You should notify us of your hospitalization within 48 hours of the day your coverage begins, or as soon as is reasonably possible. For Benefit plans that have a Network Benefit level, Network Benefits are available only if you receive Covered Health Services from Network providers.

## If You Are Eligible for Medicare

Your Benefits under the Policy may be reduced if you are eligible for Medicare but do not enroll in and maintain coverage under both Medicare Part A and Part B.

Your Benefits under the Policy may also be reduced if you are enrolled in a *Medicare Advantage* (Medicare Part C) plan but fail to follow the rules of that plan. Please see *Medicare Eligibility* in *Section 8: General Legal Provisions* for more information about how Medicare may affect your Benefits.

## Who is Eligible for Coverage

The Enrolling Group determines who is eligible to enroll under the Policy and who qualifies as a Dependent.

### Eligible Person

Eligible Person usually refers to an employee or member of the Enrolling Group who meets the eligibility rules. When an Eligible Person actually enrolls, we refer to that person as a Subscriber. For a complete definition of Eligible Person, Enrolling Group and Subscriber, see *Section 9: Defined Terms*.

Eligible Persons must reside within the United States.

If both spouses are Eligible Persons of the Enrolling Group, each may enroll as a Subscriber or be covered as an Enrolled Dependent of the other, but not both.

### Dependent

Dependent generally refers to the Subscriber's spouse and children. When a Dependent actually enrolls, we refer to that person as an Enrolled Dependent. For a complete definition of Dependent and Enrolled Dependent, see *Section 9: Defined Terms*.

Dependents of an Eligible Person may not enroll unless the Eligible Person is also covered under the Policy.

If both parents of a Dependent child are enrolled as a Subscriber, only one parent may enroll the child as a Dependent.

# When to Enroll and When Coverage Begins

Except as described below, Eligible Persons may not enroll themselves or their Dependents.

## Initial Enrollment Period

When the Enrolling Group purchases coverage under the Policy from us, the Initial Enrollment Period is the first period of time when Eligible Persons can enroll themselves and their Dependents.

Coverage begins on the date identified in the Policy if we receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible to enroll.

## Open Enrollment Period

The Enrolling Group determines the Open Enrollment Period. During the Open Enrollment Period, Eligible Persons can enroll themselves and their Dependents.

Coverage begins on the date identified by the Enrolling Group if we receive the completed enrollment form and any required Premium within 31 days of the date the Eligible Person becomes eligible to enroll.

## New Eligible Persons

Coverage for a new Eligible Person and his or her Dependents begins on the date agreed to by the Enrolling Group if we receive the completed enrollment form and any required Premium within 31 days of the date the new Eligible Person first becomes eligible.

## Adding New Dependents

Subscribers may enroll Dependents who join their family because of any of the following events:

- Birth.
- Legal adoption.
- Placement for adoption.
- Marriage.
- Civil Union.
- Legal guardianship.
- Court or administrative order.
- Registering a Domestic Partner.

Coverage for the Dependent begins on the date of the event if we receive the completed enrollment form and any required Premium within 31 days of the event that makes the new Dependent eligible.

If a Subscriber has at least one other Enrolled Dependent, coverage will be provided for a newborn Dependent from the moment of birth for 31 days, regardless if notification and payment is made. Coverage will end on the 32nd day if we have not received notification and required payment for coverage as required above.

In the event that there are no other Enrolled Dependents, immediate coverage for the newborn shall be provided if the Subscriber applies for the Dependent's coverage within 31 days of the newborn's birth. Such coverage shall be contingent upon payment of the additional premium.

## Special Enrollment Period

An Eligible Person and/or Dependent may also be able to enroll during a special enrollment period. A special enrollment period is not available to an Eligible Person and his or her Dependents if coverage under the prior plan was terminated for cause, or because premiums were not paid on a timely basis.

An Eligible Person and/or Dependent does not need to elect COBRA continuation coverage to preserve special enrollment rights. Special enrollment is available to an Eligible Person and/or Dependent even if COBRA is not elected.

A special enrollment period applies to an Eligible Person and any Dependents when one of the following events occurs:

- Birth.
- Legal adoption.
- Placement for adoption.
- Marriage.
- Civil Union.
- Registering a Domestic Partner.

A special enrollment period also applies for an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period if the following are true:

- The Eligible Person previously declined coverage under the Policy, but the Eligible Person and/or Dependent becomes eligible for a premium assistance subsidy under *Medicaid* or *Children's Health Insurance Program (CHIP)*. Coverage will begin only if we receive the completed enrollment form and any required Premium within 60 days of the date of determination of subsidy eligibility.

- The Eligible Person and/or Dependent had existing health coverage under another plan at the time they had an opportunity to enroll during the Initial Enrollment Period or Open Enrollment Period; and

- Coverage under the prior plan ended because of any of the following:

  - Loss of eligibility (including legal separation, divorce or death).

  - The employer stopped paying the contributions. This is true even if the Eligible Person and/or Dependent continues to receive coverage under the prior plan and to pay the amounts previously paid by the employer.

  - In the case of COBRA continuation coverage, the coverage ended.

  - The Eligible Person and/or Dependent no longer lives or works in an HMO service area if no other benefit option is available.

  - The plan no longer offers benefits to a class of individuals that include the Eligible Person and/or Dependent.

  - An Eligible Person and/or Dependent incurs a claim that would exceed a lifetime limit on all benefits.

- The Eligible Person and/or Dependent loses eligibility under *Medicaid* or *Children's Health Insurance Program (CHIP)*. Coverage will begin only if we receive the completed enrollment form and any required Premium within 60 days of the date coverage ended.

When an event takes place (for example, a birth, marriage or determination of eligibility for state subsidy), coverage begins on the date of the event if we receive the completed enrollment form and any required Premium within 31 days of the event unless otherwise noted above.

For an Eligible Person and/or Dependent who did not enroll during the Initial Enrollment Period or Open Enrollment Period because they had existing health coverage under another plan, coverage begins on the day immediately following the day coverage under the prior plan ends. Except as otherwise noted above, coverage will begin only if we receive the completed enrollment form and any required Premium within 31 days of the date coverage under the prior plan ended.

# Section 4: When Coverage Ends

## General Information about When Coverage Ends

We may discontinue this Benefit plan and/or all similar benefit plans at any time for the reasons explained in the Policy, as permitted by law.

Your entitlement to Benefits automatically ends on the date that coverage ends, even if you are hospitalized or are otherwise receiving medical treatment on that date. Please note that this does not affect coverage that is extended under *Extended Coverage for Total Disability* below.

When your coverage ends, we will still pay claims for Covered Health Services that you received before the date on which your coverage ended. However, once your coverage ends, we will not pay claims for any health services received after that date (even if the medical condition that is being treated occurred before the date your coverage ended). Please note that this does not affect coverage that is extended under *Extended Coverage for Total Disability* below.

Unless otherwise stated, an Enrolled Dependent's coverage ends on the date the Subscriber's coverage ends.

Please note that for Covered Persons who are subject to the *Extended Coverage for Total Disability* provision later in this section, entitlement to Benefits ends as described in that section.

Coverage will not be discontinued for any Covered Person based on that Covered Person's participation in a qualified cancer clinical trial.

For purposes of this provision "qualified cancer clinical trials" must meet the following criteria:

- The effectiveness of the treatment has not been determined relative to established therapies;

- The trial is under clinical investigation as part of an approved cancer research trial in Phase II, Phase III, or Phase IV of investigation;

- The trial is:

    - Approved by the *U.S. Food and Drug Administration (FDA)*; or

    - Approved and funded by the *National Institutes of Health*, the *Centers for Disease Control and Prevention*, the *Agency for Healthcare Research and Quality*, the *United States Department of Defense*, the *United States Department of Veterans Affairs*, or the *United States Department of Energy* in the form of an investigational new drug application, or a cooperative group or center of any entity described in this subdivision; and

- The Covered Person's Primary Physician, if any, is involved in the coordination of care.

## Events Ending Your Coverage

Coverage ends on the earliest of the dates specified below:

- **The Entire Policy Ends**

    Your coverage ends on the date the Policy ends. In the event the entire Policy ends, the Enrolling Group is responsible for notifying you that your coverage has ended.

- **You Are No Longer Eligible**

Your coverage ends on the last day of the calendar month in which you are no longer eligible to be a Subscriber or Enrolled Dependent. Please refer to *Section 9: Defined Terms* for complete definitions of the terms "Eligible Person," "Subscriber," "Dependent" and "Enrolled Dependent."

- **We Receive Notice to End Coverage**

  Your coverage ends on the last day of the calendar month in which we receive written notice from the Enrolling Group instructing us to end your coverage, or the date requested in the notice, if later. The Enrolling Group is responsible for providing written notice to us to end your coverage.

- **Subscriber Retires or Is Pensioned**

  Your coverage ends the last day of the calendar month in which the Subscriber is retired or receiving benefits under the Enrolling Group's pension or retirement plan. The Enrolling Group is responsible for providing written notice to us to end your coverage.

  This provision applies unless a specific coverage classification is designated for retired or pensioned persons in the Enrolling Group's application, and only if the Subscriber continues to meet any applicable eligibility requirements. The Enrolling Group can provide you with specific information about what coverage is available for retirees.

## Other Events Ending Your Coverage

When either of the following happens, we will provide advance written notice to the Subscriber that coverage will end on the date we identify in the notice:

- **Fraud or Intentional Misrepresentation of a Material Fact**

  You committed an act, practice, or omission that constituted fraud, or an intentional misrepresentation of a material fact. Examples include knowingly providing incorrect information relating to another person's eligibility or status as a Dependent.

  If we find that you have performed an act, practice, or omission that constitutes fraud, or have made an intentional misrepresentation of material fact we have the right to demand that you pay back all Benefits we paid to you, or paid in your name, during the time you were incorrectly covered under the Policy.

## Coverage for a Disabled Dependent Child

Coverage for an unmarried Enrolled Dependent child who is disabled will not end just because the child has reached a certain age. We will extend the coverage for that child beyond the limiting age if both of the following are true regarding the Enrolled Dependent child:

- Is not able to be self-supporting because of mental or physical handicap or disability.

- Depends mainly on the Subscriber or other health care provider for support.

Coverage will continue as long as the Enrolled Dependent is medically certified as disabled and dependent unless coverage is otherwise terminated in accordance with the terms of the Policy.

We will ask you to furnish us with proof of the medical certification of disability within 31 days of the date coverage would otherwise have ended because the child reached a certain age. Before we agree to this extension of coverage for the child, we may require that a Physician chosen by us examine the child. We will pay for that examination.

We may continue to ask you for proof that the child continues to be disabled and dependent. Such proof might include medical examinations at our expense. However, we will not ask for this information more than once a year.

If you do not provide proof of the child's disability and dependency within 31 days of our request as described above, coverage for that child will end.

## Extended Coverage for Total Disability

Coverage for a Covered Person who is Totally Disabled on the date the entire Policy is terminated will not end automatically. We will temporarily extend the coverage, only for treatment of the condition causing the Total Disability. Benefits will be paid until the earlier of either of the following:

- The Total Disability ends.

- Twelve months from the date coverage would have ended when the entire Policy was terminated.

## Continuation of Coverage and Conversion

If your coverage ends under the Policy, you may be entitled to elect continuation coverage (coverage that continues on in some form) in accordance with federal or state law.

Continuation coverage under COBRA (the federal Consolidated Omnibus Budget Reconciliation Act) is available only to Enrolling Groups that are subject to the terms of COBRA. You can contact your plan administrator to determine if your Enrolling Group is subject to the provisions of COBRA.

If you selected continuation coverage under a prior plan which was then replaced by coverage under the Policy, continuation coverage will end as scheduled under the prior plan or in accordance with federal or state law, whichever is earlier.

We are not the Enrolling Group's designated "plan administrator" as that term is used in federal law, and we do not assume any responsibilities of a "plan administrator" according to federal law.

We are not obligated to provide continuation coverage to you if the Enrolling Group or its plan administrator fails to perform its responsibilities under federal law. Examples of the responsibilities of the Enrolling Group or its plan administrator are:

- Notifying you in a timely manner of the right to elect continuation coverage.

- Notifying us in a timely manner of your election of continuation coverage.

## General - Continuation of Coverage under State Law

A Covered Person whose coverage under the Policy would otherwise end because of a qualifying event, as set forth below, and who was continuously covered under the Policy (or a prior plan for which the Policy replaced) for a period of at least 3 months ending with termination, shall be entitled to elect continuation of coverage as required by state law, including that of any Enrolled Dependents, as set forth below. Note: If termination is due to retirement and the Subscriber's spouse is at least 55 years of age, continuation for such spouse will be provided as stated below. Also, a Covered Person may be entitled to elect either state or federal continuation coverage; please contact the Enrolling Group to determine which is applicable.

## Qualifying Events for Continuation Coverage under State Law

Coverage must have ended due to one of the following qualifying events:

- Termination of the Subscriber from employment with the Enrolling Group for any reason other than commission of a felony or theft related to employment for which the Enrolling Group was in no way responsible. The Subscriber's admission of guilt, or conviction, or order of supervision by a court of competent jurisdiction, will constitute proof of such act.

- Termination of coverage due to loss of eligibility as a Subscriber or an Enrolled Dependent.

## Notification Requirements and Election Period for Continuation Coverage under State Law

The Enrolling Group will provide you with written notification of the right to continuation coverage. If you wish to continue coverage you must request continuation in writing within the 30 day period following the later of:

- The date of such termination or reduction in hours below the minimum required by the Enrolling Group; or

- The date you are given written notice of the right of continuation by the Enrolling Group.

In no event, however, may the Covered Person elect continuation more than 60 days after the date of such termination or reduction in hours below the minimum required by the Enrolling Group. Written notice of continuation presented to the Covered Person by the Enrolling Group, or mailed by the Enrolling Group to the last known address of the Covered Person, shall constitute the giving of notice for the purpose of this provision.

## Terminating Events for Continuation Coverage under State Law

Continuation coverage under the Policy will end on the earliest of the following dates:

- 12 months from the date your continuation began.

- The date coverage ends for failure to make timely payment of the Premium.

- The date coverage ends because you violate a material condition of the Policy.

- The date coverage is or could be obtained under Medicare or any other group health plan.

- The date the Policy ends.

## General - Continuation Coverage After Dissolution of Marriage/Civil Union, Retirement or Death

A Covered Person who is a former spouse or Enrolled Dependent child whose coverage under the Policy would otherwise end because of a qualifying event shall be entitled to elect continuation coverage as required by state law, including that of any Enrolled Dependents, as set forth below. The term "former spouse" shall include the Subscriber's widow or widower.

Note: A former spouse or Enrolled Dependent child may be entitled to elect either state or federal continuation coverage. Please contact the Enrolling Group to determine which is applicable.

## Qualifying Events for Continuation Coverage After Dissolution of Marriage/Civil Union, Retirement or Death

If the Covered Person's coverage terminated due to one of the following qualifying events, he or she is entitled to continue coverage. The Covered Person may elect the same coverage that he or she had at the time of the qualifying event:

- Death of Subscriber.

- Legal separation, divorce, annulment of marriage or dissolution of Civil Union from the Subscriber.

• Retirement of the Subscriber.

## Notification Requirements and Election Period for Continuation Coverage After Dissolution of Marriage/Civil Union, Retirement or Death

The notification requirements and applicable time periods are as follows:

• The former spouse, Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child must give written notice to the Enrolling Group and us within 30 days of the date of the qualifying event.

• The Enrolling Group must give written notice to us of the qualifying event. This must happen within 15 days after receiving notice, as provided above.

• We, by certified mail, return receipt requested, shall notify the former or retired Subscriber's spouse, Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child or the Enrolling Group. Such notice shall include: (a) a form for election of continuation coverage and instructions for returning the election form; (b) the amount of the monthly Premium to be charged; and (c) the manner, place and time, in which the Premium payment must be made; (d) instructions for returning the election form within 30 days after the date it is received from us.

If the Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child fail to exercise the election to continue coverage by notifying us in writing within such 30 day period shall terminate the continuation of Benefits and the right to continuation.

If we fail to notify either the Enrolling Group, Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child all Premiums shall be waived from the date the notice was required until notice was sent, and the Benefits shall continue under the terms and provisions of the Policy, except if the benefits in existence at the time our notice was to be sent are terminated for all employees.

• A former or retired Subscriber's spouse must elect continuation coverage and pay the first Premium within 30 days after the date of receipt of notice from us. Subsequent Premiums must be paid monthly in advance. If the former spouse is under age 55, the Premium rate shall be the group rate then in effect. If the former or retired Subscriber's spouse is over age 55, the Premium rate shall be the group rate then in effect; however, after 2 years of continuation coverage, the rate shall be the group rate plus 20% for the cost of administration.

An Enrolled Dependent child or responsible adult acting on behalf of the Enrolled Dependent child must elect continuation coverage and pay the first Premium within 30 days after the date of receipt of notice from us. All Premiums must be paid in advance. The Premium rate shall be the amount, if any, that would be charged an employee if the Enrolled Dependent child were a current employee and the amount, if any, that the Enrolling Group would contribute toward the Premium if the Enrolled Dependent child were a current employee. Failure to pay the first Premium within 30 days after the receipt of notice from us as to the Enrolled Dependent child's right to continuation shall terminate the continuation of Benefits and the right to continuation.

## Terminating Events for Continuation Coverage After Dissolution of Marriage/Civil Union, Retirement or Death

For a former spouse continuation coverage under the Policy will end on the earliest of the following dates:

• Two years after the date of the qualifying event if the former spouse is under age 55 at the time of the qualifying event.

- The date the former or retired Subscriber's spouse becomes entitled to Medicare benefits.
- The date the former or retired Subscriber's spouse becomes insured under any other group health plan.
- The date the former spouse remarries or enters into a Civil Union.
- The last day of the Policy month for which Premium has been paid.
- The date the Policy, or a class to which the Covered Person belonged, terminates.

For an Enrolled Dependent child continuation coverage under the Policy will end on the earliest of the following dates:

- Failure to pay Premiums when due, including any grace period allowed by the Policy.
- When coverage would terminate under the terms of the existing Policy if the Enrolled Dependent child was still an eligible Dependent of the employee.
- The date on which the Enrolled Dependent child first becomes, after the date of election, an insured employee under any other group health plan.
- The expiration of 2 years from the date continuation coverage began.

Upon termination of the Policy, as described above, the Enrolled Dependent child shall be entitled to a conversion Policy, if the Enrolled Dependent child elects to convert.

## Continuation of Coverage - Dependent Students; Medical Leave of Absence

Continuation of coverage is available for a Dependent college student who takes a medical leave of absence or reduces his or her course load to part-time status because of a catastrophic illness or injury.

Continued coverage will terminate 12 months after notice of the illness or injury or until the coverage would have otherwise ended under the Policy, whichever comes first.

The need for part-time status or medical leave of absence must be supported by a Physician's clinical certification of need.

## Conversion

If your coverage terminates for one of the reasons described below, you may apply for conversion coverage without furnishing evidence of insurability. You have 60 days from the date of termination to convert.

Reasons for termination:

- The Subscriber is retired or pensioned.
- You cease to be eligible as a Subscriber or Enrolled Dependent.
- Continuation coverage ends.
- The entire Policy ends and is not replaced.

Written application and payment of the initial Premium must be made not later than the latter of:

- 31 days after such termination; or

- 15 days after the Covered Person has been given written notice of the existence of the conversion privilege.

In no event, however, may the Covered Person elect conversion more than 60 days after the coverage ends under this Policy. Written notice presented to the Covered Person by the Enrolling Group, or mailed by the Enrolling Group to the last known address of the Covered Person, shall constitute the giving of notice for the purpose of this provision.

Conversion coverage will be issued in accordance with the terms and conditions in effect at the time of application. Conversion coverage may be substantially different from coverage provided under this Policy.

# Section 5: How to File a Claim

## If You Receive Covered Health Services from a Network Provider

We pay Network providers directly for your Covered Health Services. If a Network provider bills you for any Covered Health Service, contact us. However, you are responsible for meeting any applicable deductible and for paying any required Copayments and Coinsurance to a Network provider at the time of service, or when you receive a bill from the provider.

## If You Receive Covered Health Services from a Non-Network Provider

When you receive Covered Health Services from a non-Network provider, you are responsible for requesting payment from us. You must file the claim in a format that contains all of the information we require, as described below.

You should submit a request for payment of Benefits within 90 days after the date of service. If you don't provide this information to us within one year of the date of service, Benefits for that health service will be denied or reduced. This time limit does not apply if you are legally incapacitated. If your claim relates to an Inpatient Stay, the date of service is the date your Inpatient Stay ends.

### Required Information

When you request payment of Benefits from us, you must provide us with all of the following information:

- The Subscriber's name and address.
- The patient's name and age.
- The number stated on your ID card.
- The name and address of the provider of the service(s).
- The name and address of any ordering Physician.
- A diagnosis from the Physician.
- An itemized bill from your provider that includes the *Current Procedural Terminology* (*CPT*) codes or a description of each charge.
- The date the Injury or Sickness began.
- A statement indicating either that you are, or you are not, enrolled for coverage under any other health insurance plan or program. If you are enrolled for other coverage you must include the name of the other carrier(s).

The above information should be filed with us at the address on your ID card.

### Payment of Benefits

If a Subscriber provides written authorization to allow this, all or a portion of any Eligible Expenses due to a provider may be paid directly to the provider instead of being paid to the Subscriber. But we will not reimburse third parties that have purchased or been assigned benefits by Physicians or other providers.

Benefits will be paid to you unless either of the following is true:

- The provider notifies us that your signature is on file, assigning benefits directly to that provider.

- You make a written request at the time you submit your claim.

## Time of Payment of Claims

All claims payable under the terms of the Policy will be paid within 30 days following our receipt of the claim. If we fail to pay within 30 days following the receipt of the claim, you are entitled to interest at the rate of nine percent per annum from the 30th day.

# Section 6: Questions, Complaints and Appeals

To resolve a question, complaint, or appeal, just follow these steps:

## What to Do if You Have a Question

Contact *Customer Care* at the telephone number shown on your ID card. *Customer Care* representatives are available to take your call during regular business hours, Monday through Friday.

## What to Do if You Have a Complaint or an Appeal

Contact *Customer Care* at the telephone number shown on your ID card. *Customer Care* representatives are available to take your call during regular business hours, Monday through Friday.

If you would rather send your complaint to us in writing, the *Customer Care* representative can provide you with the appropriate address. *Part 919* of the *Rules of Illinois Department of Insurance* requires that we advise you that if you wish to take this matter up with the *Illinois Department of Insurance*, it maintains *Consumer Divisions* at the following addresses:

Illinois Department of Insurance

Consumer Division

122 S. Michigan Ave., 19th Floor

Chicago, IL 60603

-or-

Illinois Department of Insurance

Consumer Division

320 West Washington St.

Springfield, IL 62767

## How to Appeal a Claim Decision

### Post-service Claims

Post-service claims are those claims that are filed for payment of Benefits after medical care has been received.

### Pre-service Requests for Benefits

Pre-service requests for Benefits are those requests that require prior authorization or benefit confirmation prior to receiving medical care.

### How to Request an Appeal

If you disagree with either a pre-service request for Benefits determination, post-service claim determination or a rescission of coverage determination, you can contact us in writing to formally request an appeal.

Your request for an appeal should include:

- The patient's name and the identification number from the ID card.
- The date(s) of medical service(s).
- The provider's name.
- The reason you believe the claim should be paid.
- Any documentation or other written information to support your request for claim payment.

Your first appeal request must be submitted to us within 180 days after you receive the denial of a pre-service request for Benefits or the claim denial.

## First Level Review

### Step 1

You must present a written complaint to our *Customer Care* department. You, your designee or guardian, your Physician or your health care provider may file the appeal.

Written complaints should be addressed to:

UnitedHealthcare Appeals

PO Box 30573

Salt Lake City, UT 84130

### Step 2

We will acknowledge, in writing, the receipt of your appeal within 3 business days and request all the information required to evaluate your case.

### Step 3:

A formal decision will be made within 15 business days after receipt of all required information. You will be notified orally of the decision and written notice will be sent following oral notification.

## Urgent Appeals that Require Immediate Action

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health, or the ability to regain maximum function, or cause severe pain. In these urgent situations:

- The appeal does not need to be submitted in writing. You or your Physician should call us as soon as possible.
- We will provide you with a written or electronic determination within 24 hours following receipt of your request for review of the determination, taking into account the seriousness of your condition.
- If we need more information from your Physician to make a decision, we will notify you orally of the decision within 24 hours following receipt of the required information. Written notice will be sent following oral notification.

The appeal process for urgent situations does not apply to prescheduled treatments, therapies or surgeries.

## Administrative Complaints

If you have a complaint concerning products, services, operations or protocols, you should contact our *Customer Care* representatives at the telephone number shown on your ID card.

*Customer Care* is available to take your calls during regular business hours, Monday through Friday. At other times, you may leave a message on voicemail. A *Customer Care* representative will return your call. If you would rather send your complaint to us in writing at this point, *Customer Care* can provide you with the appropriate address.

## Exhaustion of Internal Appeal Process

You must first exhaust the internal appeal process before requesting an external review, unless:

- You or your authorized representative have filed an appeal under our internal appeal process and have not received a written decision on the appeal 30 days following the date you or your authorized representative files an appeal of an adverse determination that involves a concurrent or prospective review request or 60 days following the date you or your authorized representative files an appeal of an adverse determination that involves a retrospective review request, except to the extent that you or your authorized representative requested or agreed to a delay;

- You or your authorized representative requested an expedited internal review of an adverse determination but has not received a decision from us within 48 hours after receipt of the information (unless you or your authorized representative agreed to a delay);

- We waive the exhaustion of the internal appeal process requirement;

- You have a medical condition in which the timeframe for completion of:

    - An expedited internal review of an appeal involving an adverse determination;

    - A final adverse determination; or

    - A standard external review would seriously jeopardize your ability to regain maximum function;

- An adverse determination concerns a denial of coverage based on determination that the recommended or requested health care service or treatment is experimental or investigational and your health care provider certifies in writing that the recommended or requested health care service or treatment that is the subject of the request would be significantly less effective if not promptly initiated. In such cases, you or your authorized representative may request an expedited external review at the same time you or your authorized representative files a request for an expedited internal appeal involving an adverse determination. The independent review organization assigned to conduct the expedited external review shall determine whether you are required to complete the expedited review of the appeal prior to conducting the expedited external review; or

- We have failed to comply with applicable State and federal law governing internal claims and appeals procedures.

## Standard External Review

Within four months after the date of receipt of a notice of an adverse or final adverse determination, you or your authorized representative may file a request for an external review with the Director. Within one business day after the date of receipt of a request for external review, the Director will send a copy of the request to us.

We will complete a preliminary review of the external review request within five business days of receipt to determine whether:

- You were a Covered Person at the time services were requested or provided;

- The services are a Covered Health Service except for our determination that the service or treatment is experimental or investigational for a particular medical condition and is not explicitly listed as an excluded benefit under your plan with us;

- You have exhausted our internal appeal process unless you are not required to exhaust our internal appeal process;

- In the case of Experimental or Investigational Services, there is no treatment that is more effective, medically appropriate, or beneficial for you, as certified by your Physician; and

- You have submitted all required information and forms.

Within one business day after completing the preliminary review, we will provide written notice to you and the Director indicating whether the request is complete and eligible for external review. If incomplete, we will notify you and the Director of any missing information needed to complete the request. If ineligible, we will explain the reasons for ineligibility for external review and notify you and the Director that you may appeal our decision to the Department of Insurance. The Director is authorized to reverse our initial determination and require that the request be referred for external review.

If eligible for external review, within one business day after the date of receipt of the notice, the Director will:

- Randomly assign an independent review organization from the Director's list of approved independent review organizations qualified to conduct an external review and notify us of the name of the assigned independent review organization; and

- Notify you in writing of the request's eligibility and the name of the assigned independent review organization. The Director must also include in the notice a statement that you may, within five business days of the notice receipt, submit in writing to the assigned independent review organization any additional information to be considered by the independent review organization in the review. (The independent review organization is not required to, but may, accept and consider additional information submitted after five business days).

Within five business days of assigning an approved independent review organization, we will send the independent review organization any documents and information considered in making the adverse determination. If we fail to do so, the independent review organization may terminate the external review and reverse the adverse or final adverse determination in which case the independent review organization must notify us and you within one business day (immediately for Experimental or Investigational Services).

In addition to any documents and information provided by us and you, an independent review organization shall also consider (if available and considered appropriate) medical records, provider recommendations, contract terms, practice guidelines and clinical criteria, and the opinion of the independent review organization's clinical reviewer. Additionally for Experimental or Investigational Services the independent review organization shall also consider FDA approval (if applicable) or medical or scientific evidence or evidence-based standards. Within 20 days after being selected to conduct the external review of the Experimental or Investigational Service, each clinical reviewer must provide to the independent review organization a written opinion on whether the services or treatment should be covered.

The independent review organization must provide written notice of its decision to us, you and the Director within five business days after receiving all necessary information, but in no event more than 45 days after the date of receipt of the request for an external review (for Experimental or Investigational Services a written notice must be provided within 20 days after receiving the opinion of each clinical reviewer).

- The independent review organization notice must include a general description of the reason for the external review request, the date it was assigned from the Director, the time period during which the external review was conducted, the evidence or documentation considered (including

evidence-based standards), the date of its decision, the principal reason(s) for its decision, and the rationale for its decision.

- For experimental or investigational treatment reviews, the independent review organization notice must also include descriptions of the factors considered by the independent review organization in making its decision.

Upon receipt of a notice of a decision reversing the adverse or final adverse determination, we will immediately approve the coverage that was the subject of the adverse or final adverse determination.

## Expedited External Review

You or your authorized representative may request, orally or in writing, an expedited external review with the Director:

- After receiving a notice of adverse determination from us if:

  - Your medical condition is such that your life, health, or ability to regain maximum function would be jeopardized under the timeframe for an expedited internal review, final adverse determination, or standard external review; or

  - The adverse determination is based on the service being determined experimental or investigational, and your provider certifies that the service would be significantly less effective if not promptly initiated, an expedited external review may be requested at the same time you or your authorized representative files a request for an expedited internal appeal involving an adverse determination. The independent review organization assigned to conduct the expedited external review will determine whether you are required to complete the expedited review of the appeal prior to conducting the expedited external review.

- After receiving a notice of final adverse determination from us if:

  - Your medical condition is such that your life, health, or ability to regain maximum function would be jeopardized under the timeframe for a standard external review;

  - The final adverse determination concerns an admission, availability of care, continued stay, or healthcare service for which you received Emergency Health Services but have not been discharged from the facility; or

  - The final adverse determination is based on the service being determined experimental or investigational, and your provider certifies that the service would be significantly less effective if not promptly initiated.

  - We fail to provide a decision on an expedited internal appeal within 48 hours.

Upon receipt of a request for an expedited external review, the Director will immediately send a copy of the request to us.

We will determine whether the request meets the following reviewability requirements:

- You were a Covered Person at the time services were requested or provided;

- The services are a Covered Health Service except for our determination that the service or treatment is experimental or investigational for a particular medical condition and is not explicitly listed as an excluded benefit under your plan with us;

- You have exhausted our internal appeal process unless you are not required to exhaust our internal appeal process;

- In the case of Experimental or Investigational Services, there is no treatment that is more effective, medically appropriate, or beneficial for you, as certified by your Physician; and

- You have submitted all required information and forms.

We will notify you, your authorized representative and the Director of our eligibility determination.

If determined ineligible for expedited external review, we will also notify you that you may appeal our decision to the Director.

Upon receipt of the notice that the request meets the reviewability requirements, the Director will:

- Immediately and randomly assign an independent review organization from the Director's list of approved independent review organization qualified to conduct external review; and

- Immediately notify us of the name of the assigned independent review organization.

We will provide or transmit (electronically, by telephone, facsimile or any other available expeditious method) to the assigned independent review organization all necessary documents and information considered in making the final adverse determination. We will provide this information immediately upon receipt from the Director of the name of the independent review organization assigned to conduct the external review, but in no case more than 24 hours after receiving such notice. If we fail to do so, the independent review organization may terminate the external review and reverse the adverse or final adverse determination in which case the independent review organization must notify us, the Director, and you within one business day.

In addition to any documents and information provided by us and you, an independent review organization, to the extent the information or documents are available and the independent review organization considers them appropriate, shall also consider (if available and considered appropriate) medical records, provider recommendations, contract terms, practice guidelines and clinical criteria, and the opinion of the independent review organization's clinical reviewer. Additionally for Experimental or Investigational Services the independent review organization shall also consider FDA approval (if applicable) or medical or scientific evidence or evidence-based standards. As expeditiously as possible, but in no event no more than five calendar days after being selected to conduct the external review of the Experimental or Investigational Service, each clinical reviewer must provide to the independent review organization an oral or written opinion on whether the services or treatment should be covered. If the opinion was not in writing, then within 48 hours after providing that opinion, the clinical reviewer must provide written confirmation of the opinion to the independent review organization.

The independent review organization must reach a decision and notify us, the Director and you as expeditiously as your medical condition or circumstances requires, but in no event more than 72 hours after the date of receipt of the request for an expedited external review. For Experimental or Investigational Services, the independent review organization must make a decision and provide oral or written notice of its decision within 48 hours after receiving the opinion of each clinical reviewer to us, the Director, you and your authorized representative. If the notice was not in writing, then within 48 hours after providing that notice, the independent review organization must provide written confirmation of its decision to us, the Director, you and your authorized representative.

The independent review organization is not bound by any decisions or conclusions reached in our utilization review or internal appeal process.

Upon receipt of notice of a decision reversing the adverse determination or final adverse determination, we will immediately approve the coverage that was the subject of the adverse determination or final adverse determination.

If the independent review organization's decision was not in writing, then within 48 hours of rendering its decision, the independent review organization must provide written confirmation of its decision to us, the Director and you. The confirmation must include the following information:

- A general description of the reason for the external review request, the date the independent review organization received the assignment from the Director, the time period during which the external review was conducted, the evidence or documentation considered (including evidence-based standards), the date of its decision, the principal reason(s) for its decision, and the rationale for its decision.

- For experimental or investigational treatment reviews, descriptions of the factors considered by the independent review organization in making its decision.

Expedited external review is prohibited for retrospective adverse or final adverse determinations.

## Independent Review Organization

All decisions by the independent review organization are deemed as binding on us, and on you to the extent that you have other remedies available under applicable federal or state law.

We will approve coverage if the independent review organization reverses the final adverse decision.

If an independent external review decision upholds an adverse determination, you may appeal the independent review organization's decision to the Department of Insurance until July 1, 2013.

## Appeals to the Department of Insurance

Statements informing you and any authorized representative that a standard external review (or Expedited External Review) request deemed to be ineligible for review by us or our representative may be appealed to the Director by filing a complaint with the Department of Insurance. To appeal initial determinations of ineligibility for standard external review (or Expedited External Review) please contact:

Illinois Department of Insurance

Office of Consumer Health Insurance

Standard External Review (or Expedited External Review)

320 West Washington Street

Springfield, IL 62767

http://insurance.illinois.gov/Complaints/file_complaint.asp (E-mail)

Toll Free Telephone: (877)527-9431

Until July 1, 2013 if an external independent review decision upholds a determination that is adverse to you, you have the right to appeal the independent review organization's final decision to the Department of Insurance. To appeal the independent review organization's final decision to the Department please contact:

Illinois Department of Insurance

Office of Consumer Health Insurance

Illinois Health Carrier External Review - Director Appeals

320 West Washington Street

Springfield, IL 62767

http://insurance.illinois.gov/Complaints/file_complaint.asp (E-mail)

Toll Free Telephone: (877)527-9431

# Section 7: Coordination of Benefits

## Benefits When You Have Coverage under More than One Plan

This section describes how Benefits under the Policy will be coordinated with those of any other plan that provides benefits to you. The language in this section is from model laws drafted by the *National Association of Insurance Commissioners (NAIC)* and represents standard industry practice for coordinating benefits.

## When Coordination of Benefits Applies

This coordination of benefits (COB) provision applies when a person has health care coverage under more than one Plan. Plan is defined below.

The order of benefit determination rules below govern the order in which each Plan will pay a claim for benefits. The Plan that pays first is called the Primary Plan. The Primary Plan must pay benefits in accordance with its policy terms without regard to the possibility that another Plan may cover some expenses. The Plan that pays after the Primary Plan is the Secondary Plan. The Secondary Plan may reduce the benefits it pays so that payments from all Plans do not exceed 100% of the total Allowable Expense.

## Definitions

For purposes of this section, terms are defined as follows:

A.    A Plan is any of the following that provides benefits or services for medical, pharmacy or dental care or treatment. If separate contracts are used to provide coordinated coverage for members of a group, the separate contracts are considered parts of the same plan and there is no COB among those separate contracts.

    1.    Plan includes: group and non-group insurance contracts, health maintenance organization (HMO) contracts, closed panel plans or other forms of group or group-type coverage (whether insured or uninsured); medical care components of long-term care contracts, such as skilled nursing care; medical benefits under group or individual automobile contracts; and Medicare or any other federal governmental plan, as permitted by law.

    2.    Plan does not include: hospital indemnity coverage insurance or other fixed indemnity coverage; accident only coverage; specified disease or specified accident coverage; limited benefit health coverage, as defined by state law; school accident type coverage; benefits for non-medical components of long-term care policies; Medicare supplement policies; Medicaid policies; or coverage under other federal governmental plans, unless permitted by law.

    Each contract for coverage under 1. or 2. above is a separate Plan. If a Plan has two parts and COB rules apply only to one of the two, each of the parts is treated as a separate Plan.

B.    This Plan means, in a COB provision, the part of the contract providing the health care benefits to which the COB provision applies and which may be reduced because of the benefits of other plans. Any other part of the contract providing health care benefits is separate from This Plan. A contract may apply one COB provision to certain benefits, such as dental benefits, coordinating only with similar benefits, and may apply another COB provision to coordinate other benefits.

C.    The order of benefit determination rules determine whether This Plan is a Primary Plan or Secondary Plan when the person has health care coverage under more than one Plan. When This Plan is primary, it determines payment for its benefits first before those of any other Plan without considering any other Plan's benefits. When This Plan is secondary, it determines its benefits after

those of another Plan and may reduce the benefits it pays so that all Plan benefits do not exceed 100% of the total Allowable Expense.

D.    Allowable Expense is a health care expense, including deductibles, coinsurance and copayments, that is covered at least in part by any Plan covering the person. When a Plan provides benefits in the form of services, the reasonable cash value of each service will be considered an Allowable Expense and a benefit paid. An expense that is not covered by any Plan covering the person is not an Allowable Expense. In addition, any expense that a provider by law or in accordance with a contractual agreement is prohibited from charging a Covered Person is not an Allowable Expense.

The following are examples of expenses or services that are not Allowable Expenses:

1.    The difference between the cost of a semi-private hospital room and a private room is not an Allowable Expense unless one of the Plans provides coverage for private hospital room expenses.

2.    If a person is covered by two or more Plans that compute their benefit payments on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology, any amount in excess of the highest reimbursement amount for a specific benefit is not an Allowable Expense.

3.    If a person is covered by two or more Plans that provide benefits or services on the basis of negotiated fees, an amount in excess of the highest of the negotiated fees is not an Allowable Expense.

4.    If a person is covered by one Plan that calculates its benefits or services on the basis of usual and customary fees or relative value schedule reimbursement methodology or other similar reimbursement methodology and another Plan that provides its benefits or services on the basis of negotiated fees, the Primary Plan's payment arrangement shall be the Allowable Expense for all Plans. However, if the provider has contracted with the Secondary Plan to provide the benefit or service for a specific negotiated fee or payment amount that is different than the Primary Plan's payment arrangement and if the provider's contract permits, the negotiated fee or payment shall be the Allowable Expense used by the Secondary Plan to determine its benefits.

5.    The amount of any benefit reduction by the Primary Plan because a Covered Person has failed to comply with the Plan provisions is not an Allowable Expense. Examples of these types of plan provisions include second surgical opinions, precertification of admissions and preferred provider arrangements.

E.    Closed Panel Plan is a Plan that provides health care benefits to Covered Persons primarily in the form of services through a panel of providers that have contracted with or are employed by the Plan, and that excludes benefits for services provided by other providers, except in cases of emergency or referral by a panel member.

F.    Custodial Parent is the parent awarded custody by a court decree or, in the absence of a court decree, is the parent with whom the child resides more than one half of the calendar year excluding any temporary visitation.

## Order of Benefit Determination Rules

When a person is covered by two or more Plans, the rules for determining the order of benefit payments are as follows:

A.    The Primary Plan pays or provides its benefits according to its terms of coverage and without regard to the benefits under any other Plan.

B. Except as provided in the next paragraph, a Plan that does not contain a coordination of benefits provision that is consistent with this provision is always primary unless the provisions of both Plans state that the complying plan is primary.

Coverage that is obtained by virtue of membership in a group that is designed to supplement a part of a basic package of benefits and provides that this supplementary coverage shall be in excess of any other parts of the Plan provided by the contract holder. Examples of these types of situations are major medical coverages that are superimposed over base plan hospital and surgical benefits and insurance type coverages that are written in connection with a Closed Panel Plan to provide out-of-network benefits.

C. A Plan may consider the benefits paid or provided by another Plan in determining its benefits only when it is secondary to that other Plan.

D. Each Plan determines its order of benefits using the first of the following rules that apply:

 1. Non-Dependent or Dependent. The Plan that covers the person other than as a dependent, for example as an employee, member, policyholder, subscriber or retiree is the Primary Plan and the Plan that covers the person as a dependent is the Secondary Plan. However, if the person is a Medicare beneficiary and, as a result of federal law, Medicare is secondary to the Plan covering the person as a dependent; and primary to the Plan covering the person as other than a dependent (e.g. a retired employee); then the order of benefits between the two Plans is reversed so that the Plan covering the person as an employee, member, policyholder, subscriber or retiree is the Secondary Plan and the other Plan is the Primary Plan.

 2. Dependent Child Covered Under More Than One Coverage Plan. Unless there is a court decree stating otherwise, plans covering a dependent child shall determine the order of benefits as follows:

  a) For a dependent child whose parents are married, parties to a Civil Union or are living together, whether or not they have ever been married or parties to a Civil Union:

   (1) The Plan of the parent whose birthday falls earlier in the calendar year is the Primary Plan; or

   (2) If both parents have the same birthday, the Plan that covered the parent longest is the Primary Plan.

  b) For a dependent child whose parents are divorced or separated or are not living together, whether or not they have ever been married or parties to a Civil Union:

   (1) If a court decree states that one of the parents is responsible for the dependent child's health care expenses or health care coverage and the Plan of that parent has actual knowledge of those terms, that Plan is primary. If the parent with responsibility has no health care coverage for the dependent child's health care expenses, but that parent's spouse does, that parent's spouse's plan is the Primary Plan. This shall not apply with respect to any plan year during which benefits are paid or provided before the entity has actual knowledge of the court decree provision.

   (2) If a court decree states that both parents are responsible for the dependent child's health care expenses or health care coverage, the provisions of subparagraph a) above shall determine the order of benefits.

   (3) If a court decree states that the parents have joint custody without specifying that one parent has responsibility for the health care expenses or health care coverage of the dependent child, the provisions of subparagraph a) above shall determine the order of benefits.

(4) If there is no court decree allocating responsibility for the child's health care expenses or health care coverage, the order of benefits for the child are as follows:

(a) The Plan covering the Custodial Parent.

(b) The Plan covering the Custodial Parent's spouse.

(c) The Plan covering the non-Custodial Parent.

(d) The Plan covering the non-Custodial Parent's spouse.

c) For a dependent child covered under more than one plan of individuals who are not the parents of the child, the order of benefits shall be determined, as applicable, under subparagraph a) or b) above as if those individuals were parents of the child.

3. Active Employee or Retired or Laid-off Employee. The Plan that covers a person as an active employee, that is, an employee who is neither laid off nor retired is the Primary Plan. The same would hold true if a person is a dependent of an active employee and that same person is a dependent of a retired or laid-off employee. If the other Plan does not have this rule, and, as a result, the Plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the rule labeled D.1. can determine the order of benefits.

4. COBRA or State Continuation Coverage. If a person whose coverage is provided pursuant to COBRA or under a right of continuation provided by state or other federal law is covered under another Plan, the Plan covering the person as an employee, member, subscriber or retiree or covering the person as a dependent of an employee, member, subscriber or retiree is the Primary Plan, and the COBRA or state or other federal continuation coverage is the Secondary Plan. If the other Plan does not have this rule, and as a result, the Plans do not agree on the order of benefits, this rule is ignored. This rule does not apply if the rule labeled D.1. can determine the order of benefits.

5. Longer or Shorter Length of Coverage. The Plan that covered the person as an employee, member, policyholder, subscriber or retiree longer is the Primary Plan and the Plan that covered the person the shorter period of time is the Secondary Plan.

6. If the preceding rules do not determine the order of benefits, the Allowable Expenses shall be shared equally between the Plans meeting the definition of Plan. In addition, This Plan will not pay more than it would have paid had it been the Primary Plan.

## Effect on the Benefits of This Plan

A. When This Plan is secondary, it may reduce its benefits so that the total benefits paid or provided by all Plans are not more than the total Allowable Expenses. In determining the amount to be paid for any claim, the Secondary Plan will calculate the benefits it would have paid in the absence of other health care coverage and apply that calculated amount to any Allowable Expense under its Plan that is unpaid by the Primary Plan. The Secondary Plan may then reduce its payment by the amount so that, when combined with the amount paid by the Primary Plan, the total benefits paid or provided by all Plans for the claim do not exceed the total Allowable Expense for that claim. In addition, the Secondary Plan shall credit to its plan deductible any amounts it would have credited to its deductible in the absence of other health care coverage.

B. If a Covered Person is enrolled in two or more Closed Panel Plans and if, for any reason, including the provision of service by a non-panel provider, benefits are not payable by one Closed Panel Plan, COB shall not apply between that Plan and other Closed Panel Plans.

C. This Coverage Plan reduces its benefits as described below for Covered Persons who are eligible for Medicare when Medicare would be the Primary Coverage Plan.

Medicare benefits are determined as if the full amount that would have been payable under Medicare was actually paid under Medicare, even if:

- The person is entitled but not enrolled in Medicare. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

- The person is enrolled in a *Medicare Advantage* (Medicare Part C) plan and receives non-covered services because the person did not follow all rules of that plan. Medicare benefits are determined as if the services were covered under Medicare Parts A and B.

- The person receives services from a provider who has elected to opt-out of Medicare. Medicare benefits are determined as if the services were covered under Medicare Parts A and B and the provider had agreed to limit charges to the amount of charges allowed under Medicare rules.

- The services are provided in any facility that is not eligible for Medicare reimbursements, including a Veterans Administration facility, facility of the Uniformed Services, or other facility of the federal government. Medicare benefits are determined as if the services were provided by a facility that is eligible for reimbursement under Medicare.

- The person is enrolled under a plan with a *Medicare Medical Savings Account*. Medicare benefits are determined as if the person were covered under Medicare Parts A and B.

**Important:** If you are eligible for Medicare on a primary basis (Medicare pays before Benefits under this Coverage Plan), you should enroll for and maintain coverage under both Medicare Part A and Part B. If you don't enroll and maintain that coverage, and if we are secondary to Medicare, we will pay Benefits under this Coverage Plan as if you were covered under both Medicare Part A and Part B. As a result, your out-of-pocket costs will be higher.

If you have not enrolled in Medicare, Benefits will be determined as if you timely enrolled in Medicare and obtained services from a Medicare participating provider if either of the following applies:

- You are eligible for, but not enrolled in, Medicare and this Coverage Plan is secondary to Medicare.

- You have enrolled in Medicare but choose to obtain services from a doctor that opts-out of the Medicare program.

When calculating this Coverage Plan's Benefits in these situations for administrative convenience, we may, in our sole discretion, treat the provider's billed charges, rather than the Medicare approved amount or Medicare limiting charge, as the Allowable Expense for both this Coverage Plan and Medicare.

## Right to Receive and Release Needed Information

Certain facts about health care coverage and services are needed to apply these COB rules and to determine benefits payable under This Plan and other Plans. We may get the facts we need from, or give them to, other organizations or persons for the purpose of applying these rules and determining benefits payable under This Plan and other Plans covering the person claiming benefits.

We need not tell, or get the consent of, any person to do this. Each person claiming benefits under This Plan must give us any facts we need to apply those rules and determine benefits payable. If you do not provide us the information we need to apply these rules and determine the Benefits payable, your claim for Benefits will be denied.

## Payments Made

A payment made under another Plan may include an amount that should have been paid under This Plan. If it does, we may pay that amount to the organization that made the payment. That amount will then be treated as though it were a benefit paid under This Plan. We will not have to pay that amount again. The term "payment made" includes providing benefits in the form of services, in which case "payment made" means reasonable cash value of the benefits provided in the form of services.

## Right of Recovery

If the amount of the payments we made is more than we should have paid under this COB provision, we may recover the excess from one or more of the persons we have paid or for whom we have paid; or any other person or organization that may be responsible for the benefits or services provided for you. The "amount of the payments made" includes the reasonable cash value of any benefits provided in the form of services.

## When Medicare is Secondary

If you have other health insurance which is determined to be primary to Medicare, then Benefits payable under This Plan will be based on Medicare's reduced benefits. In no event will the combined benefits paid under these coverages exceed the total Medicare Eligible Expense for the service or item.

# Section 8: General Legal Provisions

## Your Relationship with Us

In order to make choices about your health care coverage and treatment, we believe that it is important for you to understand how we interact with your Enrolling Group's Benefit plan and how it may affect you. We help finance or administer the Enrolling Group's Benefit plan in which you are enrolled. We do not provide medical services or make treatment decisions. This means:

- We communicate to you decisions about whether the Enrolling Group's Benefit plan will cover or pay for the health care that you may receive. The plan pays for Covered Health Services, which are more fully described in this *Certificate*.

- The plan may not pay for all treatments you or your Physician may believe are necessary. If the plan does not pay, you will be responsible for the cost.

We may use individually identifiable information about you to identify for you (and you alone) procedures, products or services that you may find valuable. We will use individually identifiable information about you as permitted or required by law, including in our operations and in our research. We will use de-identified data for commercial purposes including research.

Please refer to our *Notice of Privacy Practices* for details.

## Our Relationship with Providers and Enrolling Groups

The relationships between us and Network providers and Enrolling Groups are solely contractual relationships between independent contractors. Network providers and Enrolling Groups are not our agents or employees. Neither we nor any of our employees are agents or employees of Network providers or the Enrolling Groups.

We do not provide health care services or supplies, nor do we practice medicine. Instead, we arrange for health care providers to participate in a Network and we pay Benefits. Network providers are independent practitioners who run their own offices and facilities. Our credentialing process confirms public information about the providers' licenses and other credentials, but does not assure the quality of the services provided. They are not our employees nor do we have any other relationship with Network providers such as principal-agent or joint venture. We are not liable for any act or omission of any provider.

We are not considered to be an employer for any purpose with respect to the administration or provision of benefits under the Enrolling Group's Benefit plan. We are not responsible for fulfilling any duties or obligations of an employer with respect to the Enrolling Group's Benefit plan.

The Enrolling Group is solely responsible for all of the following:

- Enrollment and classification changes (including classification changes resulting in your enrollment or the termination of your coverage).

- The timely payment of the Policy Charge to us.

- Notifying you of the termination of the Policy.

When the Enrolling Group purchases the Policy to provide coverage under a benefit plan governed by the *Employee Retirement Income Security Act* ("ERISA"), 29 U.S.C. §1001 et seq., we are not the plan administrator or named fiduciary of the benefit plan, as those terms are used in ERISA. If you have questions about your welfare benefit plan, you should contact the Enrolling Group. If you have any questions about this statement or about your rights under ERISA, contact the nearest area office of the *Employee Benefits Security Administration, U. S. Department of Labor.*

COC.ACA15.CER.I.11.ILLG Rev. 1          73

## Your Relationship with Providers and Enrolling Groups

The relationship between you and any provider is that of provider and patient.

- You are responsible for choosing your own provider.
- You are responsible for paying, directly to your provider, any amount identified as a member responsibility, including Copayments, Coinsurance, any deductible and any amount that exceeds Eligible Expenses.
- You are responsible for paying, directly to your provider, the cost of any non-Covered Health Service.
- You must decide if any provider treating you is right for you. This includes Network providers you choose and providers to whom you have been referred.
- You must decide with your provider what care you should receive.
- Your provider is solely responsible for the quality of the services provided to you.

The relationship between you and the Enrolling Group is that of employer and employee, Dependent or other classification as defined in the Policy.

## Notice

When we provide written notice regarding administration of the Policy to an authorized representative of the Enrolling Group, that notice is deemed notice to all affected Subscribers and their Enrolled Dependents. The Enrolling Group is responsible for giving notice to you.

## Statements by Enrolling Group or Subscriber

All statements made by the Enrolling Group or by a Subscriber shall, in the absence of fraud, be deemed representations and not warranties. Except for fraudulent statements, we will not use any statement made by the Enrolling Group to void the Policy after it has been in force for a period of two years.

## Incentives to Providers

We pay Network providers through various types of contractual arrangements, some of which may include financial incentives to promote the delivery of health care in a cost efficient and effective manner. These financial incentives are not intended to affect your access to health care.

Examples of financial incentives for Network providers are:

- Bonuses for performance based on factors that may include quality, member satisfaction and/or cost-effectiveness.
- Capitation - a group of Network providers receives a monthly payment from us for each Covered Person who selects a Network provider within the group to perform or coordinate certain health services. The Network providers receive this monthly payment regardless of whether the cost of providing or arranging to provide the Covered Person's health care is less than or more than the payment.

We use various payment methods to pay specific Network providers. From time to time, the payment method may change. If you have questions about whether your Network provider's contract with us includes any financial incentives, we encourage you to discuss those questions with your provider. You may also contact us at the telephone number on your ID card. We can advise whether your Network provider is paid by any financial incentive, including those listed above; however, the specific terms of the contract, including rates of payment, are confidential and cannot be disclosed.

## Rebates and Other Payments

We may receive rebates for certain drugs that are administered to you in your home or in a Physician's office, or at a Hospital or Alternate Facility. This includes rebates for those drugs that are administered to you before you meet any applicable deductible. We do not pass these rebates on to you, nor are they applied to any deductible or taken into account in determining your Copayments or Coinsurance.

## Administrative Services

We may arrange for various persons or entities to provide administrative services in regard to the Policy, such as claims processing. The identity of the service providers and the nature of the services they provide may be changed from time to time. We are not required to give you prior notice of any such change, nor are we required to obtain your approval. You must cooperate with those persons or entities in the performance of their responsibilities.

## Amendments to the Policy

To the extent permitted by law, we may change, interpret, modify, withdraw or add Benefits or terminate the Policy without your approval.

Any provision of the Policy which, on its effective date, is in conflict with the requirements of state or federal statutes or regulations (of the jurisdiction in which the Policy is delivered) is hereby amended to conform to the minimum requirements of such statutes and regulations.

No other change may be made to the Policy unless it is made by an Amendment or Rider which has been signed by one of our officers. All of the following conditions apply:

- Amendments to the Policy are effective 31 days after we send written notice to the Enrolling Group.
- Riders are effective on the date we specify.
- No agent has the authority to change the Policy or to waive any of its provisions.
- No one has authority to make any oral changes or amendments to the Policy.

## Information and Records

We may use your individually identifiable health information to administer the Policy and pay claims, to identify procedures, products, or services that you may find valuable, and as otherwise permitted or required by law. We may request additional information from you to decide your claim for Benefits. We will keep this information confidential. We may also use your de-identified data for commercial purposes, including research, as permitted by law. More detail about how we may use or disclose your information is found in our *Notice of Privacy Practices*.

By accepting Benefits under the Policy, you authorize and direct any person or institution that has provided services to you to furnish us with all information or copies of records relating to the services provided to you. We have the right to request this information at any reasonable time. This applies to all Covered Persons, including Enrolled Dependents whether or not they have signed the Subscriber's enrollment form. We agree that such information and records will be considered confidential.

We have the right to release any and all records concerning health care services which are necessary to implement and administer the terms of the Policy, for appropriate medical review or quality assessment, or as we are required to do by law or regulation. During and after the term of the Policy, we and our related entities may use and transfer the information gathered under the Policy in a de-identified format for commercial purposes, including research and analytic purposes. Please refer to our Notice of Privacy Practices.

For complete listings of your medical records or billing statements we recommend that you contact your health care provider. Providers may charge you reasonable fees to cover their costs for providing records or completing requested forms.

If you request medical forms or records from us, we also may charge you reasonable fees to cover costs for completing the forms or providing the records.

In some cases, as permitted by law, we will designate other persons or entities to request records or information from or related to you, and to release those records as necessary. Our designees have the same rights to this information as we have.

## Examination of Covered Persons

In the event of a question or dispute regarding your right to Benefits, we may require that a Network Physician of our choice examine you at our expense.

## Workers' Compensation not Affected

Benefits provided under the Policy do not substitute for and do not affect any requirements for coverage by workers' compensation insurance.

## Medicare Eligibility

Benefits under the Policy are not intended to supplement any coverage provided by Medicare. Nevertheless, in some circumstances Covered Persons who are eligible for or enrolled in Medicare may also be enrolled under the Policy.

If you are eligible for or enrolled in Medicare, please read the following information carefully.

If you are eligible for Medicare on a primary basis (Medicare pays before Benefits under the Policy), you should enroll in and maintain coverage under both Medicare Part A and Part B. If you don't enroll and maintain that coverage, and if we are the secondary payer as described in *Section 7: Coordination of Benefits*, we will pay Benefits under the Policy as if you were covered under both Medicare Part A and Part B. As a result, you will be responsible for the costs that Medicare would have paid and you will incur a larger out-of-pocket cost.

If you are enrolled in a *Medicare Advantage* (Medicare Part C) plan on a primary basis (Medicare pays before Benefits under the Policy), you should follow all rules of that plan that require you to seek services from that plan's participating providers. When we are the secondary payer, we will pay any Benefits available to you under the Policy as if you had followed all rules of the *Medicare Advantage* plan. You will be responsible for any additional costs or reduced Benefits that result from your failure to follow these rules, and you will incur a larger out-of-pocket cost.

## Subrogation and Reimbursement

We have a right to subrogation and reimbursement, as defined below.

### Right to Subrogation

We are assigned to the right to recover from the negligent third party, or his or her insurer, to the extent of the Benefits we paid for that Sickness or Injury.

You are required to furnish any information or assistance, or provide any documents that we may reasonably require in order to obtain our rights under this provision. This provision applies whether or not the third party admits liability.

**Right of Reimbursement**

If a Covered Person incurs expenses for Sickness or Injury that occurred due to the negligence of a third party:

- We have the right to first reimbursement for all Benefits we paid from any and all damages collected from the negligent third party for those same expenses whether by action at law, settlement, or compromise by the Covered Person, Covered Person's parents, if the Covered Person is a minor, or Covered Person's legal representative, is or was able to obtain for the same expenses we have paid as a result of that Sickness or Injury.

- We have the right to reimbursement for all Benefits we paid from any and all damages collected from the negligent third party for those same expenses whether by action at law, settlement, or compromise, by the Covered Person, Covered Person's parents, if the Covered Person is a minor, or Covered Person's legal representative as a result of that Sickness or Injury; and

You are required to furnish any information or assistance, or provide any documents that we may reasonably require in order to obtain our rights under this provision. This provision applies whether or not the third party admits liability.

## Refund of Overpayments

If we pay Benefits for expenses incurred on account of a Covered Person, that Covered Person, or any other person or organization that was paid, must make a refund to us if any of the following apply:

- All or some of the expenses were not paid by the Covered Person or did not legally have to be paid by the Covered Person.

- All or some of the payment we made exceeded the Benefits under the Policy.

- All or some of the payment was made in error.

The refund equals the amount we paid in excess of the amount we should have paid under the Policy. If the refund is due from another person or organization, the Covered Person agrees to help us get the refund when requested.

If the Covered Person, or any other person or organization that was paid, does not promptly refund the full amount, we may reduce the amount of any future Benefits for the Covered Person that are payable under the Policy. The reductions will equal the amount of the required refund. We may have other rights in addition to the right to reduce future benefits.

## Limitation of Action

We strongly recommend attempting to resolve any disputes that may arise by first completing the complaint procedure as outlined in *Section 6: Questions, Complaints and Appeals* before entering into any legal proceeding or action. If you want to bring a legal action against us you must do so within three years of the date we notified you of our final decision on your appeal or you lose any rights to bring such an action against us.

## Entire Policy

The Policy issued to the Enrolling Group, including this *Certificate*, the *Schedule of Benefits*, the Enrolling Group's application and any Riders and/or Amendments, constitutes the entire Policy.

# Section 9: Defined Terms

**Alternate Facility** - a health care facility that is not a Hospital and that provides one or more of the following services on an outpatient basis, as permitted by law:

- Surgical services.
- Emergency Health Services.
- Rehabilitative, laboratory, diagnostic or therapeutic services.

An Alternate Facility may also provide Mental Health Services or Substance Use Disorder Services on an outpatient or inpatient basis.

**Amendment** - any attached written description of additional or alternative provisions to the Policy. Amendments are effective only when signed by us. Amendments are subject to all conditions, limitations and exclusions of the Policy, except for those that are specifically amended.

**Annual Deductible** - for Benefit plans that have an Annual Deductible, this is the amount of Eligible Expenses you must pay for Covered Health Services per year before we will begin paying for Benefits. The amount that is applied to the Annual Deductible is calculated on the basis of Eligible Expenses. The Annual Deductible does not include any amount that exceeds Eligible Expenses. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan is subject to payment of an Annual Deductible and for details about how the Annual Deductible applies.

**Assisted Reproductive Technology (ART)** - treatments and/or procedures in which the human oocytes and/or sperm are retrieved and the human oocytes and/or embryos are manipulated in the laboratory. ART shall include prescription drug therapy used during the cycle where an oocyte retrieval is performed.

**Autism Spectrum Disorder** - a condition marked by enduring problems communicating and interacting with others, along with restricted and repetitive behavior, interests or activities.

**Benefits** - your right to payment for Covered Health Services that are available under the Policy. Your right to Benefits is subject to the terms, conditions, limitations and exclusions of the Policy, including this *Certificate*, the *Schedule of Benefits* and any attached Riders and/or Amendments.

**Civil Union -** a legal relationship between two persons, either the same or opposite sex, established pursuant to the Illinois Religious Freedom Protection and Civil Union act.

**Coinsurance** - the charge, stated as a percentage of Eligible Expenses, that you are required to pay for certain Covered Health Services.

**Congenital Anomaly** - a physical developmental defect that is present at the time of birth, and that is identified within the first twelve months of birth.

**Copayment** - the charge, stated as a set dollar amount, that you are required to pay for certain Covered Health Services.

Please note that for Covered Health Services, you are responsible for paying the lesser of the following:

- The applicable Copayment.
- The Eligible Expense.

**Cosmetic Procedures** - procedures or services that change or improve appearance without significantly improving physiological function.

**Covered Health Service(s)** - those health services, including services, supplies, or Pharmaceutical Products, which are all of the following:

- Medically Necessary.

- Described as a Covered Health Service in this *Certificate* under *Section 1: Covered Health Services* and in the *Schedule of Benefits*.

- Not otherwise excluded in this *Certificate* under *Section 2: Exclusions and Limitations*.

**Covered Person** - either the Subscriber or an Enrolled Dependent, but this term applies only while the person is enrolled under the Policy. References to "you" and "your" throughout this *Certificate* are references to a Covered Person.

**Custodial Care** - services that are any of the following:

- Non-health-related services, such as assistance in activities of daily living (examples include feeding, dressing, bathing, transferring and ambulating).

- Health-related services that are provided for the primary purpose of meeting the personal needs of the patient or maintaining a level of function (even if the specific services are considered to be skilled services), as opposed to improving that function to an extent that might allow for a more independent existence.

- Services that do not require continued administration by trained medical personnel in order to be delivered safely and effectively.

**Dependent** - the Subscriber's legal spouse or a child of the Subscriber or the Subscriber's spouse. All references to the spouse of a Subscriber shall include a Domestic Partner, except for the purpose of coordinating Benefits with Medicare. The term child includes any of the following:

- A natural child.

- A stepchild.

- A legally adopted child or a child not residing with the insured (foster child). A child in the custody of the insured pursuant to an interim court order of adoption is considered an adopted child.

- A child placed for adoption.

- A child for whom legal guardianship has been awarded to the Subscriber or the Subscriber's spouse.

To be eligible for coverage under the Policy, a Dependent must reside within the United States.

The definition of Dependent is subject to the following conditions and limitations:

- A Dependent includes any child listed above under 26 years of age.

- Any unmarried dependent child under 30 if the Dependent:

  - Is an Illinois resident,

  - Served as active or reserve member of any *U.S. Armed Forces*, and

  - Received release or discharge other than dishonorable discharge.

  To be eligible for this, the Dependent must submit to us a form approved by the *Illinois Department of Veterans' Affairs* stating the date on which the dependent was released from service.

- A Dependent includes an unmarried dependent child age 26 or older who is or becomes disabled and dependent upon the Subscriber.

The Subscriber must reimburse us for any Benefits that we pay for a child at a time when the child did not satisfy these conditions.

A Dependent also includes a child for whom health care coverage is required through a *Qualified Medical Child Support Order* or other court or administrative order. The Enrolling Group is responsible for determining if an order meets the criteria of a *Qualified Medical Child Support Order.*

A Dependent does not include anyone who is also enrolled as a Subscriber. No one can be a Dependent of more than one Subscriber.

**Designated Facility** - a facility that has entered into an agreement with us, or with an organization contracting on our behalf, to render Covered Health Services for the treatment of specified diseases or conditions. A Designated Facility may or may not be located within your geographic area. The fact that a Hospital is a Network Hospital does not mean that it is a Designated Facility.

**Designated Network Benefits** - for Benefit plans that have a Designated Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by a Physician or other provider that we have identified as Designated Network providers. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan offers Designated Network Benefits and for details about how Designated Network Benefits apply.

**Designated Physician** - a Physician that we've identified through our designation programs as a Designated provider. A Designated Physician may or may not be located within your geographic area. The fact that a Physician is a Network Physician does not mean that he or she is a Designated Physician.

**Domestic Partner** - a person of the opposite or same sex with whom the Subscriber has established a Domestic Partnership.

**Domestic Partnership** - a relationship between a Subscriber and one other person of the opposite or same sex. All of the following requirements apply to both persons:

- They must not be related by blood or a degree of closeness that would prohibit marriage or Civil Union in the law of the state in which they reside.

- They must not be currently married to, in a Civil Union with, or a Domestic Partner of, another person under either statutory or common law.

- They must share the same permanent residence and the common necessities of life.

- They must be at least 18 years of age.

- They must be mentally competent to consent to contract.

- They must be financially interdependent.

**Durable Medical Equipment** - medical equipment that is all of the following:

- Can withstand repeated use.

- Is not disposable.

- Is used to serve a medical purpose with respect to treatment of a Sickness, Injury or their symptoms.

- Is generally not useful to a person in the absence of a Sickness, Injury or their symptoms.

- Is appropriate for use, and is primarily used, within the home.

- Is not implantable within the body.

**Eligible Expenses** - for Covered Health Services, incurred while the Policy is in effect, Eligible Expenses are as stated below and as detailed in the *Schedule of Benefits.*

Eligible Expenses are determined solely in accordance with our reimbursement policy guidelines. We develop our reimbursement policy guidelines, following evaluation and validation of all provider billings in accordance with one or more of the following methodologies:

- As indicated in the most recent edition of the *Current Procedural Terminology (CPT)*, a publication of the *American Medical Association*, and/or the *Centers for Medicare and Medicaid Services (CMS)*.

- As reported by generally recognized professionals or publications.

- As used for Medicare.

- As determined by medical staff and outside medical consultants pursuant to other appropriate source or determination that we accept.

**Eligible Person** - an employee of the Enrolling Group or other person whose connection with the Enrolling Group meets the eligibility requirements specified in both the application and the Policy. An Eligible Person must reside within the United States.

**Emergency** - a serious medical condition or symptom resulting from Injury, Sickness or Mental Illness which manifests itself by acute symptoms of such severity that a prudent layperson, who holds an average knowledge of health and medicine, could reasonably expect the absence of immediate medical care would result in:

- Placing the health of the individual (or with respect to a pregnant woman, the health of the woman or her unborn child) in serious jeopardy;

- serious impairment to bodily functions; or

- serious dysfunction of any bodily organ or part.

**Emergency Health Services** - health care services and supplies necessary for the treatment of an Emergency.

**Enrolled Dependent** - a Dependent who is properly enrolled under the Policy.

**Enrolling Group** - the employer, or other defined or otherwise legally established group, to whom the Policy is issued.

**Experimental or Investigational Service(s)** - medical, surgical, diagnostic, psychiatric, mental health, substance-related and addictive disorders or other health care services, technologies, supplies, treatments, procedures, drug therapies, medications or devices that, at the time we make a determination regarding coverage in a particular case, are determined to be any of the following:

- Not approved by the *U.S. Food and Drug Administration (FDA)* to be lawfully marketed for the proposed use and not identified in the *American Hospital Formulary Service* or the *United States Pharmacopoeia Dispensing Information* as appropriate for the proposed use.

- Where a drug prescribed for the treatment of a type of cancer has not been approved by the *FDA* for this particular purpose, the Plan will include coverage of such drug, provided:

  - The drug was approved by the *FDA* for the treatment of some kind of cancer; and

  - The drug has been recognized for the treatment of the specific type of cancer for which it was prescribed in any one of the following established reference compendia:

    - The *American Hospital Formulary Service Drug Information*.

    - The *National Comprehensive Cancer Network's Drugs & Biologics Compendium*.

    - The *Thomson Micromedex's Drug Dex*.

- ◆ The *Elsevier Gold Standard's Clinical Pharmacology.*

- ◆ Other authoritative compendia as identified from time to time by the *Federal Secretary of Health and Human Services.*

- Subject to review and approval by any institutional review board for the proposed use. (Devices which are *FDA* approved under the *Humanitarian Use Device* exemption are not considered to be Experimental or Investigational.)

- The subject of an ongoing clinical trial that meets the definition of a Phase I, II or III clinical trial set forth in the *FDA* regulations, regardless of whether the trial is actually subject to *FDA* oversight.

Exceptions:

- Clinical trials for which Benefits are available as described under *Clinical Trials* in *Section 1: Covered Health Services.*

- If you are not a participant in a qualifying clinical trial, as described under *Clinical Trials* in *Section 1: Covered Health Services,* and have a Sickness or condition that is likely to cause death within one year of the request for treatment we may consider an otherwise Experimental or Investigational Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, we must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an effective treatment for that Sickness or condition.

**Genetic Testing** - examination of blood or other tissue for chromosomal and DNA abnormalities and alterations, or other expressions of gene abnormalities that may indicate an increased risk for developing a specific disease or disorder.

**Home Health Agency** - a program or organization authorized by law to provide health care services in the home.

**Hospital** - an institution that is operated as required by law and that meets both of the following:

- It is primarily engaged in providing health services, on an inpatient basis, for the acute care and treatment of injured or sick individuals. Care is provided through medical, diagnostic and surgical facilities, by or under the supervision of a staff of Physicians.

- It has 24-hour nursing services.

A Hospital is not primarily a place for rest, Custodial Care or care of the aged and is not a nursing home, convalescent home or similar institution.

**Infertility** - the inability to conceive after one year of unprotected sexual intercourse or the inability to sustain a successful pregnancy. For purposes of this Benefit, a woman shall be considered infertile without having to engage in one year of unprotected sexual intercourse if a Physician determines that a medical condition exists that renders conception impossible through unprotected sexual intercourse, including but not limited to congenital absence of the uterus or ovaries, absence of the uterus or ovaries due to surgical removal due to a medical condition, or involuntary sterilization due to chemotherapy or radiation treatments, or efforts to conceive as a result of one year of medically based and supervised methods of conception, including artificial insemination, have failed and are not likely to lead to a successful pregnancy.

**Initial Enrollment Period** - the initial period of time during which Eligible Persons may enroll themselves and their Dependents under the Policy.

**Injury** - bodily damage other than Sickness, including all related conditions and recurrent symptoms.

**Inpatient Rehabilitation Facility** - a long term acute rehabilitation center, a Hospital (or a special unit of a Hospital designated as an Inpatient Rehabilitation Facility) that provides rehabilitation health services

(including physical therapy, occupational therapy and/or speech therapy) on an inpatient basis, as authorized by law.

**Inpatient Stay** - an uninterrupted confinement that follows formal admission to a Hospital, Skilled Nursing Facility or Inpatient Rehabilitation Facility.

**Intensive Outpatient Treatment** - a structured outpatient mental health or substance related and addictive disorders treatment program that may be free-standing or Hospital-based and provides services for at least three hours per day, two or more days per week.

**Intermittent Care** - skilled nursing care that is provided or needed either:

- Fewer than seven days each week.

- Fewer than eight hours each day for periods of 21 days or less.

Exceptions may be made in exceptional circumstances when the need for additional care is finite and predictable.

**Manipulative Treatment** - the therapeutic application of chiropractic and/or osteopathic manipulative treatment with or without ancillary physiologic treatment and/or rehabilitative methods rendered to restore/improve motion, reduce pain and improve function in the management of an identifiable neuromusculoskeletal condition.

**Medically Necessary** - health care services provided for the purpose of preventing, evaluating, diagnosing or treating a Sickness, Injury, Mental Illness, substance related and addictive disorders, condition, disease or its symptoms, that are all of the following as by our designee.

- In accordance with *Generally Accepted Standards of Medical Practice*.

- Clinically appropriate, in terms of type, frequency, extent, site and duration, and considered effective for your Sickness, Injury, Mental Illness, substance related and addictive disorders, disease or its symptoms.

- Not mainly for your convenience or that of your doctor or other health care provider.

- Not more costly than an alternative drug, service(s) or supply that is at least as likely to produce equivalent therapeutic or diagnostic results as to the diagnosis or treatment of your Sickness, Injury, disease or symptoms.

*Generally Accepted Standards of Medical Practice* are standards that are based on credible scientific evidence published in peer-reviewed medical literature generally recognized by the relevant medical community, relying primarily on controlled clinical trials, or, if not available, observational studies from more than one institution that suggest a causal relationship between the service or treatment and health outcomes.

If no credible scientific evidence is available, then standards that are based on Physician specialty society recommendations or professional standards of care may be considered. We reserve the right to consult expert opinion in determining whether health care services are Medically Necessary. The decision to apply Physician specialty society recommendations, the choice of expert and the determination of when to use any such expert opinion.

We develop and maintain clinical policies that describe the *Generally Accepted Standards of Medical Practice* scientific evidence, prevailing medical standards and clinical guidelines supporting our determinations regarding specific services. These clinical policies (as developed by us and revised from time to time), are available to Covered Persons on www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card, and to Physicians and other health care professionals on UnitedHealthcareOnline.

**Medicare** - Parts A, B, C and D of the insurance program established by Title XVIII, *United States Social Security Act,* as amended by 42 U.S.C. Sections 1394, et seq. and as later amended.

**Mental Health Services** - Covered Health Services for the diagnosis and treatment of Mental Illnesses. The fact that a condition is listed in the current *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment for the condition is a Covered Health Service.

**Mental Health/Substance Use Disorder Designee** - the organization or individual, designated by us, that provides or arranges Mental Health Services and Substance Use Disorder Services for which Benefits are available under the Policy.

**Mental Illness** - those mental health or psychiatric diagnostic categories that are listed in the current *Diagnostic and Statistical Manual of the American Psychiatric Association,* unless those services are specifically excluded under the Policy.

**Network** - when used to describe a provider of health care services, this means a provider that has a participation agreement in effect (either directly or indirectly) with us or with our affiliate to participate in our Network; however, this does not include those providers who have agreed to discount their charges for Covered Health Services. Our affiliates are those entities affiliated with us through common ownership or control with us or with our ultimate corporate parent, including direct and indirect subsidiaries.

A provider may enter into an agreement to provide only certain Covered Health Services, but not all Covered Health Services, or to be a Network provider for only some of our products. In this case, the provider will be a Network provider for the Covered Health Services and products included in the participation agreement, and a non-Network provider for other Covered Health Services and products. The participation status of providers will change from time to time.

**Network Benefits** - for Benefit plans that have a Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by Network providers. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan offers Network Benefits and for details about how Network Benefits apply.

**Non-Network Benefits** - for Benefit plans that have a Non-Network Benefit level, this is the description of how Benefits are paid for Covered Health Services provided by non-Network providers. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan offers Non-Network Benefits and for details about how Non-Network Benefits apply.

**Open Enrollment Period** - a period of time that follows the Initial Enrollment Period during which Eligible Persons may enroll themselves and Dependents under the Policy. The Enrolling Group determines the period of time that is the Open Enrollment Period.

**Out-of-Pocket Maximum** - for Benefit plans that have an Out-of-Pocket Maximum, this is the maximum amount you pay every year. Refer to the *Schedule of Benefits* to determine whether or not your Benefit plan is subject to an Out-of-Pocket Maximum and for details about how the Out-of-Pocket Maximum applies.

**Partial Hospitalization/Day Treatment** - a structured ambulatory program that may be a free-standing or Hospital-based program and that provides services for at least 20 hours per week.

**Pharmaceutical Product(s)** - *U.S. Food and Drug Administration (FDA)*-approved prescription pharmaceutical products administered in connection with a Covered Health Service by a Physician or other health care provider within the scope of the provider's license, and not otherwise excluded under the Policy.

**Pharmaceutical Product List** - a list that categorizes into tiers medications, products or devices that have been approved by the *U.S. Food and Drug Administration (FDA)*. This list is subject to our periodic review and modification (generally quarterly, but no more than six times per calendar year). You may determine to which tier a particular Pharmaceutical Product has been assigned through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Pharmaceutical Product List Management Committee** - the committee that we designate for, among other responsibilities, classifying Pharmaceutical Products into specific tiers.

**Physician** - any *Doctor of Medicine* or *Doctor of Osteopathy* who is properly licensed and qualified by law.

Please Note: Any podiatrist, dentist, psychologist, chiropractor, optometrist, or other provider who acts within the scope of his or her license will be considered on the same basis as a Physician. The fact that we describe a provider as a Physician does not mean that Benefits for services from that provider are available to you under the Policy.

**Policy** - the entire agreement issued to the Enrolling Group that includes all of the following:

- The *Group Policy*.
- This *Certificate*.
- The *Schedule of Benefits*.
- The Enrolling Group's application.
- Riders.
- Amendments.

These documents make up the entire agreement that is issued to the Enrolling Group.

**Policy Charge** - the sum of the Premiums for all Subscribers and Enrolled Dependents enrolled under the Policy.

**Pregnancy** - includes all of the following:

- Prenatal care.
- Postnatal care.
- Childbirth.
- Any complications associated with Pregnancy.

**Premium** - the periodic fee required for each Subscriber and each Enrolled Dependent, in accordance with the terms of the Policy.

**Primary Physician** - a Physician who has a majority of his or her practice in general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Private Duty Nursing** - nursing care that is provided to a patient on a one-to-one basis by licensed nurses in an inpatient or home setting when any of the following are true:

- No skilled services are identified.
- Skilled nursing resources are available in the facility.
- The skilled care can be provided by a Home Health Agency on a per visit basis for a specific purpose.
- The service is provided to a Covered Person by an independent nurse who is hired directly by the Covered Person or his/her family. This includes nursing services provided on an inpatient or home-care basis, whether the service is skilled or non-skilled independent nursing.

**Residential Treatment Facility** - a facility which provides a program of effective Mental Health Services or Substance Use Disorder Services treatment and which meets all of the following requirements:

- It is established and operated in accordance with applicable state law for residential treatment programs.

- It provides a program of treatment under the active participation and direction of a Physician and approved by the Mental Health/Substance Use Disorder Designee.

- It has or maintains a written, specific and detailed treatment program requiring full-time residence and full-time participation by the patient.

- It provides at least the following basic services in a 24-hour per day, structured milieu:

    - Room and board.
    - Evaluation and diagnosis.
    - Counseling.
    - Referral and orientation to specialized community resources.

A Residential Treatment Facility that qualifies as a Hospital is considered a Hospital.

**Rider** - any attached written description of additional Covered Health Services not described in this *Certificate.* Covered Health Services provided by a Rider may be subject to payment of additional Premiums. (Note that Benefits for Outpatient Prescription Drugs, while presented in Rider format, are not subject to payment of additional Premiums and are included in the overall Premium for Benefits under the Policy. Riders are effective only when signed by us and are subject to all conditions, limitations and exclusions of the Policy except for those that are specifically amended in the Rider.

**Semi-private Room** - a room with two or more beds. When an Inpatient Stay in a Semi-private Room is a Covered Health Service, the difference in cost between a Semi-private Room and a private room is a Benefit only when a private room is necessary in terms of generally accepted medical practice, or when a Semi-private Room is not available.

**Sickness** - physical illness, disease or Pregnancy. The term Sickness as used in this *Certificate* includes Mental Illness or substance-related and addictive disorders, regardless of the cause or origin of the Mental Illness or substance-related and addictive disorder.

**Skilled Nursing Facility** - a Hospital or nursing facility that is licensed and operated as required by law.

**Specialist Physician** - a Physician who has a majority of his or her practice in areas other than general pediatrics, internal medicine, obstetrics/gynecology, family practice or general medicine.

**Subscriber** - an Eligible Person who is properly enrolled under the Policy. The Subscriber is the person (who is not a Dependent) on whose behalf the Policy is issued to the Enrolling Group.

**Substance Use Disorder Services** - Covered Health Services for the diagnosis and treatment of alcoholism and substance related and addictive disorders that are listed in the current *Diagnostic and Statistical Manual of the American Psychiatric Association,* unless those services are specifically excluded. The fact that a disorder is listed in the *Diagnostic and Statistical Manual of the American Psychiatric Association* does not mean that treatment of the disorder is a Covered Health Service.

**Total Disability or Totally Disabled** - a Subscriber's inability to perform all of the substantial and material duties of his or her regular employment or occupation; and a Dependent's inability to perform the normal activities of a person of like age and sex.

**Transitional Care** - Mental Health Services and Substance Use Disorder Services that are provided through transitional living facilities, group homes and supervised apartments that provide 24-hour supervision that are either:

- Sober living arrangements such as drug-free housing or alcohol/drug halfway houses. These are transitional, supervised living arrangements that provide stable and safe housing, an alcohol/drug-

      free environment and support for recovery. A sober living arrangement may be utilized as an adjunct to ambulatory treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

- Supervised living arrangements which are residences such as transitional living facilities, group homes and supervised apartments that provide members with stable and safe housing and the opportunity to learn how to manage their activities of daily living. Supervised living arrangements may be utilized as an adjunct to treatment when treatment doesn't offer the intensity and structure needed to assist the Covered Person with recovery.

**Unproven Service(s)** - services, including medications, that are determined not to be effective for treatment of the medical condition and/or not to have a beneficial effect on health outcomes due to insufficient and inadequate clinical evidence from well-conducted randomized controlled trials or cohort studies in the prevailing published peer-reviewed medical literature.

- Well-conducted randomized controlled trials. (Two or more treatments are compared to each other, and the patient is not allowed to choose which treatment is received.)

- Well-conducted cohort studies from more than one institution. (Patients who receive study treatment are compared to a group of patients who receive standard therapy. The comparison group must be nearly identical to the study treatment group.)

We have a process by which we compile and review clinical evidence with respect to certain health services. From time to time, we issue medical and drug policies that describe the clinical evidence available with respect to specific health care services. These medical and drug policies are subject to change without prior notice. You can view these policies at www.myuhc.com.

Please note:

- If you have a life-threatening Sickness or condition (one that is likely to cause death within one year of the request for treatment) we may consider an otherwise Unproven Service to be a Covered Health Service for that Sickness or condition. Prior to such a consideration, we must first establish that there is sufficient evidence to conclude that, albeit unproven, the service has significant potential as an effective treatment for that Sickness or condition.

- We may consider an otherwise Unproven Service to be a Covered Health Service for a Covered Person with a Sickness or Injury that is not life-threatening. For that to occur, all of the following conditions must be met:

  - If the service is one that requires review by the *U.S. Food and Drug Administration (FDA)*, it must be *FDA*-approved.

  - It must be performed by a Physician and in a facility with demonstrated experience and expertise.

  - The Covered Person must consent to the procedure acknowledging that we do not believe that sufficient clinical evidence has been published in peer-reviewed medical literature to conclude that the service is safe and/or effective.

  - At least two studies from more than one institution must be available in published peer-reviewed medical literature that would allow us to conclude that the service is promising but unproven.

  - The service must be available from a Network Physician and/or a Network facility.

We will determine whether such a service can be deemed a Covered Health Service. Other apparently similar promising but unproven services may not qualify.

**Urgent Care Center** – a facility that provides Covered Health Services that are required to prevent serious deterioration of your health, and that are required as a result of an unforeseen Sickness, Injury, or the onset of acute or severe symptoms.

# Outpatient Prescription Drug

# UnitedHealthcare Insurance Company of Illinois

# Schedule of Benefits

## Benefits for Prescription Drug Products

Benefits are available for Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy and are subject to Copayments and/or Coinsurance or other payments that vary depending on which of the tiers of the Prescription Drug List the Prescription Drug Product is listed.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Service or is prescribed to prevent conception.

## If a Brand-name Drug Becomes Available as a Generic

If a Generic becomes available for a Brand-name Prescription Drug Product, the tier placement of the Brand-name Prescription Drug Product may change, and therefore your Copayment and/or Coinsurance may change. You will pay the Copayment and/or Coinsurance applicable for the tier to which the Prescription Drug Product is assigned.

## Supply Limits

Benefits for Prescription Drug Products are subject to the supply limits that are stated in the "Description and Supply Limits" column of the Benefit Information table. For a single Copayment and/or Coinsurance, you may receive a Prescription Drug Product up to the stated supply limit.

Note: Some products are subject to additional supply limits based on criteria that we have developed, subject to our periodic review and modification. The limit may restrict the amount dispensed per Prescription Order or Refill and/or the amount dispensed per month's supply, or may require that a minimum amount be dispensed.

You may determine whether a Prescription Drug Product has been assigned a supply limit for dispensing through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## Prior Authorization Requirements

Before certain Prescription Drug Products are dispensed to you, either your Physician, your pharmacist or you are required to obtain prior authorization from us or our designee. The reason for obtaining prior authorization from us is to determine whether the Prescription Drug Product, in accordance with our approved guidelines, is each of the following:

- It meets the definition of a Covered Health Service.

- It is not an Experimental or Investigational or Unproven Service.

The notification program targets prescription drugs that are high cost and have evidence of being used for indications that have not been approved by the *U.S. Food and Drug Administration*, or that may otherwise be excluded from coverage based on exclusions listed in the *Certificate of Coverage (Certificate)* or the Rider.

We may also require you to obtain prior authorization from us or our designee so we can determine whether the Prescription Drug Product, in accordance with our approved guidelines, was prescribed by a Specialist Physician.

### Network Pharmacy Prior Authorization

When Prescription Drug Products are dispensed at a Network Pharmacy, the prescribing provider, the pharmacist, or you are responsible for obtaining prior authorization from us.

### Non-Network Pharmacy Prior Authorization

When Prescription Drug Products are dispensed at a non-Network Pharmacy, you or your Physician are responsible for obtaining prior authorization from us as required.

If you do not obtain prior authorization from us before the Prescription Drug Product is dispensed, you may pay more for that Prescription Order or Refill. The Prescription Drug Products requiring prior authorization are subject to our periodic review and modification. You may determine whether a particular Prescription Drug Product requires prior authorization through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

If you do not obtain prior authorization from us before the Prescription Drug Product is dispensed, you can ask us to consider reimbursement after you receive the Prescription Drug Product. You will be required to pay for the Prescription Drug Product at the pharmacy. Our contracted pharmacy reimbursement rates (our Prescription Drug Charge) will not be available to you at a non-Network Pharmacy. You may seek reimbursement from us as described in the *Certificate of Coverage (Certificate)* in *Section 5: How to File a Claim*.

When you submit a claim on this basis, you may pay more because you did not obtain prior authorization from us before the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Charge (for Prescription Drug Products from a Network Pharmacy) or the Predominant Reimbursement Rate (for Prescription Drug Products from a non-Network Pharmacy), less the required Copayment and/or Coinsurance, and any deductible that applies.

Benefits may not be available for the Prescription Drug Product after we review the documentation provided and we determine that the Prescription Drug Product is not a Covered Health Service or it is an Experimental or Investigational or Unproven Service. If you disagree with this determination, you can contact us in writing to formally request an appeal.

For examples of Prescription Drug Products that would require notification, please refer to our website at www.myuhc.com or call *Customer Care* at the telephone number on your ID Card.

We may also require prior authorization for certain programs which may have specific requirements for participation and/or activation of an enhanced level of Benefits associated with such programs. You may access information on available programs and any applicable prior authorization, participation or activation requirements associated with such programs through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## Step Therapy

Certain Prescription Drug Products for which Benefits are described under this Prescription Drug Rider or Pharmaceutical Products for which Benefits are described in your *Certificate* are subject to step therapy requirements. This means that in order to receive Benefits for such Prescription Drug Products and/or Pharmaceutical Products you are required to use a different Prescription Drug Product(s) or Pharmaceutical Product(s) first.

You may determine whether a particular Prescription Drug Product or Pharmaceutical Product is subject to step therapy requirements through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## What You Must Pay

You are responsible for paying the applicable Copayment and/or Coinsurance described in the Benefit Information table. You are not responsible for paying a Copayment and/or Coinsurance for Preventive Care Medications.

The amount you pay for any of the following under this Rider will not be included in calculating any Out-of-Pocket Maximum stated in your *Certificate*:

- The difference between the Predominant Reimbursement Rate and a non-Network Pharmacy's Usual and Customary Charge for a Prescription Drug Product.

- Any non-covered drug product. You are responsible for paying 100% of the cost (the amount the pharmacy charges you) for any non-covered drug product and our contracted rates (our Prescription Drug Charge) will not be available to you.

## Payment Information

| Payment Term And Description | Amounts |
|---|---|
| **Copayment and Coinsurance** | |
| ***Copayment***<br><br>Copayment for a Prescription Drug Product at a Network or non-Network Pharmacy is a specific dollar amount.<br><br>***Coinsurance***<br><br>Coinsurance for a Prescription Drug Product at a Network Pharmacy is a percentage of the Prescription Drug Charge.<br><br>Coinsurance for a Prescription Drug Product at a non-Network Pharmacy is a percentage of the Predominant Reimbursement Rate.<br><br>***Copayment and Coinsurance***<br><br>Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List (PDL) Management Committee has assigned a Prescription Drug Product.<br><br>**Special Programs**: We may have certain programs in which you may receive a reduced or increased Copayment and/or Coinsurance based on your actions such as adherence/compliance to medication or treatment regimens, and/or participation in health management programs. You may access information on these programs through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.<br><br>**Prescription Drug Products Prescribed by a Specialist Physician**: You may receive a reduced or increased Copayment and/or Coinsurance based on whether the Prescription Drug Product was prescribed by a Specialist Physician. You may access information on which Prescription Drug Products are subject to a reduced or increased Copayment and/or Coinsurance through the Internet | For Prescription Drug Products at a retail Network Pharmacy, you are responsible for paying the lower of the following:<br><br>•    The applicable Copayment and/or Coinsurance.<br><br>•    The Network Pharmacy's Usual and Customary Charge for the Prescription Drug Product.<br><br>For Prescription Drug Products from a mail order Network Pharmacy, you are responsible for paying the lower of the following:<br><br>•    The applicable Copayment and/or Coinsurance.<br><br>•    The Prescription Drug Charge for that Prescription Drug Product.<br><br>See the Copayments and/or Coinsurance stated in the Benefit Information table for amounts.<br><br>You are not responsible for paying a Copayment and/or Coinsurance for Preventive Care Medications. |

| Payment Term And Description | Amounts |
|---|---|
| at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.<br><br>**NOTE**: The tier status of a Prescription Drug Product can change periodically, generally quarterly but no more than six times per calendar year, based on the Prescription Drug List (PDL) Management Committee's periodic tiering decisions. When that occurs, you may pay more or less for a Prescription Drug Product, depending on its tier assignment. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card for the most up-to-date tier status. Our Prescription Drug List will not be replaced mid-contract year. | |

## Benefit Information

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| **Specialty Prescription Drug Products** | |
| The following supply limits apply.<br><br>• As written by the provider, up to a consecutive 31-day supply of a Specialty Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>When a Specialty Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed.<br><br>Supply limits apply to Specialty Prescription Drug Products obtained at a Network Pharmacy, a non-Network Pharmacy, a mail order Network Pharmacy or a Designated Pharmacy.<br><br>When a Prescription Drug Product is a covered prescription inhalant medication, Benefits will be provided for early inhalant refills if you have asthma or a life-threatening bronchial ailment if the inhalant has been prescribed by the treating physician and is Medically Necessary. | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List (PDL) Management Committee has assigned the Specialty Prescription Drug Product. All Specialty Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2, Tier-3, or Tier-4. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>***Network Pharmacy***<br><br>For a Tier-1 Specialty Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $15.00 per Prescription Order or Refill.<br><br>For a Tier-2 Specialty Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $45.00 per Prescription Order or Refill.<br><br>For a Tier-3 Specialty Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $85.00 per Prescription Order or Refill.<br><br>For a Tier-4 Specialty Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $200.00 per Prescription Order or Refill.<br><br>For biological oral chemotherapeutic agents on any Tier, 100% of the Prescription Drug Cost.<br><br>***Non-Network Pharmacy***<br><br>For a Tier-1 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $15.00 per Prescription Order or Refill.<br><br>For a Tier-2 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $45.00 per Prescription Order or Refill.<br><br>For a Tier-3 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $85.00 per Prescription Order or Refill.<br><br>For a Tier-4 Specialty Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $200.00 per Prescription Order or Refill.<br><br>For biological oral chemotherapeutic agents on any Tier, 100% of the Prescription Drug Cost. |

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| **Prescription Drugs from a Retail Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 31-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>• A one-cycle supply of a contraceptive. You may obtain up to three cycles at one time if you pay a Copayment and/or Coinsurance for each cycle supplied.<br><br>When a Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed.<br><br>When a Prescription Drug Product is a covered prescription inhalant medication, Benefits will be provided for early inhalant refills if you have asthma or a life-threatening bronchial ailment if the inhalant has been prescribed by the treating physician and is Medically Necessary. | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List (PDL) Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2, Tier-3, or Tier-4. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>For a Tier-1 Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $15.00 per Prescription Order or Refill.<br><br>For a Tier-2 Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $45.00 per Prescription Order or Refill.<br><br>For a Tier-3 Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $85.00 per Prescription Order or Refill.<br><br>For a Tier-4 Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $200.00 per Prescription Order or Refill.<br><br>For biological oral chemotherapeutic agents on any Tier, 100% of the Prescription Drug Cost. |
| **Prescription Drugs from a Retail Non-Network Pharmacy** | |
| The following supply limits apply:<br><br>• As written by the provider, up to a consecutive 31-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits.<br><br>• A one-cycle supply of a contraceptive. You may obtain up to three cycles at one time if you pay a Copayment and/or Coinsurance for each cycle supplied. | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List (PDL) Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2, Tier-3, or Tier-4. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>For a Tier-1 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $15.00 per Prescription Order or Refill.<br><br>For a Tier-2 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $45.00 per Prescription Order or Refill. |

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| When a Prescription Drug Product is packaged or designed to deliver in a manner that provides more than a consecutive 31-day supply, the Copayment and/or Coinsurance that applies will reflect the number of days dispensed.<br><br>When a Prescription Drug Product is a covered prescription inhalant medication, Benefits will be provided for early inhalant refills if you have asthma or a life-threatening bronchial ailment if the inhalant has been prescribed by the treating physician and is Medically Necessary. | For a Tier-3 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $85.00 per Prescription Order or Refill.<br><br>For a Tier-4 Prescription Drug Product: 100% of the Predominant Reimbursement Rate after you pay a Copayment of $200.00 per Prescription Order or Refill.<br><br>For biological oral chemotherapeutic agents on any Tier, 100% of the Prescription Drug Cost. |
| **Prescription Drug Products from a Mail Order Network Pharmacy** | |
| The following supply limits apply:<br><br>- As written by the provider, up to a consecutive 90-day supply of a Prescription Drug Product, unless adjusted based on the drug manufacturer's packaging size, or based on supply limits. These supply limits do not apply to Specialty Prescription Drug Products. Specialty Prescription Drug Products from a mail order Network Pharmacy are subject to the supply limits stated above under the heading *Specialty Prescription Drug Products.*<br><br>To maximize your Benefit, ask your Physician to write your Prescription Order or Refill for a 90-day supply, with refills when appropriate. You will be charged a mail order Copayment and/or Coinsurance for any Prescription Orders or Refills sent to the mail order pharmacy regardless of the number-of-days' supply written on the Prescription Order or Refill. Be sure your Physician writes your Prescription Order or Refill for a 90-day supply, not a 30-day supply with three refills.<br><br>When a Prescription Drug Product is a covered prescription inhalant medication, Benefits will be provided for early inhalant refills if you have asthma | Your Copayment and/or Coinsurance is determined by the tier to which the Prescription Drug List (PDL) Management Committee has assigned the Prescription Drug Product. All Prescription Drug Products on the Prescription Drug List are assigned to Tier-1, Tier-2, Tier-3, or Tier-4. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine tier status.<br><br>For biological oral chemotherapeutic agents on any Tier, 100% of the Prescription Drug Cost.<br><br>For up to a 90-day supply, we pay:<br><br>For a Tier-1 Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $45.00 per Prescription Order or Refill.<br><br>For a Tier-2 Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $135.00 per Prescription Order or Refill.<br><br>For a Tier-3 Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $255.00 per Prescription Order or Refill.<br><br>For a Tier-4 Prescription Drug Product: 100% of the Prescription Drug Charge after you pay a Copayment of $600.00 per Prescription Order or Refill.<br><br>For biological oral chemotherapeutic agents on any Tier, 100% of the Prescription Drug Cost. |

| Description and Supply Limits | Benefit (The Amount We Pay) |
|---|---|
| or a life-threatening bronchial ailment if the inhalant has been prescribed by the treating physician and is Medically Necessary. | |

# Outpatient Prescription Drug Rider

# UnitedHealthcare Insurance Company of Illinois

This Rider to the Policy is issued to the Enrolling Group and provides Benefits for Prescription Drug Products.

Because this Rider is part of a legal document, we want to give you information about the document that will help you understand it. Certain capitalized words have special meanings. We have defined these words in either the *Certificate of Coverage (Certificate)* in *Section 9: Defined Terms* or in this Rider in *Section 3: Defined Terms*.

When we use the words "we," "us," and "our" in this document, we are referring to UnitedHealthcare Insurance Company of Illinois. When we use the words "you" and "your" we are referring to people who are Covered Persons, as the term is defined in the *Certificate* in *Section 9: Defined Terms.*

NOTE: The Coordination of Benefits provision in the *Certificate* in *Section 7: Coordination of Benefits* applies to Prescription Drug Products covered through this Rider. Benefits for Prescription Drug Products will be coordinated with those of any other health plan in the same manner as Benefits for Covered Health Services described in the *Certificate.*

UNITEDHEALTHCARE INSURANCE COMPANY OF ILLINOIS

Jeffrey Alter, President

# Introduction

## Coverage Policies and Guidelines

Our Prescription Drug List (PDL) Management Committee is authorized to make tier placement changes on our behalf. The PDL Management Committee makes the final classification of an FDA-approved Prescription Drug Product to a certain tier by considering a number of evidence-based factors including, but not limited to, clinical, economic and pharmacoeconomic factors. Clinical factors may include, but are not limited to, evaluations of the place in therapy, relative safety or relative efficacy of the Prescription Drug Product, as well as whether certain supply limits or prior authorization requirements should apply. Economic factors may include, but are not limited to, the Prescription Drug Product's acquisition cost including, but not limited to, available rebates and assessments on the cost effectiveness of the Prescription Drug Product. Pharmacoeconomic factors may include, but are not limited to, potential medical cost offers. For 4-Tier plans, the *PDL Management Committee* may also balance the cost of the Prescription Drug Product with the Copayment, especially for the more expensive Prescription Drug Products.

Some Prescription Drug Products are more cost effective for specific indications as compared to others; therefore, a Prescription Drug Product may be listed on multiple tiers according to the indication for which the Prescription Drug Product was prescribed, or according to whether it was prescribed by a Specialist Physician.

We may periodically change the placement of a Prescription Drug Product among the tiers. We will, to the extent possible, notify you and your physician of any tier changes for immunosuppressant drugs 60 days in advance. These changes generally will occur quarterly. Please access www.myuhc.com through the Internet for the most up-to-date tier status.

When considering a Prescription Drug Product for tier placement, the PDL Management Committee reviews clinical and economic factors regarding Covered Persons as a general population. Whether a particular Prescription Drug Product is appropriate for an individual Covered Person is a determination that is made by the Covered Person and the prescribing Physician.

NOTE: The tier status of a Prescription Drug Product may change periodically based on the process described above. As a result of such changes, you may be required to pay more or less for that Prescription Drug Product. Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card for the most up-to-date tier status.

Our Prescription Drug List will not be replaced mid-contract year.

## Identification Card (ID Card) - Network Pharmacy

You must either show your ID card at the time you obtain your Prescription Drug Product at a Network Pharmacy or you must provide the Network Pharmacy with identifying information that can be verified by us during regular business hours.

If you don't show your ID card or provide verifiable information at a Network Pharmacy, you will be required to pay the Usual and Customary Charge for the Prescription Drug Product at the pharmacy.

You may seek reimbursement from us as described in the *Certificate* in *Section 5: How to File a Claim.* When you submit a claim on this basis, you may pay more because you failed to verify your eligibility when the Prescription Drug Product was dispensed. The amount you are reimbursed will be based on the Prescription Drug Charge, less the required Copayment and/or Coinsurance, and any deductible that applies.

Submit your claim to the Pharmacy Benefit Manager claims address noted on your ID card.

## Designated Pharmacies

If you require certain Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Prescription Drug Product. Please refer to the *Prescription Drugs from a Retail Non-Network Pharmacy* section for information on what you must pay.

We strongly encourage you to utilize the Designated Pharmacies and the specialized services they can provide.

For examples of Prescription Drug Products that you would be directed to a Designated Pharmacy for, please refer to our website at www.myuhc.com or call *Customer Care* at the telephone number on your ID card.

## Limitation on Selection of Pharmacies

If we determine that you may be using Prescription Drug Products in a harmful or abusive manner, or with harmful frequency, your selection of Network Pharmacies may be limited. If this happens, we may require you to select a single Network Pharmacy that will provide and coordinate all future pharmacy services. Benefits will be paid only if you use the designated single Network Pharmacy. If you don't make a selection within 31 days of the date we notify you, we will select a single Network Pharmacy for you.

## Rebates and Other Payments

We may receive rebates for certain drugs included on the Prescription Drug List. We do not pass these rebates on to you, nor are they taken into account in determining your Copayments and/or Coinsurance.

We, and a number of our affiliated entities, conduct business with various pharmaceutical manufacturers separate and apart from this *Outpatient Prescription Drug Rider*. Such business may include, but is not limited to, data collection, consulting, educational grants and research. Amounts received from pharmaceutical manufacturers pursuant to such arrangements are not related to this *Outpatient Prescription Drug Rider*. We are not required to pass on to you, and do not pass on to you, such amounts.

## Special Programs

We may have certain programs in which you may receive an enhanced or reduced Benefit based on your actions such as refilling your medication within a defined time period or adherence/compliance to medication or treatment regimens, and/or participation in health management programs. You may access information on these programs through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## Maintenance Medication Program

If you require certain Maintenance Medications, we may direct you to the Mail Order Network Pharmacy to obtain those Maintenance Medications. If you choose not to obtain your Maintenance Medications from the Mail Order Network Pharmacy, you may opt-out of the Maintenance Medication Program each year through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

## Prescription Drug Products Prescribed by a Specialist Physician

You may receive an enhanced or reduced Benefit, or no Benefit, based on whether the Prescription Drug Product was prescribed by a Specialist Physician. You may access information on which Prescription Drug Products are subject to Benefit enhancement, reduction or no Benefit through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

# Outpatient Prescription Drug Rider Table of Contents

**Section 1: Benefits for Prescription Drug Products** ............................ 15

**Section 2: Exclusions** ............................................................................. 17

**Section 3: Defined Terms** ...................................................................... 19

# Section 1: Benefits for Prescription Drug Products

Benefits are available for Prescription Drug Products at either a Network Pharmacy or a non-Network Pharmacy and are subject to Copayments and/or Coinsurance or other payments that vary depending on which of the tiers of the Prescription Drug List the Prescription Drug Product is listed. Refer to the *Outpatient Prescription Drug Schedule of Benefits* for applicable Copayments and/or Coinsurance requirements.

Benefits for Prescription Drug Products are available when the Prescription Drug Product meets the definition of a Covered Health Service or is prescribed to prevent conception.

**Specialty Prescription Drug Products**

Benefits are provided for Specialty Prescription Drug Products.

If you require Specialty Prescription Drug Products, we may direct you to a Designated Pharmacy with whom we have an arrangement to provide those Specialty Prescription Drug Products.

If you are directed to a Designated Pharmacy and you choose not to obtain your Specialty Prescription Drug Product from a Designated Pharmacy, you will be subject to the non-Network Benefit for that Specialty Prescription Drug Product.

Please see *Section 3: Defined Terms* for a full description of Specialty Prescription Drug Product and Designated Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on Specialty Prescription Drug Product supply limits.

**Prescription Drugs from a Retail Network Pharmacy**

Benefits are provided for Prescription Drug Products dispensed by a retail Network Pharmacy, including Prescription Drug Products dispensed for the treatment of Infertility.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on retail Network Pharmacy supply limits.

**Prescription Drugs from a Retail Non-Network Pharmacy**

Benefits are provided for Prescription Drug Products dispensed by a retail non-Network Pharmacy, including Prescription Drug Products dispensed for the treatment of Infertility.

If the Prescription Drug Product is dispensed by a retail non-Network Pharmacy, you must pay for the Prescription Drug Product at the time it is dispensed and then file a claim for reimbursement with us, as described in your *Certificate, Section 5: How to File a Claim*. We will not reimburse you for the difference between the Predominant Reimbursement Rate and the non-Network Pharmacy's Usual and Customary Charge for that Prescription Drug Product. We will not reimburse you for any non-covered drug product.

In most cases, you will pay more if you obtain Prescription Drug Products from a non-Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on retail non-Network Pharmacy supply limits.

**Prescription Drug Products from a Mail Order Network Pharmacy**

Benefits are provided for certain Prescription Drug Products dispensed by a mail order Network Pharmacy.

Refer to the *Outpatient Prescription Drug Schedule of Benefits* for details on mail order Network Pharmacy supply limits.

Please access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card to determine if Benefits are provided for your Prescription Drug Product and for information on how to obtain your Prescription Drug Product through a mail order Network Pharmacy.

# Section 2: Exclusions

Exclusions from coverage listed in the *Certificate* also apply to this Rider. In addition, the exclusions listed below apply.

When an exclusion applies to only certain Prescription Drug Products, you can access www.myuhc.com through the Internet or call *Customer Care* at the telephone number on your ID card for information on which Prescription Drug Products are excluded.

1.      Coverage for Prescription Drug Products for the amount dispensed (days' supply or quantity limit) which exceeds the supply limit.

2.      Coverage for Prescription Drug Products for the amount dispensed (days' supply or quantity limit) which is less than the minimum supply limit.

3.      Prescription Drug Products dispensed outside the United States, except as required for Emergency treatment.

4.      Drugs which are prescribed, dispensed or intended for use during an Inpatient Stay.

5.      Experimental or Investigational or Unproven Services and medications; medications used for experimental indications and/or dosage regimens determined to be experimental, investigational or unproven. This exclusion does not include a Prescription Drug Product that has been prescribed for a specific treatment for which the Prescription Drug Product has not yet been approved by the US Food and Drug Administration *(FDA)* if the Prescription Drug Product is recognized for the specific treatment for which it was prescribed in a recognized peer-review medical publication or in one of the following established reference compendia: a) the American Hospital Formulary Service Drug Information; b) National Comprehensive Cancer Network's Drugs & Biologics Compendium; c) Thompson Micromedex's Drug Dex; d) Elsevier Gold Standard's Clinical Pharmacology; e) other authoritative compendia as identified from time to time by the Federal Secretary of Health and Human Services or if not in the compendia, recommended for that particular type of cancer in formal clinical studies, the results of which have been published in at least two peer reviewed professional medical journals published in the United States or Great Britain.

6.      Prescription Drug Products furnished by the local, state or federal government. Any Prescription Drug Product to the extent payment or benefits are provided or available from the local, state or federal government (for example, Medicare) whether or not payment or benefits are received, except as otherwise provided by law.

7.      Prescription Drug Products for any condition, Injury, Sickness or Mental Illness arising out of, or in the course of, employment for which benefits are available under any workers' compensation law or other similar laws, whether or not a claim for such benefits is made or payment or benefits are received.

8.      Any product dispensed for the purpose of appetite suppression or weight loss.

9.      A Pharmaceutical Product for which Benefits are provided in your *Certificate*. This exclusion does not apply to Depo Provera and other injectable drugs used for contraception.

10.     Durable Medical Equipment. Prescribed and non-prescribed outpatient supplies, other than the diabetic supplies and inhaler spacers specifically stated as covered.

11.     General vitamins, except the following which require a Prescription Order or Refill: prenatal vitamins, vitamins with fluoride, and single entity vitamins.

12.     Unit dose packaging or repackagers of Prescription Drug Products.

13.     Medications used for cosmetic purposes.

14. Prescription Drug Products, including New Prescription Drug Products or new dosage forms, that we determine do not meet the definition of a Covered Health Service.

15. Prescription Drug Products as a replacement for a previously dispensed Prescription Drug Product that was lost, stolen, broken or destroyed.

16. Prescription Drug Products when prescribed to treat infertility.

17. Certain Prescription Drug Products for smoking cessation.

18. Compounded drugs that do not contain at least one ingredient that has been approved by the *U.S. Food and Drug Administration (FDA)* and requires a Prescription Order or Refill. Compounded drugs that contain a non-*FDA* approved bulk chemical. Compounded drugs that are available as a similar commercially available Prescription Drug Product. (Compounded drugs that contain at least one ingredient that requires a Prescription Order or Refill are assigned to Tier-4.)

19. Drugs available over-the-counter that do not require a Prescription Order or Refill by federal or state law before being dispensed, unless we have designated the over-the-counter medication as eligible for coverage as if it were a Prescription Drug Product and it is obtained with a Prescription Order or Refill from a Physician. Prescription Drug Products that are available in over-the-counter form or comprised of components that are available in over-the-counter form or equivalent. Certain Prescription Drug Products that we have determined are Therapeutically Equivalent to an over-the-counter drug or supplement. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision. This exclusion does not apply to over-the-counter drugs used for smoking cessation.

20. Certain New Prescription Drug Products and/or new dosage forms until the date they are reviewed and assigned to a tier by our PDL Management Committee.

21. Growth hormone for children with familial short stature (short stature based upon heredity and not caused by a diagnosed medical condition).

22. Any product for which the primary use is a source of nutrition, nutritional supplements, or dietary management of disease, even when used for the treatment of Sickness or Injury, except for amino acid-based formulas as described under *Amino Acid-Based Elemental Formulas* in *Section 1: Covered Health Services* of the *Certificate*.

23. A Prescription Drug Product that contains (an) active ingredient(s) available in and Therapeutically Equivalent to another covered Prescription Drug Product. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

24. A Prescription Drug Product that contains (an) active ingredient(s) which is (are) a modified version of and Therapeutically Equivalent to another covered Prescription Drug Product. Such determinations may be made up to six times during a calendar year, and we may decide at any time to reinstate Benefits for a Prescription Drug Product that was previously excluded under this provision.

25. Certain Prescription Drug Products that have not been prescribed by a Specialist Physician.

26. A Prescription Drug Product that contains marijuana, including medical marijuana.

27. Certain Prescription Drug Products that exceed the minimum number of drugs required to be covered under *Patient Protection and Affordable Care Act (PPACA)* essential health benefit requirements in the applicable *United States Pharmacopeia* category and class or applicable state benchmark plan category and class.

# Section 3: Defined Terms

**Brand-name** - a Prescription Drug Product: (1) which is manufactured and marketed under a trademark or name by a specific drug manufacturer; or (2) that we identify as a Brand-name product, based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "brand name" by the manufacturer, pharmacy, or your Physician may not be classified as Brand-name by us.

**Chemically Equivalent** - when Prescription Drug Products contain the same active ingredient.

**Designated Pharmacy** - a pharmacy that has entered into an agreement with us or with an organization contracting on our behalf, to provide specific Prescription Drug Products, including, but not limited to, Specialty Prescription Drug Products. The fact that a pharmacy is a Network Pharmacy does not mean that it is a Designated Pharmacy.

**Generic** - a Prescription Drug Product: (1) that is Chemically Equivalent to a Brand-name drug; or (2) that we identify as a Generic product based on available data resources including, but not limited to, First DataBank, that classify drugs as either brand or generic based on a number of factors. You should know that all products identified as a "generic" by the manufacturer, pharmacy or your Physician may not be classified as a Generic by us.

**Infertility** - the inability to conceive after one year of unprotected sexual intercourse or the inability to sustain a successful pregnancy. For purposes of this Part, a woman shall be considered infertile without having to engage in one year of unprotected sexual intercourse if a Physician determines that a medical condition exists that renders conception impossible through unprotected sexual intercourse, including but not limited to congenital absence of the uterus or ovaries, absence of the uterus or ovaries due to surgical removal due to a medical condition, or involuntary sterilization due to chemotherapy or radiation treatments, or efforts to conceive as a result of one year of medically based and supervised methods of conception, including artificial insemination, have failed and are not likely to lead to a successful pregnancy.

**Maintenance Medication** - a Prescription Drug Product anticipated to be used for six months or more to treat or prevent a chronic condition. You may determine whether a Prescription Drug Product is a Maintenance Medication through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Network Pharmacy** - a pharmacy that has:

- Entered into an agreement with us or an organization contracting on our behalf to provide Prescription Drug Products to Covered Persons.

- Agreed to accept specified reimbursement rates for dispensing Prescription Drug Products.

- Been designated by us as a Network Pharmacy.

**New Prescription Drug Product** - a Prescription Drug Product or new dosage form of a previously approved Prescription Drug Product, for the period of time starting on the date the Prescription Drug Product or new dosage form is approved by the *U.S. Food and Drug Administration (FDA)* and ending on the earlier of the following dates:

- The date it is assigned to a tier by our PDL Management Committee.

- December 31st of the following calendar year.

**Predominant Reimbursement Rate** - the amount we will pay to reimburse you for a Prescription Drug Product that is dispensed at a non-Network Pharmacy. The Predominant Reimbursement Rate for a particular Prescription Drug Product dispensed at a non-Network Pharmacy includes a dispensing fee

and any applicable sales tax. We calculate the Predominant Reimbursement Rate using our Prescription Drug Charge that applies for that particular Prescription Drug Product at most Network Pharmacies.

**Prescription Drug Charge** - the rate we have agreed to pay our Network Pharmacies, including the applicable dispensing fee and any applicable sales tax, for a Prescription Drug Product dispensed at a Network Pharmacy.

**Prescription Drug List** - a list that categorizes into tiers medications, products or devices that have been approved by the *U.S. Food and Drug Administration (FDA)*. This list is subject to our periodic review and modification (generally quarterly). You may determine to which tier a particular Prescription Drug Product has been assigned through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Prescription Drug List (PDL) Management Committee** - the committee that we designate for, among other responsibilities, classifying Prescription Drug Products into specific tiers.

**Prescription Drug Product** - a medication, product or device that has been approved by the *U.S. Food and Drug Administration (FDA)* and that can, under federal or state law, be dispensed only pursuant to a Prescription Order or Refill. A Prescription Drug Product includes a medication that, due to its characteristics, is appropriate for self-administration or administration by a non-skilled caregiver. For the purpose of Benefits under the Policy, this definition includes:

- Inhalers (with spacers).
- Insulin.
- Glucagon emergency kits.
- *FDA* approved oral agents used to control blood sugar.
- The following diabetic supplies:
    - standard insulin syringes with needles;
    - blood-testing strips - glucose;
    - urine-testing strips - glucose;
    - ketone-testing strips and tablets;
    - lancets and lancet devices; and
    - glucose monitors.

**Prescription Order or Refill** - the directive to dispense a Prescription Drug Product issued by a duly licensed health care provider whose scope of practice permits issuing such a directive.

**Preventive Care Medications** - the medications that are obtained at a Network Pharmacy and that are payable at 100% of the Prescription Drug Charge (without application of any Copayment, Coinsurance, Annual Deductible, Annual Drug Deductible or Specialty Prescription Drug Product Annual Deductible) as required by applicable law under any of the following:

- Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force*.
- With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration*.
- With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration*.

You may determine whether a drug is a Preventive Care Medication through the internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Specialty Prescription Drug Product** - Prescription Drug Products that are generally high cost, self-administered biotechnology drugs used to treat patients with certain illnesses. Specialty Prescription Drug Products include certain drugs for Infertility. You may access a complete list of Specialty Prescription Drug Products through the Internet at www.myuhc.com or by calling *Customer Care* at the telephone number on your ID card.

**Therapeutically Equivalent** - when Prescription Drug Products have essentially the same efficacy and adverse effect profile.

**Tier 1 -** represents the lowest copay option and includes the highest value options including many generic drugs.

**Tier 2 -** represents the next level copay option and includes many lower and moderate cost brand drugs.

**Tier 3 -** represents the next most costly brand drugs, often with Tier 1 or Tier 2 alternatives and includes many moderate to high-cost brand drugs.

**Tier 4 -** is the highest copay option. This tier will encourage use of lower tier, higher-value medications.

**Usual and Customary Charge** - the usual fee that a pharmacy charges individuals for a Prescription Drug Product without reference to reimbursement to the pharmacy by third parties. The Usual and Customary Charge includes a dispensing fee and any applicable sales tax.

## Important Notices under the Patient Protection and Affordable Care Act (PPACA)

### Changes in Federal Law that Impact Benefits

There are changes in Federal law which may impact coverage and Benefits stated in the *Certificate of Coverage (Certificate)* and *Schedule of Benefits*. A summary of those changes and the dates the changes are effective appear below.

#### Patient Protection and Affordable Care Act (PPACA)

Effective for policies that are new or renewing on or after September 23, 2010, the requirements listed below apply.

- Lifetime limits on the dollar amount of essential benefits available to you under the terms of your plan are no longer permitted. Essential benefits include the following:

  Ambulatory patient services; emergency services; hospitalization; laboratory services; maternity and newborn care, mental health and substance use disorder services (including behavioral health treatment); prescription drugs; rehabilitative and habilitative services and devices; preventive and wellness services and chronic disease management; and pediatric services, including oral and vision care.

- On or before the first day of the first plan year beginning on or after September 23, 2010, the enrolling group will provide a 30 day enrollment period for those individuals who are still eligible under the plan's eligibility terms but whose coverage ended by reason of reaching a lifetime limit on the dollar value of all benefits.

- Essential benefits for plan years beginning prior to January 1, 2014 can only be subject to restricted annual limits. Restricted annual limits for each person covered under the plan may be no less than the following:

  - For plan or policy years beginning on or after September 23, 2010 but before September 23, 2011, $750,000.

  - For plan or policy years beginning on or after September 23, 2011 but before September 23, 2012, $1,250,000.

  - For plan or policy years beginning on or after September 23, 2012 but before January 1, 2014, $2,000,000.

  Please note that for plan years beginning on or after January 1, 2014, essential health benefits cannot be subject to annual or lifetime dollar limits.

- Coverage for enrolled dependent children is no longer conditioned upon full-time student status or other dependency requirements and will remain in place until the child's 26th birthday. If you have a grandfathered plan, the enrolling group is not required to extend coverage to age 26 if the child is eligible to enroll in an eligible employer-sponsored health plan (as defined by law). Under the *PPACA* a plan generally is "grandfathered" if it was in effect on March 23, 2010 and there are no substantial changes in the benefit design as described in the *Interim Final Rule on Grandfathered Health Plans* at that time.

  On or before the first day of the first plan year beginning on or after September 23, 2010, the enrolling group will provide a 30 day dependent child special open enrollment period for dependent children who are not currently enrolled under the policy and who have not yet reached age 26.

I

During this dependent child special open enrollment period, subscribers who are adding a dependent child and who have a choice of coverage options will be allowed to change options.

- If your plan includes coverage for enrolled dependent children beyond the age of 26, which is conditioned upon full-time student status, the following applies:

  Coverage for enrolled dependent children who are required to maintain full-time student status in order to continue eligibility under the policy is subject to the statute known as *Michelle's Law*. This law amends *ERISA*, the *Public Health Service Act*, and the *Internal Revenue Code* and requires group health plans, which provide coverage for dependent children who are post-secondary school students, to continue such coverage if the student loses the required student status because he or she must take a medically necessary leave of absence from studies due to a serious illness or Injury.

- If you do not have a grandfathered plan, in-network benefits for preventive care services described below will be paid at 100%, and not subject to any deductible, coinsurance or copayment. If you have pharmacy benefit coverage, your plan may also be required to cover preventive care medications that are obtained at a network pharmacy at 100%, and not subject to any deductible, coinsurance or copayment, as required by applicable law under any of the following:

  - Evidence-based items or services that have in effect a rating of "A" or "B" in the current recommendations of the *United States Preventive Services Task Force*.

  - Immunizations that have in effect a recommendation from the *Advisory Committee on Immunization Practices of the Centers for Disease Control and Prevention*.

  - With respect to infants, children and adolescents, evidence-informed preventive care and screenings provided for in the comprehensive guidelines supported by the *Health Resources and Services Administration*.

  - With respect to women, such additional preventive care and screenings as provided for in comprehensive guidelines supported by the *Health Resources and Services Administration*.

- Retroactive rescission of coverage under the policy is permitted, with 30 days advance written notice, only in the following two circumstances:

  - The individual performs an act, practice or omission that constitutes fraud.

  - The individual makes an intentional misrepresentation of a material fact.

- Other changes provided for under the *PPACA* do not impact your plan because your plan already contains these benefits. These include:

  - Direct access to OB/GYN care without a referral or authorization requirement.

  - The ability to designate a pediatrician as a primary care physician (PCP) if your plan requires a PCP designation.

  - Prior authorization is not required before you receive services in the emergency department of a hospital.

    If you seek emergency care from out-of-network providers in the emergency department of a hospital your cost sharing obligations (copayments/coinsurance) will be the same as would be applied to care received from in-network providers.

**Effective for policies that are new or renewing on or after January 1, 2014, the requirements listed below apply:**

## If your plan includes coverage for Clinical Trials, the following applies:

The clinical trial benefit has been modified to distinguish between clinical trials for cancer and other life threatening conditions and those for non-life threatening conditions. For trials for cancer/other life threatening conditions, routine patient costs now include those for covered individuals participating in a preventive clinical trial and Phase IV trials. This modification is optional for certain grandfathered health plans. Refer to your plan documents to determine if this modification has been made to your plan.

## Some Important Information about Appeal and External Review Rights under PPACA

If you are enrolled in a non-grandfathered plan with an effective date or plan year anniversary on or after September 23, 2010, the *Patient Protection and Affordable Care Act of 2010 (PPACA)*, as amended, sets forth new and additional internal appeal and external review rights beyond those that some plans may have previously offered. Also, certain grandfathered plans are complying with the additional internal appeal and external review rights provisions on a voluntary basis. Please refer to your benefit plan documents, including amendments and notices, or speak with your employer or UnitedHealthcare for more information on the appeal rights available to you. (Also, please refer to the *Claims and Appeal Notice* section of this document.)

**What if I receive a denial, and need help understanding it?** Please call UnitedHealthcare at the number listed on the back of your health plan ID card.

**What if I don't agree with the denial?** You have a right to appeal any decision to not pay for an item or service.

**How do I file an appeal?** The initial denial letter or *Explanation of Benefits* that you receive from UnitedHealthcare will give you the information and the timeframe to file an appeal.

**What if my situation is urgent?** If your situation is urgent, your review will be conducted as quickly as possible. If you believe your situation is urgent, you may request an expedited review, and, if applicable, file an external review at the same time. For help call UnitedHealthcare at the number listed on the back of your health plan ID card.

Generally, an urgent situation is when your health may be in serious jeopardy. Or when, in the opinion of your doctor, you may be experiencing severe pain that cannot be adequately controlled while you wait for a decision on your appeal.

**Who may file an appeal?** Any member or someone that member names to act as an authorized representative may file an appeal. For help call UnitedHealthcare at the number listed on the back of your health plan ID card.

**Can I provide additional information about my claim?** Yes, you may give us additional information supporting your claim. Send the information to the address provided in the initial denial letter or *Explanation of Benefits*.

**Can I request copies of information relating to my claim?** Yes. There is no cost to you for these copies. Send your request to the address provided in the initial denial letter or *Explanation of Benefits*.

**What happens if I don't agree with the outcome of my appeal?** If you appeal, we will review our decision. We will also send you our written decision within the time allowed. If you do not agree with the decision, you may be able to request an external review of your claim by an independent third party. If so, they will review the denial and issue a final decision.

**If I need additional help, what should I do?** For questions on your appeal rights, you may call UnitedHealthcare at the number listed on the back of your health plan ID card for assistance. You may also contact the support groups listed below.

**Are verbal translation services available to me during an appeal?** Yes. Contact UnitedHealthcare at the number listed on the back of your health plan ID card. Ask for verbal translation services for your questions.

**Is there other help available to me?** For questions about appeal rights, an unfavorable benefit decision, or for help, you may also contact the *Employee Benefits Security Administration* at 1-866-444-EBSA (3272). Your state consumer assistance program may also be able to help you.
(http://www.dol.gov.ebsa/healthreform/ -click link for Consumer Assistance Programs)

For information on appeals and other *PPACA* regulations, visit www.healthcare.gov.

## If your plan includes coverage for Mental Health or Substance Use, the following applies:

### Mental Health/Substance Use Disorder Parity

Effective for Policies that are new or renewing on or after July 1, 2010, Benefits are subject to final regulations supporting the *Mental Health Parity and Addiction Equity Act of 2008 (MHPAEA)*. Benefits for mental health conditions and substance use disorder conditions that are Covered Health Services under the Policy must be treated in the same manner and provided at the same level as Covered Health Services for the treatment of other Sickness or Injury. Benefits for Mental Health Services and Substance Use Disorder Services are not subject to any annual maximum benefit limit (including any day, visit or dollar limit).

*MHPAEA* requires that the financial requirements for coinsurance and copayments for mental health and substance use disorder conditions must be no more restrictive than those coinsurance and copayment requirements for substantially all medical/surgical benefits. *MHPAEA* requires specific testing to be applied to classifications of benefits to determine the impact of these financial requirements on mental health and substance use disorder benefits. Based upon the results of that testing, it is possible that coinsurance or copayments that apply to mental health conditions and substance use disorder conditions in your benefit plan may be reduced.

## Women's Health and Cancer Rights Act of 1998

As required by the *Women's Health and Cancer Rights Act of 1998*, Benefits under the Policy are provided for mastectomy, including reconstruction and surgery to achieve symmetry between the breasts, prostheses, and complications resulting from a mastectomy (including lymphedema).

If you are receiving Benefits in connection with a mastectomy, Benefits are also provided for the following Covered Health Services, as you determine appropriate with your attending Physician:

- All stages of reconstruction of the breast on which the mastectomy was performed;

- Surgery and reconstruction of the other breast to produce a symmetrical appearance; and

- Prostheses and treatment of physical complications of the mastectomy, including lymphedema.

The amount you must pay for such Covered Health Services (including Copayments, Coinsurance and any Annual Deductible) are the same as are required for any other Covered Health Service. Limitations on Benefits are the same as for any other Covered Health Service.

## Statement of Rights under the Newborns' and Mothers' Health Protection Act

Under Federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict Benefits for any Hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery, or less than 96 hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending provider (e.g. your Physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under Federal law, plans and issuers may not set the level of Benefits or out-of-pocket costs so that any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a plan or issuer may not, under Federal law, require that a Physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of- pocket costs, you may be required to obtain precertification. For information on precertification, contact your issuer.

## Claims and Appeal Notice

*This Notice is provided to you in order to describe our responsibilities under Federal law for making benefit determinations and your right to appeal adverse benefit determinations. To the extent that state law provides you with more generous timelines or opportunities for appeal, those rights also apply to you. Please refer to your benefit documents for information about your rights under state law.*

### Benefit Determinations

#### Post-service Claims

Post-service claims are those claims that are filed for payment of Benefits after medical care has been received. If your post-service claim is denied, you will receive a written notice from us within 30 days of receipt of the claim, as long as all needed information was provided with the claim. We will notify you within this 30 day period if additional information is needed to process the claim, and may request a one time extension not longer than 15 days and pend your claim until all information is received.

Once notified of the extension, you then have 45 days to provide this information. If all of the needed information is received within the 45-day time frame, and the claim is denied, we will notify you of the denial within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your claim will be denied.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

If you have prescription drug Benefits and are asked to pay the full cost of a prescription when you fill it at a retail or mail-order pharmacy, and if you believe that it should have been paid under the Policy, you may submit a claim for reimbursement in accordance with the applicable claim filing procedures. If you pay a Copayment and believe that the amount of the Copayment was incorrect, you also may submit a claim for reimbursement in accordance with the applicable claim filing procedures. When you have filed a claim, your claim will be treated under the same procedures for post-service group health plan claims as described in this section.

#### Pre-service Requests for Benefits

Pre-service requests for Benefits are those requests that require notification or approval prior to receiving medical care. If you have a pre-service request for Benefits, and it was submitted properly with all needed information, we will send you written notice of the decision from us within 15 days of receipt of the request. If you filed a pre-service request for Benefits improperly, we will notify you of the improper filing and how to correct it within five days after the pre-service request for Benefits was received. If additional information is needed to process the pre-service request, we will notify you of the information needed within 15 days after it was received, and may request a one time extension not longer than 15 days and pend your request until all information is received. Once notified of the extension you then have 45 days to provide this information. If all of the needed information is received within the 45-day time frame, we will notify you of the determination within 15 days after the information is received. If you don't provide the needed information within the 45-day period, your request for Benefits will be denied. A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the appeal procedures.

If you have prescription drug Benefits and a retail or mail order pharmacy fails to fill a prescription that you have presented, you may file a pre-service health request for Benefits in accordance with the applicable claim filing procedure. When you have filed a request for Benefits, your request will be treated under the same procedures for pre-service group health plan requests for Benefits as described in this section.

## Urgent Requests for Benefits that Require Immediate Attention

Urgent requests for Benefits are those that require notification or a benefit determination prior to receiving medical care, where a delay in treatment could seriously jeopardize your life or health, or the ability to regain maximum function or, in the opinion of a Physician with knowledge of your medical condition, could cause severe pain. In these situations, you will receive notice of the benefit determination in writing or electronically within 72 hours after we receive all necessary information, taking into account the seriousness of your condition.

If you filed an urgent request for Benefits improperly, we will notify you of the improper filing and how to correct it within 24 hours after the urgent request was received. If additional information is needed to process the request, we will notify you of the information needed within 24 hours after the request was received. You then have 48 hours to provide the requested information.

You will be notified of a benefit determination no later than 48 hours after:

- Our receipt of the requested information; or
- The end of the 48-hour period within which you were to provide the additional information, if the information is not received within that time.

A denial notice will explain the reason for denial, refer to the part of the plan on which the denial is based, and provide the claim appeal procedures.

## Concurrent Care Claims

If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and your request to extend the treatment is an urgent request for Benefits as defined above, your request will be decided within 24 hours, provided your request is made at least 24 hours prior to the end of the approved treatment. We will make a determination on your request for the extended treatment within 24 hours from receipt of your request.

If your request for extended treatment is not made at least 24 hours prior to the end of the approved treatment, the request will be treated as an urgent request for Benefits and decided according to the timeframes described above. If an on-going course of treatment was previously approved for a specific period of time or number of treatments, and you request to extend treatment in a non-urgent circumstance, your request will be considered a new request and decided according to post-service or pre-service timeframes, whichever applies.

## Questions or Concerns about Benefit Determinations

If you have a question or concern about a benefit determination, you may informally contact our *Customer Care* department before requesting a formal appeal. If the *Customer Care* representative cannot resolve the issue to your satisfaction over the phone, you may submit your question in writing. However, if you are not satisfied with a benefit determination as described above, you may appeal it as described below, without first informally contacting a *Customer Care* representative. If you first informally contact our *Customer Care* department and later wish to request a formal appeal in writing, you should again contact *Customer Care* and request an appeal. If you request a formal appeal, a *Customer Care* representative will provide you with the appropriate address.

If you are appealing an urgent claim denial, please refer to *Urgent Appeals that Require Immediate Action* below and contact our *Customer Care* department immediately.

## How to Appeal a Claim Decision

If you disagree with a pre-service request for Benefits determination or post-service claim determination or a rescission of coverage determination after following the above steps, you can contact us in writing to formally request an appeal.

Your request should include:

- The patient's name and the identification number from the ID card.
- The date(s) of medical service(s).
- The provider's name.
- The reason you believe the claim should be paid.
- Any documentation or other written information to support your request for claim payment.

Your first appeal request must be submitted to us within 180 days after you receive the claim denial.

## Appeal Process

A qualified individual who was not involved in the decision being appealed will be appointed to decide the appeal. If your appeal is related to clinical matters, the review will be done in consultation with a health care professional with appropriate expertise in the field, who was not involved in the prior determination. We may consult with, or seek the participation of, medical experts as part of the appeal resolution process. You consent to this referral and the sharing of pertinent medical claim information through the submission of your appeal. Upon request and free of charge, you have the right to reasonable access to and copies of all documents, records, and other information relevant to your claim for Benefits. In addition, if any new or additional evidence is relied upon or generated by us during the determination of the appeal, we will provide it to you free of charge and sufficiently in advance of the due date of the response to the adverse benefit determination.

## Appeals Determinations

### Pre-service Requests for Benefits and Post-service Claim Appeals

You will be provided written or electronic notification of the decision on your appeal as follows:

- For appeals of pre-service requests for Benefits as identified above, the first level appeal will be conducted and you will be notified of the decision within 15 days from receipt of a request for appeal of a denied request for Benefits. The second level appeal will be conducted and you will be notified of the decision within 15 days from receipt of a request for review of the first level appeal decision.
- For appeals of post-service claims as identified above, the first level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for appeal of a denied claim. The second level appeal will be conducted and you will be notified of the decision within 30 days from receipt of a request for review of the first level appeal decision.

For procedures associated with urgent requests for Benefits, see *Urgent Appeals that Require Immediate Action* below.

If you are not satisfied with the first level appeal decision, you have the right to request a second level appeal. Your second level appeal request must be submitted to us within 60 days from receipt of the first level appeal decision.

Please note that our decision is based only on whether or not Benefits are available under the Policy for the proposed treatment or procedure. The decision to obtain the proposed treatment or procedure regardless of our decision is between you and your Physician.

**Urgent Appeals that Require Immediate Action**

Your appeal may require immediate action if a delay in treatment could significantly increase the risk to your health, or the ability to regain maximum function, or cause severe pain. In these urgent situations:

- The appeal does not need to be submitted in writing. You or your Physician should call us as soon as possible.

- We will provide you with a written or electronic determination within 72 hours following receipt of your request for review of the determination, taking into account the seriousness of your condition.

# Health Plan Notices of Privacy Practices

## Medical Information Privacy Notice

**THIS NOTICE DESCRIBES HOW MEDICAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.**

**PLEASE REVIEW IT CAREFULLY.**

*Effective September 23, 2013*

We[1] are required by law to protect the privacy of your health information. We are also required to send you this notice, which explains how we may use information about you and when we can give out or "disclose" that information to others. You also have rights regarding your health information that are described in this notice. We are required by law to abide by the terms of this notice.

The terms "information" or "health information" in this notice include any information we maintain that reasonably can be used to identify you and that relates to your physical or mental health condition, the provision of health care to you, or the payment for such health care. We will comply with the requirements of applicable privacy laws relating to notifying you in the event of a breach of your health information.

We have the right to change our privacy practices and the terms of this notice. If we make a material change to our privacy practices, we will provide to you, in our next annual distribution, either a revised notice or information about the material change and how to obtain a revised notice. We will provide you with this information either by direct mail or electronically in accordance with applicable law. In all cases, we will post the revised notice on your health plan website such as www.myuhc.com or www.uhcwest.com. We reserve the right to make any revised or changed notice effective for information we already have and for information that we receive in the future.

UnitedHealth Group collects and maintains oral, written and electronic information to administer our business and to provide products, services and information of importance to our enrollees. We maintain physical, electronic and procedural security safeguards in the handling and maintenance of our enrollee's information, in accordance with applicable state and federal standards, to protect against risks such as loss, destruction or misuse.

## How We Use or Disclose Information

**We must use and disclose** your health information to provide that information:

- To you or someone who has the legal right to act for you (your personal representative) in order to administer your rights as described in this notice; and

- To the *Secretary of the Department of Health and Human Services*, if necessary, to make sure your privacy is protected.

**We have the right to use and disclose** health information for your treatment, to pay for your health care and to operate our business. For example, we may use or disclose your health information:

- **For Payment** of premiums due us, to determine your coverage, and to process claims for health care services you receive, including for subrogation or coordination of other benefits you may have. For example, we may tell a doctor whether you are eligible for coverage and what percentage of the bill may be covered.

- **For Treatment.** We may use or disclose health information to aid in your treatment or the coordination of your care. For example, we may disclose information to your physicians or hospitals to help them provide medical care to you.

- **For Health Care Operations.** We may use or disclose health information as necessary to operate and manage our business activities related to providing and managing your health care coverage. For example, we might talk to your physician to suggest a disease management or wellness program that could help improve your health or we may analyze data to determine how we can improve our services.

- **To Provide You Information on Health Related Programs or Products** such as alternative medical treatments and programs or about health-related products and services, subject to limits imposed by law.

- **For Plan Sponsors.** If your coverage is through an employer sponsored group health plan, we may share summary health information and enrollment and disenrollment information with the plan sponsor. In addition, we may share other health information with the plan sponsor for plan administration if the plan sponsor agrees to special restrictions on its use and disclosure of the information in accordance with federal law.

- **For Underwriting Purposes**. We may use or disclose your health information for underwriting purposes; however, we will not use or disclose your genetic information for such purposes.

- **For Reminders.** We may use or disclose health information to send you reminders about your benefits or care, such as appointment reminders with providers who provide medical care to you.

**We may use or disclose** your health information for the following purposes under limited circumstances:

- **As Required by Law.** We may disclose information when required to do so by law.

- **To Persons Involved With Your Care.** We may use or disclose your health information to a person involved in your care or who helps pay for your care, such as a family member, when you are incapacitated or in an emergency, or when you agree or fail to object when given the opportunity. If you are unavailable or unable to object, we will use our best judgment to decide if the disclosure is in your best interests. Special rules apply regarding when we may disclose health information to family members and others involved in a deceased individual's care. We may disclose health information to any persons involved, prior to the death, in the care or payment for care of a deceased individual, unless we are aware that doing so would be inconsistent with a preference previously expressed by the deceased.

- **For Public Health Activities** such as reporting or preventing disease outbreaks to a public health authority.

- **For Reporting Victims of Abuse, Neglect or Domestic Violence** to government authorities that are authorized by law to receive such information, including a social service or protective service agency.

- **For Health Oversight Activities** to a health oversight agency for activities authorized by law, such as licensure, governmental audits and fraud and abuse investigations.

- **For Judicial or Administrative Proceedings** such as in response to a court order, search warrant or subpoena.

- **For Law Enforcement Purposes.** We may disclose your health information to a law enforcement official for purposes such as providing limited information to locate a missing person or report a crime.

- **To Avoid a Serious Threat to Health or Safety** to you, another person, or the public, by, for example, disclosing information to public health agencies or law enforcement authorities, or in the event of an emergency or natural disaster.

- **For Specialized Government Functions** such as military and veteran activities, national security and intelligence activities, and the protective services for the President and others.

- **For Workers' Compensation** as authorized by, or to the extent necessary to comply with, state workers compensation laws that govern job-related injuries or illness.

- **For Research Purposes** such as research related to the evaluation of certain treatments or the prevention of disease or disability, if the research study meets privacy law requirements.

- **To Provide Information Regarding Decedents.** We may disclose information to a coroner or medical examiner to identify a deceased person, determine a cause of death, or as authorized by law. We may also disclose information to funeral directors as necessary to carry out their duties.

- **For Organ Procurement Purposes.** We may use or disclose information to entities that handle procurement, banking or transplantation of organs, eyes or tissue to facilitate donation and transplantation.

- **To Correctional Institutions or Law Enforcement Officials** if you are an inmate of a correctional institution or under the custody of a law enforcement official, but only if necessary (1) for the institution to provide you with health care; (2) to protect your health and safety or the health and safety of others; or (3) for the safety and security of the correctional institution.

- **To Business Associates** that perform functions on our behalf or provide us with services if the information is necessary for such functions or services. Our business associates are required, under contract with us, to protect the privacy of your information and are not allowed to use or disclose any information other than as specified in our contract.

- **Additional Restrictions on Use and Disclosure.** Certain federal and state laws may require special privacy protections that restrict the use and disclosure of certain health information, including highly confidential information about you. "Highly confidential information" may include confidential information under Federal laws governing alcohol and drug abuse information and genetic information as well as state laws that often protect the following types of information:

    - 1. HIV/AIDS;

    - 2. Mental health;

    - 3. Genetic tests;

- ♦ 4. Alcohol and drug abuse;
- ♦ 5. Sexually transmitted diseases and reproductive health information; and
- ♦ 6. Child or adult abuse or neglect, including sexual assault.

If a use or disclosure of health information described above in this notice is prohibited or materially limited by other laws that apply to us, it is our intent to meet the requirements of the more stringent law. Attached to this notice is a "Federal and State Amendments" document.

Except for uses and disclosures described and limited as set forth in this notice, we will use and disclose your health information only with a written authorization from you. This includes, except for limited circumstances allowed by federal privacy law, not using or disclosing psychotherapy notes about you, selling your health information to others, or using or disclosing your health information for certain promotional communications that are prohibited marketing communications under federal law, without your written authorization. Once you give us authorization to release your health information, we cannot guarantee that the recipient to whom the information is provided will not disclose the information. You may take back or "revoke" your written authorization at any time in writing, except if we have already acted based on your authorization. To find out where to mail your written authorization and how to revoke an authorization, contact the phone number listed on the back of your ID card.

## What Are Your Rights

The following are your rights with respect to your health information:

- **You have the right to ask to restrict** uses or disclosures of your information for treatment, payment, or health care operations. You also have the right to ask to restrict disclosures to family members or to others who are involved in your health care or payment for your health care. We may also have policies on dependent access that authorize your dependents to request certain restrictions. **Please note that while we will try to honor your request and will permit requests consistent with our policies, we are not required to agree to any restriction.**

- **You have the right to ask to receive confidential communications** of information in a different manner or at a different place (for example, by sending information to a P.O. Box instead of your home address). We will accommodate reasonable requests where a disclosure of all or part of your health information otherwise could endanger you. In certain circumstances, we will accept your verbal request to receive confidential communications, however, we may also require you confirm your request in writing. In addition, any requests to modify or cancel a previous confidential communication request must be made in writing. Mail your request to the address listed below.

- **You have the right to see and obtain a copy** of certain health information we maintain about you such as claims and case or medical management records. If we maintain your health information electronically, you will have the right to request that we send a copy of your health information in an electronic format to you. You can also request that we provide a copy of your information to a third party that you identify. In some cases you may receive a summary of this health information. You must make a written request to inspect and copy your health information or have your information sent to a third party. Mail your request to the address listed below. In certain limited circumstances, we may deny your request to inspect and copy your health information. If we deny your request, you may have the right to have the denial reviewed. We may charge a reasonable fee for any copies.

- **You have the right to ask to amend** certain health information we maintain about you such as claims and case or medical management records, if you believe the health information about you is wrong or incomplete. Your request must be in writing and provide the reasons for the requested amendment. Mail your request to the address listed below. If we deny your request, you may have a statement of your disagreement added to your health information.

- **You have the right to receive an accounting** of certain disclosures of your information made by us during the six years prior to your request. This accounting will not include disclosures of information made: (i) for treatment, payment, and health care operations purposes; (ii) to you or pursuant to your authorization; and (iii) to correctional institutions or law enforcement officials; and (iv) other disclosures for which federal law does not require us to provide an accounting.

- **You have the right to a paper copy of this notice.** You may ask for a copy of this notice at any time. Even if you have agreed to receive this notice electronically, you are still entitled to a paper copy of this notice. You also may obtain a copy of this notice on your health plan website, such as www.myuhc.com or www.uhcwest.com.

## Exercising Your Rights

- **Contacting your Health Plan.** If you have any questions about this notice or want information about exercising your rights, please call the toll-free member phone number on the back of your health plan ID card or you may contact the *UnitedHealth Group Customer Call Center* Representative at 866-633-2446.

- **Submitting a Written Request.** Mail to us your written requests to exercise any of your rights, including modifying or cancelling a confidential communication, for copies of your records, or requesting amendments to your record, at the following address:

UnitedHealthcare

*Customer Service - Privacy Unit*

PO Box 740815

Atlanta, GA 30374-0815

- **Filing a Complaint.** If you believe your privacy rights have been violated, you may file a complaint with us at the address listed above.

**You may also notify the *Secretary of the U.S. Department of Health and Human Services* of your complaint**. We will not take any action against you for filing a complaint.

[1]*This Medical Information Notice of Privacy Practices applies to the following health plans that are affiliated with UnitedHealth Group: ACN Group of California, Inc.; All Savers Insurance Company; All Savers Life Insurance Company of California; AmeriChoice of Connecticut, Inc.; AmeriChoice of Georgia, Inc.; AmeriChoice of New Jersey, Inc.; Arizona Physicians IPA, Inc.; Care Improvement Plus of Maryland, Inc.; Care Improvement Plus of Texas Insurance Company; Care Improvement Plus South Central Insurance Company; Care Improvement Plus Wisconsin Insurance Company; Citrus Health Care, Inc.; Dental Benefit Providers of California, Inc.; Dental Benefit Providers of Illinois, Inc.; Evercare of Arizona, Inc.; Golden Rule Insurance Company; Health Plan of Nevada, Inc.; MAMSI Life and Health Insurance Company; MD - Individual Practice Association, Inc.; Medical Health Plans of Florida, Inc.; Medica HealthCare Plans, Inc.; Midwest Security Life Insurance Company; National Pacific Dental, Inc.; Neighborhood Health Partnership, Inc.; Nevada Pacific Dental; Optimum Choice, Inc.; Oxford Health Insurance, Inc.; Oxford Health Plans (CT), Inc.; Oxford Health Plans (NJ), Inc.; Oxford Health Plans (NY), Inc.; PacifiCare Life and Health Insurance Company; PacifiCare Life Assurance Company; PacifiCare of Arizona, Inc.; PacifiCare of Colorado, Inc.; PacifiCare of Nevada, Inc.; Physicians Health Choice of New York, Inc.; Physicians Health Choice of Texas, LLC; Preferred Partners, Inc.; Sierra Health and Life Insurance Company, Inc.; UHC of California; U.S. Behavioral Health Plan, California; Unimerica Insurance Company; Unimerica Life Insurance Company of New York; Unison Health Plan of Delaware, Inc.; Unison Health Plan of the Capital Area, Inc.; United Behavioral Health; UnitedHealthcare Benefits of Texas, Inc.; UnitedHealthcare Community Plan, Inc.; UnitedHealthcare Community Plan of Texas, L.L.C.; UnitedHealthcare Insurance Company; UnitedHealthcare Insurance Company of Illinois; UnitedHealthcare Insurance Company of New York; UnitedHealthcare Insurance Company of the River Valley; UnitedHealthcare Life Insurance Company; UnitedHealthcare of Alabama, Inc.; UnitedHealthcare*

*of Arizona, Inc.; UnitedHealthcare of Arkansas, Inc.; UnitedHealthcare of Colorado, Inc.; UnitedHealthcare of Florida, Inc.; UnitedHealthcare of Georgia, Inc.; UnitedHealthcare of Illinois, Inc.; UnitedHealthcare of Kentucky, Ltd.; UnitedHealthcare of Louisiana, Inc.; UnitedHealthcare of Mid-Atlantic, Inc.; UnitedHealthcare of the Midlands, Inc.; UnitedHealthcare of the Midwest, Inc.; United HealthCare of Mississippi, Inc.; UnitedHealthcare of New England, Inc.; UnitedHealthcare of New Mexico, Inc.; UnitedHealthcare of New York, Inc.; UnitedHealthcare of North Carolina, Inc.; UnitedHealthcare of Ohio, Inc.; UnitedHealthcare of Oklahoma, Inc.; UnitedHealthcare of Oregon, Inc.; UnitedHealthcare of Pennsylvania, Inc.; UnitedHealthcare of Texas, Inc.; UnitedHealthcare of Utah, Inc.; UnitedHealthcare of Washington, Inc.; UnitedHealthcare of Wisconsin, Inc.; UnitedHealthcare Plan of the River Valley, Inc.*

## Financial Information Privacy Notice

**THIS NOTICE DESCRIBES HOW FINANCIAL INFORMATION ABOUT YOU MAY BE USED AND DISCLOSED AND HOW YOU CAN GET ACCESS TO THIS INFORMATION.**

**PLEASE REVIEW IT CAREFULLY.**

*Effective September 23, 2013*

We[2] are committed to maintaining the confidentiality of your personal financial information. For the purposes of this notice, "personal financial information" means information, other than health information, about an enrollee or an applicant for health care coverage that identifies the individual, is not generally publicly available and is collected from the individual or is obtained in connection with providing health care coverage to the individual.

**Information We Collect**

We collect personal financial information about you from the following sources:

- Information we receive from you on applications or other forms, such as name, address, age, medical information and *Social Security* number;

- Information about your transactions with us, our affiliates or others, such as premium payment and claims history; and

- Information from consumer reports.

**Disclosure of Information**

We do not disclose personal financial information about our enrollees or former enrollees to any third party, except as required or permitted by law. For example, in the course of our general business practices, we may, as permitted by law, disclose any of the personal financial information that we collect about you without your authorization, to the following types of institutions:

- To our corporate affiliates, which include financial service providers, such as other insurers, and non-financial companies, such as data processors:

- To nonaffiliated companies for our everyday business purposes, such as to process your transactions, maintain your account(s), or respond to court orders and legal investigations; and

- To nonaffiliated companies that perform services for us, including sending promotional communications on our behalf.

**Confidentiality and Security**

We maintain physical, electronic and procedural safeguards in accordance with applicable state and federal standards to protect your personal financial information against risks such as loss, destruction or misuse. These measures include computer safeguards, secured files and buildings, and restrictions on who may access your personal financial information.

**Questions about this Notice**

If you have any questions about this notice, please call the toll-free member phone number on the back of your health plan ID card or contact the *UnitedHealth Group Customer Call Center* at 866-633-2446.

[2]*For purposes of this Financial Information Privacy Notice, "we" or "us" refers to the entities listed in footnote 1, beginning on page XV of the Health Plan Notices of Privacy Practices, plus the following UnitedHealthcare affiliates: AmeriChoice Health Services, Inc.; DCG Resource Options, LLC; Dental Benefit Providers, Inc.; HealthAllies, Inc.; MAMSI Insurance Resources, LLC; Managed Physical Network,*

*Inc.; OneNet PPO, LLC; Oxford Benefit Management, Inc.; Oxford Health Plans LLC; ProcessWorks, Inc.; Spectera, Inc.; UMR, Inc.; Unison Administrative Services, LLC; United Behavioral Health of New York I.P.A., Inc.; United HealthCare Services, Inc.; UnitedHealth Advisors, LLC; UnitedHealthcare Service LLC; UnitedHealthcare Services Company of the River Valley, Inc.; UnitedHealthOne Agency, Inc. This Financial Information Privacy Notice only applies where required by law. Specifically, it does not apply to (1) health care insurance products offered in Nevada by Health Plan of Nevada, Inc. and Sierra Health and Life Insurance Company, Inc.; or (2) other UnitedHealth Group health plans in states that provide exceptions for HIPAA covered entities or health insurance products.*

# UnitedHealth Group

## Health Plan Notice of Privacy Practices: Federal and State Amendments

Revised: June 30, 2013

The first part of this Notice, which provides our privacy practices for Medical Information, describes how we may use and disclose your health information under federal privacy rules. There are other laws that may limit our rights to use and disclose your health information beyond what we are allowed to do under the federal privacy rules. The purpose of the charts below is to:

- Show the categories of health information that are subject to these more restrictive laws; and
- Give you a general summary of when we can use and disclose your health information without your consent.

If your written consent is required under the more restrictive laws, the consent must meet the particular rules of the applicable federal or state law.

### Summary of Federal Laws

| Alcohol & Drug Abuse Information |
| --- |
| We are allowed to use and disclose alcohol and drug abuse information that is protected by federal law only (1) in certain limited circumstances, and/or disclose only (2) to specific recipients. |

| Genetic Information |
| --- |
| We are not allowed to use genetic information for underwriting purposes. |

### Summary of State Laws

| General Health Information | |
| --- | --- |
| We are allowed to disclose general health information only (1) under certain limited circumstances, and /or (2) to specific recipients. | CA, NE, PR, RI, VT, WA, WI |
| HMOs must give enrollees an opportunity to approve or refuse disclosures, subject to certain exceptions. | KY |
| You may be able to restrict certain electronic disclosures of such health information. | NC, NV |
| We are not allowed to use health information for certain purposes. | CA, IA |
| We will not use and/or disclose information regarding certain public assistance programs except for certain purposes. | MO, NJ, SD |
| Prescriptions | |
| We are allowed to disclose prescription-related information only (1) under certain limited | ID, NH, NV |

| circumstances, and /or (2) to specific recipients. | |
|---|---|
| **Communicable Diseases** | |
| We are allowed to disclose communicable disease information only (1) under certain limited circumstances, and /or (2) to specific recipients. | AZ, IN, KS, MI, NV, OK |
| **Sexually Transmitted Diseases and Reproductive Health** | |
| We are allowed to disclose sexually transmitted disease and/or reproductive health information only (1) under certain limited circumstances and/or (2) to specific recipients. | CA, FL, IN, KS, MI, MT, NJ, NV, PR, WA, WY |
| **Alcohol and Drug Abuse** | |
| We are allowed to use and disclose alcohol and drug abuse information (1) under certain limited circumstances, and/or disclose only (2) to specific recipients. | CT, GA, KY, IL, IN, IA, LA, MN, NC, NH, WA, WI |
| Disclosures of alcohol and drug abuse information may be restricted by the individual who is the subject of the information. | WA |
| **Genetic Information** | |
| We are not allowed to disclose genetic information without your written consent. | CA, CO, IL, KS, KY, LA, NY, RI, TN, WY |
| We are allowed to disclose genetic information only (1) under certain limited circumstances and/or (2) to specific recipients. | AK, AZ, FL, GA, IA, MD, MA, MO, NJ, NV, NH, NM, OR, RI, TX, UT, VT |
| Restrictions apply to (1) the use, and/or (2) the retention of genetic information. | FL, GA, IA, LA, MD, NM, OH, UT, VA, VT |
| **HIV / AIDS** | |
| We are allowed to disclose HIV/AIDS-related information only (1) under certain limited circumstances and/or (2) to specific recipients. | AZ, AR, CA, CT, DE, FL, GA, IA, IL, IN, KS, KY, ME, MI, MO, MT, NH, NM, NV, NY, NC, OR, PA, PR, RI, TX, VT, WA, WV, WI, WY |
| Certain restrictions apply to oral disclosures of HIV/AIDS-related information. | CT, FL |
| **Mental Health** | |
| We are allowed to disclose mental health information only (1) under certain limited circumstances and/or (2) to specific recipients. | CA, CT, DC, IA, IL, IN, KY, MA, MI, NC, NM, PR, TN, WA, WI |
| Disclosures may be restricted by the individual who is the subject of the information. | WA |
| Certain restrictions apply to oral disclosures of mental health information. | CT |

| Certain restrictions apply to the use of mental health information. | ME |
| --- | --- |
| **Child or Adult Abuse** | |
| We are allowed to use and disclose child and/or adult abuse information only (1) under certain limited circumstances, and/or disclose only (2) to specific recipients. | AL, CO, IL, LA, NE, NJ, NM, RI, TN, TX, UT, WI |

# Statement of Employee Retirement Income Security Act of 1974 (ERISA) Rights

As a participant in the plan, you are entitled to certain rights and protections under the *Employee Retirement Income Security Act of 1974 (ERISA)*.

## Receive Information about Your Plan and Benefits

You are entitled to examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the *U.S. Department of Labor* and available at the *Public Disclosure Room* of the *Employee Benefits Security Administration*.

You are entitled to obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated *Summary Plan Description*. The Plan Administrator may make a reasonable charge for the copies.

## Continue Group Health Plan Coverage

You are entitled to continue health care coverage for yourself, spouse or Dependents if there is a loss of coverage under the plan as a result of a qualifying event. You or your Dependents may have to pay for such coverage. The Plan Sponsor is responsible for providing you notice of your *Consolidated Omnibus Budget Reconciliation Act (COBRA)* continuation rights. Review the *Summary Plan Description* and the documents governing the plan on the rules governing your *COBRA* continuation coverage rights.

You are entitled to a reduction or elimination of exclusionary periods of coverage for preexisting conditions under your group health plan, if you have creditable coverage from another group health plan. You should be provided a certificate of creditable coverage, in writing, free of charge, from your group health plan or health insurance issuer when you lose coverage under the plan, when you become entitled to elect *COBRA* continuation coverage, when your *COBRA* continuation coverage ceases, if you request it before losing coverage, or if you request it up to 24 months after losing coverage. You may request a certificate of creditable coverage by calling the number on the back of your ID card. Without evidence of creditable coverage, you may be subject to a preexisting condition exclusion for 12 months (18 months for late enrollees) after your enrollment date in your coverage.

## Prudent Actions by Plan Fiduciaries

In addition to creating rights for plan participants, *ERISA* imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including your employer, your union, or any other person may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under *ERISA*.

## Enforce Your Rights

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under *ERISA*, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the Plan Administrator to provide the materials and pay you up to $110 a day until you receive the

materials, unless the materials were not sent because of reasons beyond the control of the Plan Administrator. If you have a claim for Benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. In addition, if you disagree with the plan's decision or lack thereof concerning the qualified status of a domestic relations order or a medical child support order, you may file suit in Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the *U.S. Department of Labor*, or you may file suit in a Federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

## Assistance with Your Questions

If you have any questions about your plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under *ERISA*, or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the *Employee Benefits Security Administration*, *U.S. Department of Labor* listed in your telephone directory or the *Division of Technical Assistance and Inquiries*, *Employee Benefits Security Administration*, *U.S. Department of Labor*, 200 Constitution Avenue, N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under *ERISA* by calling the publication hotline of the *Employee Benefits Security Administration*.

## ERISA Statement

If the Enrolling Group is subject to *ERISA*, the following information applies to you.

### Summary Plan Description

**Name of Plan:**  Planet Equity Group LLC Welfare Benefit Plan

**Name, Address and Telephone Number of Plan Sponsor and Named Fiduciary:**

Planet Equity Group LLC
800 Hillgrove Road
Suite 200
Western Springs, IL 60558
(708) 286-286

The Plan Sponsor retains all fiduciary responsibilities with respect to the Plan except to the extent the Plan Sponsor has delegated or allocated to other persons or entities one or more fiduciary responsibilities with respect to the Plan.

**Claims Fiduciary:** UnitedHealthcare Insurance Company ("UnitedHealthcare," refer to your Certificate of Coverage for details on the legal entity that provides your coverage) is your Plan's Claims Fiduciary and has been delegated this responsibility by your Plan Sponsor. Your Claims Fiduciary has the authority to require eligible individuals to furnish it with information necessary for the proper administration of your Plan.

**Employer Identification Number (EIN):** 46-1996256

**Plan Number:** 501

**Plan Year:** July 1 through June 30

**Type of Plan:** Health care coverage plan

**Name, Business Address, and Business Telephone Number of Plan Administrator:**

Planet Equity Group LLC
800 Hillgrove Road
Suite 200
Western Springs, IL 60558
(708) 286-1084

**Type of Administration of the Plan:** Your Plan is fully insured. Benefits are provided under a group insurance contract entered into between your Plan Sponsor and UnitedHealthcare. Claims for benefits are sent to UnitedHealthcare. Your employer and UnitedHealthcare share responsibility for administering the plan.

UnitedHealthcare Insurance Company for Network Benefits and UnitedHealthcare Insurance Company of Illinois for Non-Network Benefits

UnitedHealthcare Insurance Company

185 Asylum Street
Hartford, CT 06103-0450
860-702-5000

UnitedHealthcare Insurance Company of Illinois

200 East Randolph Street, Suite 5300

Chicago, IL 60601
860-702-5000

**Person designated as Agent for Service of Legal Process:** Plan Administrator

**Discretionary Authority of Plan Administrator and Other Plan Fiduciaries:** The Plan Administrator and other Plan fiduciaries shall have discretionary authority to interpret the terms of the Plan and to determine eligibility for benefits in accordance with the terms of the Plan. Any interpretation or determination made pursuant to such discretionary authority shall be given deference and be legally binding on all parties and subject to review by a legal authority only to the extent the decision was arbitrary and capricious.

**Source of Contributions and Funding under the Plan:** There are no contributions to the Plan. Any required employee contributions are used to partially reimburse the Plan Sponsor for Premiums under the Plan. Benefits under the Plan are funded by the payment of Premium required by the group Policy.

**Method of Calculating the Amount of Contribution:** Employee-required contributions to the Plan Sponsor are the employee's share of costs as determined by Plan Sponsor. From time to time, the Plan Sponsor will determine the required employee contributions for reimbursement to the Plan Sponsor and distribute a schedule of such required contributions to employees.

**Qualified Medical Child Support Orders:** The Plan's procedures for handling qualified medical child support orders are available without charge upon request to the Plan Administrator.

**Amendment or Termination of the Plan:** Your employer, as the Plan Sponsor, has the right to amend or terminate this Plan at any time. Note that the insurance contract, which is how benefits under the Plan are provided, is not necessarily the same as the Plan. As a result, termination of the insurance contract does not necessarily terminate the Plan.